ROB BONTA
Attorney General of California

DENNIS L. BECK, JR. (SBN 179492)
Supervising Deputy Attorney General
REBECCA HUNTER (SBN 356311)
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814-2951
 Telephone: (916) 210-7801
 Fax: (916) 327-2319
 E-mail: Dennis.Beck@doj.ca.gov
          Rebecca.Hunter.Beck@doj.ca.gov

ALICIA ROESSLER (SBN 219623)
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1256
 Telephone: (213) 269-6767
 Fax: (213) 897-2638
 E-mail: Alicia.Roessler@doj.ca.gov

*Attorneys for Plaintiff
State of California*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,** | Case No. 2:26-cv-3396 |
| *Plaintiff,* | **PLAINTIFF'S NOTICE TO THE CLERK OF ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF (L.R. 83-11)** |
| **v.** | |
| **CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,** | |
| *Defendants.* | |

Pursuant to Local Rule 83-11.4, Plaintiff State of California files this Notice to the Clerk of an action seeking statewide or nationwide relief, Plaintiff's Complaint for Declaratory and Injunctive and Other Relief against Defendants Chris Wright, in his official capacity as Secretary of the U.S. Department of Energy, and the U.S. Department of Energy, filed today, on March 30, 2026. Plaintiff seeks declaratory and injunctive relief against Defendants for violations of the Defense Production Act, 50 U.S.C. § 4501 et seq., the Administrative Procedure Act, 5 U.S.C. §§ 701–706, the U.S. Constitution Separation of Powers and 10th Amendment.

Dated: March 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
DENNIS L. BECK, JR.
Supervising Deputy Attorney General
REBECCA HUNTER
Deputy Attorney General

/s/ Alicia Roessler
ALICIA ROESSLER
Deputy Attorney General
*Attorneys for Plaintiff State of California*

2                                        Plaintiff's Notice to the Clerk