ROB BONTA
Attorney General of California

DENNIS L. BECK, JR. (SBN 179492)
Supervising Deputy Attorney General
REBECCA HUNTER (SBN 356311)
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA  95814-2951
 Telephone:  (916) 210-7801
 Fax:  (916) 327-2319
 E-mail:  Dennis.Beck@doj.ca.gov
          Rebecca.Hunter@doj.ca.g9ov

ALICIA ROESSLER (SBN 219623),
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1256
 Telephone:  (213) 269-6767
 Fax:  (213) 897-2638
E-mail:  Alicia.Roessler@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy, **UNITED STATES DEPARTMENT OF ENERGY,**<br><br>Defendants. | Case No. 2:26-cv-03396-AH-BFM<br><br>**PROOF OF SERVICE UPON DEFENDANTS OF COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION, et al.**<br><br>(Defense Production Act, 50 U.S.C § 4501 *et seq*.; Administrative Procedure Act, 5 U.S.C. §§ 701-706; Violation of U.S. Constitution Separation of Powers and 10th Amendment; Declaratory Relief.)<br><br>**Complaint Filed:  March 31, 2026**<br><br>**Judge:**    **Hon. Anne Hwang** |

1

**PROOF OF SERVICE**

Case Name:     **State of California**
               **Chris Wright, et al.**

Case No.:      **2:26-cv-03396-AH-BFM**

I declare:

I am employed in the Office of the Attorney General, which is the Office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is:  1515 Clay Street, 20th Floor, P. O. Box 70550, Oakland, California  94612-0550
.

I hereby certify that on **April 7, 2026**, I served the foregoing documents by placing true and correct copies thereof enclosed in individual sealed envelopes as Certified Mail with Return Receipt Requested, in the internal mail collection system at the Office of the Attorney General at 1515 Clay Street, 20th Floor, P. O. Box 70550, Oakland, California 94612-0550, addressed to the following persons or entities as follows:

**SEE ATTACHED SERVICE LIST AND ATTACHED LIST OF DOCUMENTS SERVED**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on **April 7, 2026**, at Oakland, California.

| Debra Baldwin | /s/  Debra Baldwin |
|---|---|
| Declarant | Signature |

SA2026301439
92107196.doc

2

POS Upon Defendants of Complaint; Civil Cover Sheet; Summons, et al. (Case No. 2:26-cv-03396-AH-BFM)

**SERVICE LIST**

Case Name:   **State of California**
             **v. Chris Wright et al.**

Case No.:    **2:26-cv-03396-AH-BFM**


U.S. Department of Energy
1000 Independence Ave., SW
Washington, DC  20585

**Certified Mail No.**
**9414 7266 9904 2221 4415 99**


Secretary Chris Wright
U.S. Department of Energy
1000 Independence Ave., SW
Washington, DC  20585

**Certified Mail Receipt No.:**
**9414 7266 9904 2221 4416 36**


Assistant Attorney General
   for Administration
Justice Management Division
950 Pennsylvania Avenue NW
Washington, DC  20530

**Certified Mail Receipt No.:**
**9414 7266 9904 2221 4416 43**


Civil Process Clerk
United States Attorney's Office
Central District of California
300 N. Los Angeles St., Suite 7516
Los Angeles, CA  90012

**Certified Mail Receipt No.:**
**9414 7266 9904 2221 4416 05**

3

POS Upon Defendants of Complaint; Civil Cover Sheet; Summons, et al. (Case No. 2:26-cv-03396-AH-BFM)

**<u>DOCUMENTS SERVED APRIL 7, 2026</u>**

1. Complaint for Declaratory and Injunctive and Other Relief; Action Seeking Statewide or Natitonwide Relief (L.R. 83-11);

2. Civil Cover Sheet;

3. Plaintiff's Notice of Related Cases (L.R. 83-1.3);

4. Plaintiff's Notice to the Clerk of Action Seeking Statewide or Nationwide Relief (L.R. 83-11);

5. Notice of Assignment to United States Judges;

6. Notice to Parties of Court-Directed ADR Program

7. Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; and

8. Summons in a Civil Action issued and entered by the Court.

4

POS Upon Defendants of Complaint; Civil Cover Sheet; Summons, et al. (Case No. 2:26-cv-03396-AH-BFM)