ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
RILEY W. WALTERS
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  (202) 514-5442
Email:  Riley.Walters@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendants. | Case No. 2:26-cv-03396-AH-BFM<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF RELATED CASES** |

*Defendants' Response to Plaintiff's
Notice of Related Cases*

Pursuant to Local Rule 83-1.3, Defendants Secretary Chris Wright and the U.S. Department of Energy (collectively, the "Secretary") file this response to Plaintiff State of California's Notice of Related Cases, Dkt. No. 3 (March 31, 2026). The State's Notice identified four related cases that, at the time, were assigned to four different judges. Now, three of those four cases are assigned to the Honorable Stephen V. Wilson.

On April 13, two of the cases identified by the State as related—*California Department of Parks and Recreation v. Sable Offshore Corp. and Pacific Pipeline Company*, Case No. 2:26-cv-02946-WLH-MAAx, and *Sable Offshore Corp. and Pacific Pipeline Company v. Armando Quintero*, Case No. 2:26-cv-02739-AB-PVCx (collectively, "*Park Matters*")—were transferred to Judge Wilson. *See* Order re Transfer, 2:26-cv-02946-WLH-MAAx, Dkt. No. 31 (Apr. 13, 2026); Order re Transfer, 2:26-cv-02739-AB-PVCx, Dkt. No. 22 (Apr. 13, 2026). Judge Wilson is likewise presiding over *United States of America, et al. v. Plains All American Pipeline L.P., et al.*, Case No. 2:20-cv-02415-SVW-SSC ("*Consent Decree Matter*"), which the State also identified as related. The Secretary agrees with the State that this case is related to those matters because it "arise[s] from the same or a closely related transaction, happening, or event," "call[s] for determination of the same or substantially related or similar questions of law and fact," and "would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.1. The Secretary thus respectfully submits that it would conserve judicial resources, promote efficiency, and minimize the risk of inconsistent rulings for all four matters to be heard by the same judge.

Indeed, compared to the *Park Matters*, this case is even more related to the *Consent Decree Matter*. The State has placed the Defense Production Act ("DPA") Order challenged here at the center of the *Consent Decree Matter* by arguing that the Order is the basis for Sable Offshore Corp.'s and Pacific Pipeline Company's (collectively, "Sable") alleged noncompliance with the consent decree. For

1

*Defendants' Response to Plaintiff's Notice of Related Cases*

example, the State's *ex parte* motion to enforce the consent decree referred to the DPA Order over two dozen times, recognized that the Order "expressly requires Sable's immediate compliance with its directions," identified the Order as the reason for Sable's alleged violation of the consent decree, and argued at length that the Order does not preempt state law or otherwise excuse Sable from compliance with the consent decree. *See Consent Decree Matter*, California Pls.' Ex Parte Emergency Mot. to Enforce Consent Decree, at 1, 13, 18-22, Dkt. No. 43 (March 16, 2026). Against this backdrop, the benefit of having a single judge decide the *Consent Decree Matter* and the *Park Matters* would be lost if this action—which is a direct challenge to the DPA Order at issue in those cases—were heard by a different judge.

DATED:  April 15, 2026          Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Riley W. Walters*
Riley W. Walters
Email:  Riley.Walters@usdoj.gov
Counsel (DC Bar No. 90008638)
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  (202) 514-5442

*Attorneys for Defendants*

2                          *Defendants' Response to Plaintiff's*
                           *Notice of Related Cases*