**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| State of California | | CASE NUMBER |
| | | 2:26-cv-03396-AH-BFMx |
| | **PLAINTIFF(S)** v. | |
| Chris Wright et al | | **ORDER RE TRANSFER (RELATED CASES)** |
| | **DEFENDANT(S).** | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____April 23, 2026_____          _Stephen V. Wilson_          Stephen V. Wilson
Date                                                          United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____                    _____
Date                                                          United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case __2:20-cv-02415-SVW-SSCx__ and the present case:

☐ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Brianna Fuller Mircheff__ to Magistrate Judge __Stephanie S. Christensen__.

On all documents subsequently filed in this case, please substitute the initials __SVW-SSCx__ after the case number in place of the initials of the prior judge, so that the case number will read __2:26-cv-03396-SVW-SSCx__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (06/23)                    **ORDER RE TRANSFER (Related Cases)**