ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
STACY LAU (SBN 254507)
MARY HALEY OUSLEY (SBN 332711)
BRIAN CALAVAN (SBN 347724)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1256
  Telephone:  (213) 269-6767
  Fax:  (213) 897-2638
  E-mail: Jeremy.Brown@doj.ca.gov
  Alicia.Roessler@doj.ca.gov
  Rebecca.Hunter@doj.ca.gov

*Attorneys for Plaintiff
State of California*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STATE OF CALIFORNIA,** | Case No. 2:26-cv-3396-SVW-SSCx |
| *Plaintiff*, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND STAY AGAINST ALL DEFENDANTS** |
| v. | |
| **CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,** | Date:            June 1, 2026<br>Time:            1:30 p.m.<br>Courtroom:   10A, 10th Floor<br>Judge:          Hon. Stephen V. Wilson<br>Trial Date:    Not Set<br>Action Filed: March 31, 2026 |
| *Defendants*. | |

1

**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND STAY**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that, pursuant to 5 U.S.C. section 705, Federal Rule of Civil Procedure 65(b), and Civil Local Rules 6-1 and 65-1, Plaintiff State of California ("California") will and does move this Court for a stay and preliminary injunction pending trial in this action. Specifically, California seeks an order: (1) staying Defendant Secretary of Energy Chris Wright's March 13, 2026 order entitled *Pipeline Capacity Prioritization and Allocation Order* (91 Fed Reg. ___ (March 13, 2026)) ("Wright Order"); and (2) enjoining Defendants Wright and the U.S. Department of Energy (DOE), and its employees, agents, and persons acting with DOE or on its behalf, from implementing, invoking, or enforcing the Wright Order to authorize or compel the flow of crude oil through Lines CA-324/325 without Sable having received necessary state-law approvals and without satisfying the terms of other court orders. As set forth in the accompanying Memorandum of Points and Authorities, a stay and preliminary injunction are necessary to prevent immediate and irreparable harm to California's sovereign and property rights, as well as to its environment and public safety.

This motion is based on this Motion, the Complaint for Declaratory and Injunctive Relief (ECF No. 1-1), the accompanying Memorandum of Points and Authorities, the accompanying supporting declarations, as well as the papers, evidence, and records on file in this action, and any other written or oral evidence or argument presented at or before the time this motion is heard by the Court. California has not filed any previous applications for similar relief in this matter.

As laid out further below in the Memorandum of Points and Authorities, this Motion is made following the undersigned counsel's provision of notice to counsel for Defendants in accordance with Local Rule 6-1. Pursuant to Local Rule 7-3, as

2

the present motion is one for preliminary injunction, counsel are exempt from the conference requirements.

Dated:  May 1, 2026                          Respectfully submitted,

                                             ROB BONTA
                                             Attorney General of California
                                             JEREMY BROWN
                                             Supervising Deputy Attorney General
                                             REBECCA HUNTER
                                             STACY LAU
                                             MARY HALEY OUSLEY
                                             BRIAN CALAVAN
                                             Deputy Attorneys General


                                             _____

                                             ALICIA ROESSLER
                                             Deputy Attorney General
                                             *Attorneys for Plaintiff State of California*

3