ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
STACY LAU (SBN 254507)
MARY HALEY OUSLEY (SBN 332711)
BRIAN CALAVAN (SBN 347724)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1256
 Telephone:  (213) 269-6767
 Fax:  (213) 897-2638
 E-mail:  Jeremy.Brown@doj.ca.gov
 Alicia.Roessler@doj.ca.gov
 Rebecca.Hunter.Beck@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,** | Case No. 2:26-cv-3396-SVW-SSCx |
| *Plaintiff,* | **DECLARATION OF JULIE VANCE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND STAY AGAINST ALL DEFENDANTS** |
| v. | |
| **CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,** | Date:          June 1, 2026<br>Time:          1:30 p.m.<br>Courtroom:  10A, 10th Floor<br>Judge:         Hon. Stephen V. Wilsom |
| *Defendants.* | Trial Date:   Not Set<br>Action Filed: March 31, 2026 |

I, Julie Vance, declare as follows:

1.    I am currently employed as the Regional Manager of the Central Region of the California Department of Fish and Wildlife ("CDFW"). I have held this position since 2015. I have personal knowledge of the facts stated in this declaration and could, if called upon to do so, testify competently thereto.

2.    CDFW is the California state agency that implements and enforces California Fish and Game Code section 2050 et seq., known as the California Endangered Species Act ("CESA"), section 1600 et seq., relating to streambed alterations, and other provisions in the California Fish and Game Code.

3.    The purpose of CESA is to conserve and protect plant and animal species at risk of extinction. Plant and animal species may be designated threatened or endangered under CESA after a formal two-step listing process by the California Fish and Game Commission ("Commission"). Such species are first designated by the Commission as a candidate species during the pendency of the listing process if CDFW finds, based on review of the listing petition, that the listing of a species as threatened or endangered may be warranted. Designation as a candidate species affords a species the same protection as a formally listed endangered or threatened species. After further scientific analysis and public proceedings, the Commission then determines whether listing is warranted, concluding the listing process.

4.    No person may take or attempt to take the species, or any part or product of the species, without authorization from CDFW. Under CESA, "take" means hunt, pursue, catch, capture, or kill, or attempt to hunt, pursue, catch, capture, or kill. (Cal. Fish & Game Code § 86 (West 2026).)

5.    Under California Fish and Game Code section 2081, subdivision (b), CDFW may authorize the incidental take of a species listed under CESA as endangered, threatened, or candidate if: 1) such taking is incidental to, and not the purpose of, carrying out an otherwise lawful activity; 2) the permittee implements species-specific minimization and avoidance measures; and 3) the permittee fully mitigates the impacts of the activity. CDFW regulations similarly allow CDFW to authorize take of plants listed as rare pursuant to the Native Plant Protection Act. (Cal. Fish & Game Code § 1900 et seq.) These authorizations are commonly referred to as incidental take permits ("ITPs").

Decl. of Julie Vance iso Motion for Preliminary Injunction & Stay – (Case No. 2:26-cv-3396-SVW-SSCx)

6.     The California Fish and Game Code includes some species that are fully protected. (*See* Cal. Fish & Game Code §§ 3511, 4700, 5050, 5515.) Unlike species listed under CESA as endangered, threatened, or candidate, with narrow exceptions not relevant here, CDFW may not authorize take of a fully protected species; take is completely prohibited.

7.     CDFW is divided into six land-based regional offices. The Central Region of CDFW includes San Luis Obispo and Kern counties. The South Coast Region of CDFW includes Santa Barbara County. The Los Flores Pipelines (CA-324 and CA-325) traverse all three counties.

8.     Species listed under CESA as endangered, threatened, or candidate in proximity to the portion of the Pipelines that traverse San Luis Obispo and Kern counties include: California jewel flower (*Caulanthus californicus)*; Crotch's bumblebee (*Bombus crotchii*); Nelson's antelope squirrel (*Ammospermophilus nelsoni*); giant kangaroo rat (*Dipodomys ingens*); Tipton kangaroo rat (*D. nitratoides nitratoides*); and San Joaquin kit fox (*Vulpes macrotis mutica*). This list is based on an ITP Application that Plains Pipeline, L.P. ("Plains Pipeline") submitted to CDFW's Central Region office in August 2020 for a project that would have fully replaced the Pipeline within the same footprint.

9.     On October 8, 2020, CDFW sent a letter to Plains Pipeline, informing Plains Pipeline that its ITP Application was incomplete. CDFW received a revised ITP Application from Plains Pipeline on November 9, 2020. On December 9, 2020, CDFW sent another letter to Plains Pipeline, informing Plains Pipeline that its revised ITP Application was incomplete. Ultimately, the project never moved forward.

10.     Western burrowing owl (*Athene cunicularia hypugaea*); Blunt-nosed leopard lizard and California condor (*Gymnogyps californianus*) are also known to occur in proximity to the portion of the Pipeline that traverses San Luis Obispo and Kern counties. Western burrowing owl was listed as a candidate species under

CESA in October 2024 and Blunt-nosed lizard and California condor are both fully protected species. This information is based on data in the California Natural Diversity Database ("CNDDB").

11.    The CNDDB is an extensive database of CESA-listed and other sensitive species. The CNDDB is populated by records through voluntary submissions of species detections. As a result, species may be present in locations not depicted in the CNDDB where there is suitable habitat features capable of supporting species. In other words, a lack of an occurrence record in the CNDDB does not mean a species is not present in a certain location.

12.    The CNDBB indicates the following species occur in proximity to the portion of the Pipeline that traverses Santa Barbara County: unarmored threespine stickleback (*Gasterosteus aculeatus williamsoni*); southern California steelhead (*Oncorhynchus mykiss*); California red-legged frog (*Rana draytonii*); and California newt (*Taricha torosa*).

13.    California Fish and Game Code sections 1602 and 1603 require an entity to submit a written notification to CDFW before conducting any work that will substantially obstruct or divert the natural flow of or substantially alter the bed, channel, or bank of a river, stream, and obtain a permit, known as a lake or streambed alteration agreement ("LSAA") from CDFW. An LSAA will be needed if CDFW determines the work could substantially adversely affect an existing fish or wildlife resource.

14.    The Pipeline crosses a number of streams along its route through Santa Barbara, San Luis Obispo, and Kern counties.

//

//

//

//

//

4

Decl. of Julie Vance iso Motion for Preliminary Injunction & Stay – (Case No. 2:26-cv-3396-SVW-SSCx)

15. Depending on the type of maintenance, repair, or other work to the Pipeline that will need to be completed, an ITP or LSAA from CDFW might be required before the work may begin.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: 4/27/2026

Julie Vance
Declarant

Decl. of Julie Vance iso Motion for Preliminary Injunction & Stay – (Case No. 2:26-cv-3396-SVW-SSCx)