ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
STACY LAU (SBN 254507)
MARY HALEY OUSLEY (SBN 332711)
BRIAN CALAVAN (SBN 347724)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1256
 Telephone:  (213) 269-6767
 Fax:  (213) 897-2638
 E-mail:  Jeremy.Brown@doj.ca.gov
 Alicia.Roessler@doj.ca.gov
 Rebecca.Hunter@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**<br><br>*Defendants*. | Case No. 2:26-cv-3396-SVW-SSCx<br><br>**DECLARATION OF ROHIT SHARMA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND STAY AGAINST ALL DEFENDANTS**<br><br>Date:          June 1, 2026<br>Time:          1:30 p.m.<br>Courtroom:  10A, 10th Floor<br>Judge:        Hon. Stephen V. Wilson<br>Trial Date:   Not Set<br>Action Filed: March 31, 2026 |

I, Rohit Sharma, declare as follows:

1.     I am currently employed as the Chief Deputy of Operations with the California Department of Conservation, California Geologic Energy Management Division ("CalGEM"). I have held this position since July 2023. Previously, from

1

2021 to July 2023, I was the Acting Chief Deputy of Operations for CalGEM. I have personal knowledge of the facts stated in this declaration and could, if called upon to do so, testify competently thereto.

2.     In my capacity as Chief Deputy of Operations for CalGEM, I am familiar with CalGEM's oversight of oil and gas operations within California, including the permitting of oil and gas wells, review and evaluation of underground injection control projects, regulation of production facilities, and inspection of oil and gas operations.

3.     CalGEM's mission is to regulate California's oil, gas, and geothermal industries with a focus on public health, safety, and environmental protection through science and sound engineering, supporting the state's energy needs and climate commitments.

4.     I am informed and believe that Sable Offshore Corporation ("Sable") owns and operates the Las Flores Canyon oil and gas processing facility ("Las Flores Canyon Facility") on the Santa Barbara Coast, and Lines CA-324 and CA-325, two onshore oil and gas pipelines that transport processed oil from the Las Flores Canyon Facility inland to Kern County.

5.     The Las Flores Canyon Facility is subject to requirements under, *inter alia*, California Public Resources Code sections 3106, 3224, and 3270, and implementing regulations, California Code of Regulations ("C.C.R."), title 14, section 1712 *et seq.* These requirements include: conducting tests or inspections that the State Oil and Gas Supervisor, acting through CalGEM, has deemed necessary to establish reliability of the Facility's pipeline system, 14 C.C.R. § 1774.1(c); pressure testing before returning to service pipelines that have leaked and released a certain amount of fluids, and submitting test results to CalGEM within seven days of the test, 14 C.C.R. § 1774.1(d); modifying the design or construction of newly installed pipelines, and/or conducting additional testing and maintenance of such pipelines, at CalGEM's request, 14 C.C.R. § 1774; and

2

maintaining production facilities in good condition and in a manner that prevents leakage or corrosion and safeguards life, health, property, and natural resources, 14 C.C.R. § 1777(a).

6. CalGEM inspectors conduct regular environmental lease inspections of oil and gas wells and production facilities, such as Sable's Las Flores Canyon Facility. The purpose of environmental lease inspections is to allow CalGEM to monitor the health and safety of wells and facilities, and the facility operator's compliance with the California statutes and regulations that CalGEM enforces. These inspections typically focus on wells, settings, active and out-of-service tanks, vessels, pipelines, and sumps. While conducting an environmental lease inspection, CalGEM inspectors make observations and take photographs and videos, may employ the use of gas monitors and forward-looking infrared cameras and, if necessary, may use drones.

7. Environmental lease inspections are generally conducted at least once a year. The frequency of inspections depends on several different factors, such as whether the wells or production facilities are in a sensitive area and/or health protection zone, the operator's history of compliance, and incident occurrence. Additionally, CalGEM may require follow-up inspections to ensure that violations or concerns raised in previous inspections have been addressed, or to complete the inspection if the scope of the previous inspection was limited.

8. Access to oil and gas facilities to perform inspections is critical to CalGEM's mission and regulatory role to identify and properly address violations of statutory and regulatory requirements and prevent harm to life, health, property, and natural resources.

9. The following are examples of regulatory violations that, if present, would be identified and addressed during a CalGEM inspection, and the potential threats to safety and the environment if the violations are not addressed:

a. Failure to properly dispose of oilfield waste and refuse could result in a spill or leak, potentially releasing contaminants into storm drains, contaminating soil, groundwater, and/or drinking water, and causing a public nuisance. 14 C.C.R. § 1775(a).

b. Failure to maintain production facilities in good condition and in a manner that prevents leakage or corrosion in accordance with 14 C.C.R. § 1777(a) increases threats to public safety and the environment. Gas leaks at certain concentration levels create ignition risks and can also release greenhouse gases into the atmosphere. Fluid leaks can result in the release of contaminants into storm drains, the contamination of soil, groundwater, and/or drinking water, and cause a public nuisance. A standing pool of hydrocarbon fluid can present a fire hazard. Equipment submerged in fluid can corrode over time, making it inoperable and prone to leaks.

c. Failure to maintain adequate secondary containment in accordance with 14 C.C.R. § 1773.1 poses a threat of contamination to the surrounding areas in the event of a spill.

10. The oil and gas production facilities at the Las Flores Canyon Facility include an Oil Treating Plant and Cogeneration Facility, Stripping Gas Treatment Plant, and Pacific Offshore Pipeline Company Gas Treatment Facility, consisting of hundreds of structures and other units such as oil sludge thickener tanks, equalization tanks, vacuum flash drums, aeration basins, vessels, pipelines, and secondary containment, all of which CalGEM needs to be able to inspect on at least an annual basis.

//

//

//

//

4

11.   If Sable denies access to CalGEM inspectors on the basis of the Wright Order, it would impede CalGEM's ability to ensure compliance with oil and gas production facility requirements and to prevent damage to life, health, property, and natural resources.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: 4/28/2026

DocuSigned by:

*Rohit Sharma*

4F498F38AE3B48A...

_____

Rohit Sharma
Declarant

5

Decl. of Rohit Sharma iso Motion for Preliminary Injunction & Stay – (Case No. 2:26-cv-3396-SVW-SSCx)