ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
STACY LAU (SBN 254507)
MARY HALEY OUSLEY (SBN 332711)
BRIAN CALAVAN (SBN 347724)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1256
 Telephone:  (213) 269-6767
 Fax:  (213) 897-2638
 E-mail: Jeremy.Brown@doj.ca.gov
 Alicia.Roessler@doj.ca.gov
 Rebecca.Hunter@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**<br><br>*Defendants.* | Case No. 2:26-cv-3396-SVW-SSCx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND STAY**<br><br>Date:        June 1, 2026<br>Time:        1:30 p.m.<br>Courtroom:   10A, 10th Floor<br>Judge:       Hon. Stephen V. Wilson<br>Trial Date:  Not Set<br>Action Filed: March 31, 2026 |

1

# [PROPOSED] ORDER

This matter came before the Court on the Motion for a Preliminary Injunction and Stay ("Motion") filed by the State of California ("California"). The Court, having considered California's Motion, the documents filed therewith, and all other matters properly before it, hereby **GRANTS** the Motion.

In support of this Order, the Court makes the following findings: California has demonstrated (i) a likelihood of success on the merits of its claims; (ii) a likelihood of irreparable harm in the absence of preliminary relief; and (iii) that the balance of equities tips in its favor and that a preliminary injunction and stay are in the public interest.

Accordingly, the Court hereby **ORDERS** as follows:

1.  Pursuant to 5 U.S.C. § 705, Defendant Secretary of Energy Chris Wright's March 13, 2026, order entitled "Pipeline Capacity Prioritization and Allocation Order" (the "Wright Order") is hereby **STAYED** and preliminarily set aside.

2.  Defendants Secretary of Energy Chris Wright and the Department of Energy (collectively, "Defendants"), and its employees and agents and persons acting with the Department of Energy or on its behalf, are hereby **ENJOINED** from implementing, invoking, or enforcing the Wright Order to authorize or compel the flow of crude oil through Lines CA-324/325 without Sable having received necessary state-law approvals and without satisfying the terms of other court orders.

3.  Defendants must immediately take every step necessary to effectuate this Order, including notifying any affected parties that the Wright Order has been set aside.

4.  A security bond pursuant to Federal Rules of Civil Procedure 65(c) is not necessary under these circumstances and the Court exercises its discretion not to require one.

/ /

2

5.      This stay and preliminary injunction shall remain in full force and effect pending resolution of this case on the merits or until further order of the Court, whichever occurs first.

**IT IS SO ORDERED.**

Dated: _____                    _____

Hon. Stephen V. Wilson
United States District Court Judge

3