ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
RILEY W. WALTERS
Email:  Riley.Walters@usdoj.gov
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  (202) 514-5442

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>    Defendants. | Case No. 2:26-cv-03396-SVW-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE THE JUNE 1, 2026 HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND EXTEND THE TIME TO FILE A BRIEF IN OPPOSITION**<br><br>Hearing: June 1, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson |

**[PROPOSED] ORDER**

Upon consideration of Defendants' *Ex Parte* Application to Continue the June 1, 2026 Hearing on Plaintiffs' Motion for a Preliminary Injunction and to Extend the Time for Defendants to File a Brief in Opposition, and finding that good cause exists to grant the application, the Court hereby ORDERS that Defendants' application is GRANTED. And it is further ORDERED that:

The hearing on Plaintiffs' Motion for a Preliminary Injunction is continued from June 1, 2026, to June 22, 2026, and Defendants' opposition to Plaintiffs' motion shall be filed on or before June 1, 2026.

IT IS SO ORDERED.


DATED: _____, 2026


_____
Honorable Stephen V. Wilson
United States District Judge

1