LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
*Attorneys for Environmental Defense Center,
Get Oil Out!, Santa Barbara County Action
Network, Sierra Club, and Santa Barbara
Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological
Diversity and Wishtoyo Foundation*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>and<br><br>ENVIRONNMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, | Case No.: 2:26-cv-03396-SVW-SSCx<br><br>**DECLARATION OF JULIE TEEL SIMMONDS IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Hon. Stephen V. Wilson<br><br>Hearing: June 8, 2026 |

SANTA BARBARA CHANNELKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,

  Proposed Plaintiffs-Intervenors,

    v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

     Defendants.

Time: 1:30 p.m.
Place: Courtroom 10A

I, Julie Teel Simmonds, declare as follows:

1.  I submit this Declaration in support of Petitioners' Motion to Intervene. I have personal knowledge of the following, and I could and would competently testify to these matters if called as a witness.

2.  I have been on staff at the Center for Biological Diversity (CBD) for more than 12 years and currently serve as senior counsel and senior attorney in CBD's Oceans Program. In my current capacity, I work on a variety of matters related to oceans protection and supervise three attorneys who also work on oceans issues, including offshore oil and gas production, oil pipeline transportation offshore and onshore, and related impacts to marine and coastal species and habitat. CBD's other work to reduce threats to wildlife in the Pacific Ocean includes legal actions to reduce the bycatch of whales, sea otters, sea turtles, and white sharks in fishing gear; advocacy to reduce ship speeds off the California coast to prevent vessels from colliding with and killing whales; and efforts to reduce the use of seismic surveys and military sonar that can cause hearing loss and strandings of marine mammals.

3.  I work with our legal and scientific staff and other organizations to advance CBD's goals of protecting the ocean, air quality, endangered species, public health, water quality, and the climate through administrative actions, scientific research, and litigation. In my capacity at CBD, I am familiar with all aspects of CBD's activities and organizational interests related to environmental protection in general and the areas, species, and issues affected by this litigation in particular. I am also a long-term member of the organization.

4.  CBD is a nonprofit conservation organization founded in 1989 and incorporated in the State of California. CBD works through science, policy, and environmental law to advocate for the preservation and protection of endangered, threatened, and rare species and their habitats throughout the United States and abroad. The organization seeks to ensure the long-term health and viability of

1

animal and plant communities, and to protect the terrestrial and aquatic habitat these species need to survive. CBD believes the health and vigor of human societies and the integrity and wildness of the natural environment are closely linked. Because diversity has intrinsic value, and because its loss impoverishes society, CBD's primary mission is to work to secure a future for all species—great and small—hovering on the brink of extinction. We do so through science, law, and creative media, with a focus on protecting the lands, waters, and climate that species need to survive. We want those who come after us to inherit a world where the wild is still alive.

5.      CBD's Oceans Program focuses specifically on conserving marine ecosystems and seeks to ensure that imperiled species are properly protected from destructive practices in our oceans and along our coasts, including oil and gas development and transport. CBD's Climate Law Institute works to reduce greenhouse gas emissions and other air pollutants, conserve natural resources, and minimize the public health risks facing communities exposed to pollution. Similarly, our Endangered Species Program works to protect rare and imperiled species from all manner of threats. One of CBD's top priorities is the full implementation of existing environmental laws to reduce impacts to threatened and endangered species and fragile ecosystems.

6.      CBD currently has CBD has over 93,900 members worldwide, including 20,407 members who live in California, and 908 members who live in Santa Barbara, San Luis Obispo, and Kern counties. CBD's members, including myself, rely on CBD to represent our interests in the preservation of imperiled species and habitats, including those at stake in this litigation.

7.      As part of its mission, CBD provides oversight of governmental programs, policies, and activities that impact endangered species and habitats. CBD has been at the forefront of efforts to hold the government accountable for its obligations under the California Environmental Quality Act, Endangered Species

Act, Marine Mammal Protection Act, Clean Water Act, and other state and federal laws protecting wildlife, plants, and habitat. CBD regularly engages in protection efforts and campaigns to ensure our nation's environmental laws are enforced. CBD also develops and disseminates a wide array of educational and informational materials concerning the status of and threats to wildlife and their habitats. These materials are distributed to our members; non-profit organizations; policymakers; local, state, federal, and international governmental officials; journalists; and interested members of the public.

