LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>and<br><br>ENVIRONNMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SANTA | Case No.: 2:26-cv-03396-SVW-SSCx<br><br>**DECLARATION OF MARGARET HALL IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Hon. Stephen V. Wilson<br><br>Hearing: June 8, 2026<br><br>Time: 1:30 p.m. |

BARBARA CHANNELKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,

     Proposed Plaintiffs-Intervenors,

     v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

               Defendants.

Place: Courtroom 10A

I, Margaret Hall, hereby declare the following:

**I.       INTRODUCTION**

1.       I am over eighteen years of age. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2.       I am Deputy Chief Counsel for the Environmental Defense Center (EDC). My business address and phone number are 906 Garden Street, Santa Barbara, CA 93101, (805) 963-1622.

3.       I first worked for EDC as a volunteer and eventually a part-time employee in 2009 to 2010 before attending law school. I was hired as a Staff Attorney at EDC in 2014, and promoted first to Senior Attorney and then to Deputy Chief Counsel. I have worked at EDC continuously, full-time, since 2014 and in my current position since 2023.

4.       In my capacity as EDC Deputy Chief Counsel, I, along with my colleague EDC Chief Counsel Linda Krop, have the primary responsibility for the proposed intervention of EDC's clients: EDC, Get Oil Out! (GOO!), Santa Barbara County Action Network (SBCAN), Sierra Club, and Santa Barbara Channelkeeper (SBCK), alongside attorneys at the Center for Biological Diversity (CBD) who represent CBD and Wishtoyo Foundation in this joint effort to intervene in the above-captioned case.  I have personal knowledge of the following facts and if called as a witness, could testify to these facts under oath.

5.       On April 30, 2026, I spoke with Alicia Roessler and Rebecca Hunter, counsel of record for plaintiff State of California, via Zoom. I informed them of our clients' intentions to file a motion to intervene in the above-captioned case and they informed me that the State of California will not oppose the motion.

6.       On April 30, 2026, I spoke with Riley Walters, counsel of record for defendants Chris Wright and United States Department of Energy, via Zoom. I informed him of our client's intentions to file a motion to intervene in the above-captioned case

and he told me that he would send me an email by May 2, 2026, to let me know what position the Defendants would take on the motion.

7.     On May 2, 2026, I received an email from Mr. Walters informing me that the Defendants would not take a position on the motion at that time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Santa Barbara, California, on May 6, 2026.

Margaret Hall
Deputy Chief Counsel
Environmental Defense Center

2