LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
*Attorneys for Environmental Defense Center,
Get Oil Out!, Santa Barbara County Action
Network, Sierra Club, and Santa Barbara
Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological
Diversity and Wishtoyo Foundation*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>and<br><br>ENVIRONNMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SANTA | Case No.: 2:26-cv-03396-SVW-SSCx<br><br>**DECLARATION OF ALEX KATZ IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Hon. Stephen V. Wilson<br><br>Hearing: June 8, 2026<br><br>Time: 1:30 p.m. |

BARBARA CHANNELKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,

     Proposed Plaintiffs-Intervenors,

     v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

     Defendants.

Place: Courtroom 10A

I, Alex Katz, hereby declare as follows:

1. I am over eighteen years old. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I currently reside in Santa Barbara, California, and I have lived in Santa Barbara County for more than two years.

3. I am the Executive Director of the Environmental Defense Center (EDC). My business address and phone number are 906 Garden Street, Santa Barbara, CA 93101, (805) 963-1622. I have served as the Executive Director of the EDC since March 2023.

4. EDC is a non-profit public interest environmental law firm that was founded in 1977 in the wake of the devastating 1969 oil spill off the coast of Santa Barbara. EDC's mission is to defend nature and advance environmental justice on California's Central Coast through advocacy and legal action. EDC's program areas include climate and energy, environmental justice, ocean protection, and land and water. Our service area includes Ventura, Santa Barbara, and San Luis Obispo Counties. EDC has approximately 2,400 members.

5. Since our founding, EDC has been a leader on issues related to offshore oil and gas development in our region. It has consistently opposed risky oil and gas projects that pose a threat to the environment and public health. In addition to administrative advocacy and litigation, EDC often promotes policies to respond to emerging threats or improve protection for natural resources and public health.

6. EDC has an interest in this case because our members and the other environmental organizations we represent will be directly affected by the outcome. It is essential to EDC's mission that the Court vacate Energy Secretary Chris Wright's order and issue a permanent injunction prohibiting any operator from relying on the Secretary's order to operate pipeline CA-324 and CA-325 (the "Onshore Pipelines"). Any operator must first obtain the required state-law approvals and comply with the applicable court orders.

1

7.  EDC has members who live, work, and recreate in areas that were impacted when one of the Onshore Pipelines, Line 324, carrying oil from the offshore platforms Harmony, Heritage, and Hondo (collectively, the "Santa Ynez Unit," or "SYU") ruptured in 2015, spilling oil onto Refugio State Beach and into the ocean. EDC members and staff were involved in the cleanup efforts in the direct aftermath of the spill and were impacted by what they experienced.

8.  The Onshore Pipelines are now owned by Sable Offshore Corporation ("Sable") and are once again transporting oil, despite the fact that the pipelines have not been approved for restart by the California state agencies charged with ensuring they are operated safely.

9.  EDC and its members have well-founded concerns about the risk of another oil spill from these pipelines. Such a spill could impact, among other things, major groundwater supply sources for Santa Barbara County; areas where EDC and its members frequent and recreate, including beaches, State Parks, and National Forest lands; and a variety of sensitive habitats, including coastal habitats, rivers, creeks, and wetlands crossed by the pipelines. EDC and its members are also concerned about the resulting financial burden from a spill, and the potential costs to the public associated with remediation and the abandonment of defunct facilities.

10. Ever since it was first proposed by Sable, EDC and its members have consistently objected to the restart of the Onshore Pipelines and engaged with California's administrative agencies during the decision-making process.

11. EDC submitted letters to the Office of the State Fire Marshal's (OSFM) while the agency was considering Sable's application for state waivers for the limited effectiveness of cathodic protection on the Onshore Pipelines (the "State Waivers"), repeatedly raising concerns that restarting the Onshore Pipelines would be unsafe. After OSFM granted Sable the State Waivers, EDC filed a lawsuit challenging that decision.

12. EDC sent letters to the California Department of Parks and Recreation ("State Parks") objecting to the issuance of a Right of Entry to Sable for pipeline repairs

and urging State Parks to not grant an easement to Sable for the operation of Line 325 through Gaviota State Park.

13. After Sable received an Emergency Special Permit (ESP) and approval of its Restart Plan from the Pipeline and Hazardous Materials Safety Administration (PHMSA), EDC filed a lawsuit challenging both decisions. When Sable applied for a long-term Special Permit to replace the ESP when it expired, EDC submitted a letter urging PHMSA to deny the application.

14. In addition to filing lawsuits and engaging in the decision-making processes made available by OSFM, State Parks, and PHMSA, EDC has spent substantial resources informing and educating our community about the issue and the potential risks posed by the Onshore Pipelines. Throughout the decision-making process, EDC and its members have shared information via our e-newsletter, social media, at forums and press conferences, and through media interviews. EDC helped convene a state Town Hall in Santa Barbara in March 2025 to highlight the state's role in regulating the onshore pipelines and to provide a venue for public input. Further, we held rallies, engaged with our elected officials, and consulted with experts in pipeline safety.

15. EDC and its members seek to intervene in this case to ensure that unsafe operation of the Onshore Pipelines does not cause further environmental harm to the community that we call home. The interests of EDC and my own are directly threatened by the resumption of operations of the Onshore Pipelines pursuant to Secretary Wright's order, especially considering that the Onshore Pipelines are not in compliance with a court order and California laws designed to ensure their safe operation. My confidence in our state's environmental safeguards will be deeply undermined if Secretary Wright is permitted to completely undermine California's pipeline safety requirements with the stroke of a pen. Such a decision would have far-reaching consequences nationwide.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3

Executed at Santa Barbara, California, on May 6, 2026.

Alex Katz
Executive Director
Environmental Defense Center

4