LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
*Attorneys for Environmental Defense Center,
Get Oil Out!, Santa Barbara County Action
Network, Sierra Club, and Santa Barbara
Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological
Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>and<br><br>ENVIRONNMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, | Case No.: 2:26-cv-03396-SVW-SSCx<br><br>**DECLARATION OF BRADY BRADSHAW IN SUPPORT OF PETITIONERS' MOTION TO INTERVENE**<br><br>Hon. Stephen V. Wilson<br><br>Hearing: June 8, 2026 |

SANTA BARBARA CHANNELKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,

    Proposed Plaintiffs-Intervenors,

     v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

             Defendants.

Time: 1:30 p.m.
Place: Courtroom 10A

I, Brady Bradshaw, declare as follows:

1.      I submit this declaration in support of the Center for Biological Diversity (Center) and other conservation groups' motion to intervene in this case. I have personal knowledge of the statements in this declaration, and I could and would competently testify to these matters if called as a witness.

2.      I am currently employed by the Center as a Senior Oceans Campaigner and have been a member of the Center since February 2022.

3.      I live in Santa Cruz, California, and frequently visit Santa Barbara for work and personal recreation.

4.      I have been extensively involved in efforts to protect California's coastal environment from harmful effects of offshore oil and gas drilling, including many actions to urge state and federal agencies to follow the law when evaluating Sable's proposals to restart the pipeline. Much of my work has focused on the California State Fire Marshal's waiver of safety regulations; pipeline repairs and related easements for public lands like Gaviota State Park; damage to habitat for imperiled species like Southern California steelhead; and the federal government's recent attempts to seize all control over Sable's operations from both the state and the courts.

5.      For example, I was very active in opposing the State Fire Marshal's decision to waive pipeline safety regulations, contacting state and federal legislators to urge them to voice concerns; drafting alerts and other materials to keep our members informed and engaged; and generating calls and letters to Governor Newsom. I took similar actions advocating for the California Department of Parks and Recreation's decision to deny the easement through Gaviota State Park, including drafting an alert to our members and spearheading comments we submitted on behalf of a coalition of conservation and cultural rights organizations. I testified at numerous public hearings and spoke at several conferences and other events on these decisions. I also conducted countless interviews with news outlets

1

around the state and world to increase awareness on Sable's attempts to restart operations, not only about these state's permitting decisions but also about the federal government's recent attempts to wrest all control from both the state and the courts. This includes the Department of Energy's assertion of authority under the Defense Production Act and Executive Order claiming this unprecedented action is necessary for national security, which I have closely followed and opposed.

6.    I have personally observed Sable's work on the pipeline on several occasions, including twice in October 2024 and once in February 2025, when I witnessed Sable conducting operations in violation of a California Coastal Commission cease-and-desist order. I alerted the agency to the violations and provided it with photographs and videos, also providing evidence of damage to riparian habitat.

7.    I am driven to do this work because I deeply care about the Santa Barbara Channel, the Channel Islands, and the surrounding region, and I get out to explore its beaches and waters every chance I get. For example, I visited the area last month, when I went for a walk and swimming at East Beach and Thousand Steps Beach, and I also spent my free time going swimming and walking at Rincon Point and West Beach during a few work trips there last year.

8.    On one trip last year, I also participated in a memorial of the 10th anniversary of the May 2015 Refugio Beach oil spill. I swam out into the water with friends, while others joined us on kayaks and surfboards. There were about 70 people there. It was a somber event, and I was brought to tears by the former tribal chair of the Coastal Band of the Chumash Nation, who spoke about what it's like to be ignored by people in power. I also reflected on what would happen if there was another spill that impacted those spectacular waters, beaches, and shorelines. It was surreal to be in the water with so many people at a beautiful state beach while knowing that we could lose it all in another oil spill.

2

9. It was also jarring because on the same day we were mourning the oil spill, I saw excavators, machinery, and trucks doing construction work on the pipeline in Gaviota State Park. There was dirt flying in the air, and I thought about the endangered Southern California steelhead and other sensitive species and habitats likely being harmed by all the construction activity in the State Park.

10. I enjoy the unique beauty of the Central and Southern California coasts. Some of my favorite activities include swimming, snorkeling, and diving in the Santa Barbara Channel. I also enjoy skateboarding and biking along the coast. These activities are an important part of my life and something I will do as long as I can.

11. I am a recreational and competitive freediver. I am on the U.S. National Team for freediving and have broken 16 national records. Freediving involves diving deep into the ocean without respiratory equipment and exploring the underwater world. My dives range from 10 to 200 feet, and I love being able to study the underwater world up close. Freediving is also central to my spirituality.

12. I started freediving in 2015 and have done many trips off the Santa Barbara coast since 2018. I visit the area to dive at least once a year, but for the last two years I've gone diving and swimming there every few months. I love the natural diversity and environment in the area and intend to continue going as often and as long into the future as I can.