8.    California has experienced the devastating effects of oil spills all too often. From the Refugio State Beach Oil Spill in 2015 that blackened beaches for miles to the October 2021 pipeline spill off the coast of Huntington Beach, oil spills and accidents harm CBD's staff and members' interests and ability to engage in the activities that they cherish, from scientific research and beachcombing to wildlife viewing and hiking. These spills are a tragic reminder of the harmful impacts of offshore oil drilling and the risks associated with the restart of oil production at the Santa Ynez Unit and the transport of that oil through Sable's Onshore Pipelines, which failed so catastrophically in 2015.

9.    CBD has been actively involved in protecting wildlife and habitat onshore and offshore of California for more than 25 years. In this time, CBD has been a principal organization securing Endangered Species Act protections for many marine species this litigation implicated, including blue, fin and humpback whales; North Pacific loggerhead sea turtles; and Southern sea otters. Concomitant with those protections, CBD has also worked toward protecting the marine and terrestrial habitat of these and other imperiled species by advocating for critical habitat designations. For example, CBD successfully fought for critical habitat designations for leatherback sea turtles and the Central America distinct population segment of humpback whales off California, Oregon, and Washington, with 40,000 square miles designated for leatherbacks in 2012 and 48,500 square miles

designated for humpbacks in 2021.

10.    CBD has actively worked to protect species along the route of the Onshore Pipelines, including southwestern willow flycatchers, California red legged frogs, California tiger salamanders, blunt-nosed leopard lizards, San Joaquin kit foxes, and Southern California steelhead, to name a few that could be affected by the restart. For example, CBD first petitioned for the Southwestern willow flycatcher to be protected as an endangered species in 1992 and has fought for decades to safeguard the bird's highly imperiled critical habitat. In 2007, CBD challenged a decision to reduce the critical habitat designation for California red-legged frogs, and our advocacy work helped restore and nearly quadruple the designation to 1.6 million acres in 2010. CBD also fought for protections for California tiger salamanders under the California Endangered Species Act in 2010, with our efforts including an administrative petition and a state lawsuit challenging the initial rejection of our petition, which CBD won at both the superior and appeals court levels. CBD has also filed lawsuits and led educational campaigns to protect California red legged frogs, California tiger salamanders, Southern California steelhead, and other listed species from pesticides, urban and industrial development, and other threats.

11.    Since the 2015 oil spill, CBD has engaged extensively to ensure the California coast is protected from risky oil transportation projects, including proposals by Sable's predecessor to truck oil along Highway 101 and Highway 166 while building replacement pipelines (which it abandoned). CBD staff and members were astonished when Sable proposed not to abandon or replace the faulty Onshore Pipelines, but instead to restart them even though they lacked effective cathodic protection against corrosion and would require waivers from otherwise-mandated pipeline safety measures. This restart proposal put California's special species, habitat, and public safety at unnecessary risk and significantly

threatened CBD's interests and work on behalf of these species, ecosystems, and communities.

12.    Many Center staff and members live near and regularly visit areas along the coast where the oil is produced and piped to the Las Flores Canyon. This includes the Santa Barbara Channel, Channel Islands, and beaches up and down the coast.  CBD's staff and members enjoy going to these areas to look for and study tidepool animals like sea anemones, sea stars, and urchins; shoreline animals like elephant seals, harbor seals, fur seals, and sea lions; and open ocean wildlife like whales and dolphins. Center staff and members also enjoy hiking, beachcombing, surfing, swimming, scuba diving, sailing, and other recreational activities along California's central and southern coast, which provides benefits for their physical, mental, and spiritual health.

13.    The Center's members also live near and regularly travel along and visit the Onshore Pipelines' route to recreate in and enjoy public lands in state and federal parks, forests, and monuments, including Gaviota State Park, Los Padres National Forest, Bitter Creek National Wildlife Refuge and Carrizo Plain National Monument, as well as other protected areas open to the public such as the Wind Wolves Preserve. These special places, the species that depend on them, and our members' interests will be harmed by the operation of the Onshore Pipelines.

14.    Not only do the Onshore Pipelines pose a significant risk of another oil spill, but the emergency special permit Sable secured from the Pipeline and Hazardous Materials Safety Administration (PHMSA) requires extensive excavations that are likely to significantly impact species, habitat, water quality, and other natural resources.

15.    Due to these interests and concerns of our organization and its members, CBD organizers, attorneys, scientists, GIS specialists, and members have devoted many hours to understanding and opposing Sable's restart plan over the last few years. CBD staff have researched the scientific and legal issues related to a

5

restart of the Onshore Pipelines; submitted extensive comments and requests for public process to state and federal agencies; and conducted public outreach campaigns.