13. One of my favorite places to dive is the Channel Islands. In November 2025, I spent four days on the Islands, camping, hiking, freediving, exploring the reefs and doing some training for deep diving. I was amazed to see over half a dozen black abalone in the rocky reef. On the way to and from the island, I was invigorated to see several humpback whales breaching. From the cliff on the island, I had a breathtaking experience of seeing a super pod of dolphins in the distance, probably numbering in the thousands. I also did a special dive in the Channel Islands in 2022. As I dove into the dense kelp forest, I was surrounded by

3

diverse marine life and recall seeing harbor seals swimming nearby. It gave me a lot of hope to see such an abundant and diverse ecosystem.

14. I always look for native species on dives and beach walks near Santa Barbara, where I have seen crabs, stingrays, a shark, kelp, sea lions, dolphins, giant starfish, cormorants, seagulls, pelicans, and sea otters. I appreciate seeing these animals in the wild, and it gives me a lot of joy and benefits being able to do so.

15. The ocean is an important part of my spiritual practice. I found spirituality in the water in 2015 around the same time that I started freediving. I pray at the water's edge and conduct rituals of exchange with the ocean that symbolize the weaving of my body into the sea. These rituals have marked important transition points in my life, helping me let go of the past while giving myself over to the ocean and fate. I have prayed and engaged in these rituals on Santa Barbara's beaches, including at Rincon Point and Gaviota State Park. In March 2025, I visited Gaviota State Park to meditate and think about the coastal habitat and the way it connects to the marine ecosystems, while overlooking the Pacific Ocean and trying to envision a bright future.

16. I am aware of the immense habitat destruction and animal deaths that resulted from the tens of thousands of gallons of oil that spilled onto Refugio Beach in 2015. I am deeply concerned that oil production and operations in the Santa Ynez Unit will cause another oil spill and result in great harm to my personal and professional interests.

17. I find the biodiversity of the Santa Barbara Channel captivating, and being able to swim and dive there is important to me recreationally, competitively, and spiritually. Oil production in the Santa Ynez Unit causes noise pollution, water pollution, vessel strikes, and other impacts that harm the animals I love to see and the coastal areas I love to explore. On one of my recent dives off California's central coast, I saw reason for hope when I spotted three sea otters, who are finally

making a comeback in the area and restore kelp forests by eating sea urchins. The threats from restarting operations jeopardize that hope.

18.    The impacts from production and risk of a spill exist every day that oil flows from the Santa Ynez Unit and through its pipelines. If production continues, I believe it is only a matter of when—and not if—an oil spill will happen again. I know the pipelines for the Santa Ynez Unit have already ruptured once, and I know the pipelines are past their intended lifespans and are at higher risk of leaks and spills with each passing day. If a spill were to occur, I would not get back into the water for a very long time due to the health impacts the spill would cause. An oil spill would also inhibit my spiritual practices, preventing me from going to the affected shorelines to pray and conduct rituals of exchange with the ocean.

19.    I know that the Santa Ynez Unit's processing facilities were the largest sources of air pollution in Santa Barbara County when they were in operation. The quality of the air I breathe is particularly important to my experience of freediving. Maintaining healthy lungs is the most important part of my training as a diver. I have asthma, and breathing in the toxic, polluted air associated with oil production and/or an oil spill would harm my health.

20.    But most troubling to me would be the irreparable harm that an oil spill would cause to the marine life that makes each dive so transformative, from kelp to fish to harbor seals.

21.    Water quality is also very important to my health and safety, because I spend long periods of time in the water and may ingest the water. I could be exposed to pollutants that reach the water from a spill or oil production operations. I have seen oil sheens on the water in the past. When I see one, I will not get into the water and end up missing out on the activities that are so physically and spiritually important to me. I have also seen oil sheens while diving, which harms my enjoyment of freediving because I know I may be breathing in fumes from pollutants while at the surface or absorbing them through my skin while

5

underwater and that I may be harming my health. When this happens, I will end my dive. It also is upsetting to know that the sensitive plants and animals that live in the water could be sickened or killed by the oil.

22.    My work is dedicated to ending offshore oil drilling because of the damage that fossil fuels cause to our planet. I am deeply worried about the irreparable harm that could result from oil production in the Santa Ynez Unit using decades-old, corroded pipelines and platforms. That's why I have taken so many actions to oppose it, including testifying at numerous public hearings; organizing alongside community members who share my fears; contacting my elected representatives; and writing agency officials.

23.    It's absurd that not a single agency—at the state or federal level—has conducted any comprehensive environmental review of the restart project when the stakes are so high. It's deeply alarming that the Department of Energy is now compelling actions to facilitate the pipelines' oil transportation under the guise of a wartime emergency. I have major interests at stake in this federal power grab, and as a citizen, I expect the government to follow the law and lead by example, not thumb its nose at the Constitution and people it is supposed to represent. Many Center members share these interests and core values, which will not be adequately represented if this Court denies our intervention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2026          _____

                                          Brady Bradshaw

6