16. For example, on September 24, 2024, CBD and Wishtoyo Foundation submitted a lengthy letter to the Office of the State Fire Marshal detailing why restart of the Onshore Pipelines without environmental review and public process was contrary to law and posed considerable risks to both public safety and the environment. That letter noted that the proposal to attempt to rehabilitate a post-failure, ten years-idled pipeline system with pervasive, unfixed corrosion problems was very problematic, and its environmental implications certainly had never been assessed. The letter cited to the 1985 Environmental Impact Report/Environmental Impact Statement prepared for the initial construction of the Onshore Pipelines, which projected a 30-year life for the Onshore Pipelines, which has now passed, and acknowledged that the risk of a spill more than doubles as pipelines age from 20 to 40 years.

17. Despite the concerns expressed by many organizations and members of the public, OSFM issued the State Waivers to Sable in December 2024 without conducting environmental review or providing any formal opportunity for public input. CBD submitted a letter on December 23, 2024 asking that PHMSA object to the State Waivers and that OSFM suspend them given the absence of environmental review, public oversight, and informed decisionmaking. On March 2, 2025, CBD sent a letter to OSFM requesting that it revoke the State Waivers, because as CBD had previously made clear, issuance of waivers to restart the Onshore Pipelines would be inconsistent with pipeline safety, public safety, and protection of the environment and Sable had violated the terms of the waivers in not complying with all applicable regulatory requirements, including a Cease and Desist Order from the California Coastal Commission.

18.     On April 15, 2025, CBD and Wishtoyo Foundation filed a lawsuit against the Office of the State Fire Marshal challenging the waivers and restart project in Superior Court of California, Santa Barbara County (25cv02244). Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper also filed a lawsuit (25CV02247), and the cases were consolidated. After securing a Temporary Restraining Order in June 2025, Petitioners' requests for a preliminary injunction were granted and remain in place, despite Sable's restart of the Onshore Pipelines in March 2026.

19.     When PHMSA asserted jurisdiction over the pipelines, issued Sable an emergency special permit, and approved its restart plans in late December, CBD and other environmental petitioners filed a petition for review and emergency motion for a stay in the Ninth Circuit Court of Appeals (Case 25-8059, filed December 24, 2025). While the court denied the stay request, it ordered expedited briefing and has set a hearing for July 7, 2026.  In the meantime, Sable applied to PHMSA for a non-emergency special permit, on which CBD and the other proposed-intervenors submitted extensive comments. We have not yet seen any final decision on that application.

20.     CBD has also filed cases in U.S. district court for the Central District of California challenging (1) the U.S. Department of the Interior's issuance of offshore oil and gas lease extensions and other approvals to Sable and its predecessors related to oil production activities at the Santa Ynez Unit in federal waters (Case 2:24-cv-05459-MWC-MAA, filed June 27, 2024); and (2) the U.S. Department of the Interior's failure to require Sable to revise the Santa Ynez Unit's development and production plans originally approved in the 1970s and 1980s (Case 2:25-cv-02840-MWC-MAA, filed April 2, 2025). These cases are ongoing.

21.     Additionally, CBD filed extensive comments and an appeal in 2025 concerning Santa Barbara County's consideration of applications to transfer

development permits to Sable. The County ultimately denied the permit transfers, which is the subject of pending litigation filed by Sable.

22. I personally enjoy and revel in the natural splendor of this part of the country. I grew up in San Diego and received my PADI Open Water Diver scuba certification while in high school. One of my most cherished memories with my father is a dive trip we took together to Catalina Island. When I visited the area just last month (April 21-23, 2026), I drove along highway 101 and took a walk at Refugio State Beach on Earth Day, watching shorebirds searching for food and other beachgoers playing in the surf and paddleboarding on the sparkling water. It was hard to imagine that beach coated in oil ten years earlier. Being in nature is how I recharge and is essential to my well-being. If Sable continues to operate the Onshore Pipelines, a devastating oil spill is likely and could diminish my chances to see, enjoy, and study plants and wildlife in the area in the future.

23. In sum, CBD has worked for over ten years to ensure that any restart of offshore oil production and transport of oil onshore does not harm its members. We have had to vigorously participate at every step to ensure restart does not occur absent full compliance with all applicable local, state, and federal laws, including by filing judicial proceedings against the California Office of the State Fire Marshal. Ensuring that Sable cannot rely upon the Trump administration's Defense Production Act Order is critical to CBD's long-standing opposition to restarting the pipelines without full compliance with state and federal law and its specific interests in protecting natural resources and public health. CBD's interests will not be adequately represented if CBD is denied intervention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2026          _____
                                 Julie Teel Simmonds

8