LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
*Attorneys for Environmental Defense Center,*
*Get Oil Out!, Santa Barbara County Action*
*Network, Sierra Club, and Santa Barbara*
*Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological*
*Diversity and Wishtoyo Foundation*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

                    Plaintiff,

   and

ENVIRONNMENTAL DEFENSE
CENTER, GET OIL OUT!, SANTA
BARBARA COUNTY ACTION
NETWORK, SIERRA CLUB,

Case No.: 2:26-cv-03396-SVW-SSCx

**DECLARATION OF KEN HOUGH IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE**

Hon. Stephen V. Wilson

Hearing: June 8, 2026

SANTA BARBARA CHANNELKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,

    Proposed Plaintiffs-Intervenors,

    v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

               Defendants

Time: 1:30 p.m.
Place: Courtroom 10A

I, Ken Hough, declare as follows:

1.　My name is Ken Hough. I am over eighteen years old. I have personal knowledge of the following facts and if called as a witness, would testify to these facts under oath.

2.　My current address is 2242 Fallen Leaf Drive, Santa Maria, CA 93455.  I have lived in Santa Barbara County for fourteen years.

3.　I have been a member of Santa Barbara County Action Network (SB*CAN*) for thirteen years.  Initially I was a member for a few months, then a Board Member for a few months, then was hired as Executive Director, starting August 1, 2012. As of December 2023, I have served as Co-Executive Director. SB*CAN* currently has approximately 120 active members, most of whom live, work, and recreate throughout Santa Barbara County, including the areas that are affected by Sable Offshore Corporation's ("Sable") operation of the Santa Ynez Unit, including Sable's pipelines. SB*CAN* also has an email list of approximately 1,200 interested people.

4.　For twenty-four years SB*CAN* has worked to promote social and economic justice, to preserve our environmental and agricultural resources, and to create sustainable communities. We are a membership organization, with dues-paying members from throughout Santa Barbara County.  We have always focused on the need to transition to clean energy and have sought to protect our environmental resources and residents from the hazardous consequences of oil and gas production.

5.　SB*CAN* is interested in this case because our members will be directly impacted by the outcome. It is essential to SB*CAN*'s mission that the Court vacate Secretary Wright's order and issue a permanent injunction prohibiting any operator from relying on that order to operate pipelines CA-324 and CA-325 (the "Onshore Pipelines") without first obtaining the required state-law approvals and complying with the applicable court orders.

1

6.     I am concerned that I will be personally impacted by another oil spill from the Onshore Pipelines. I consume lots of fresh fish from the Santa Barbara Channel and this was curtailed for several months 11 years ago in the aftermath of the Plains All American Pipeline spill. I recreate on the beaches on the south coast of Santa Barbara County. I travel east through Cuyama Valley to photograph landscapes there and to travel beyond to the Central Valley. The restart of these pipelines increases the risk of oil spills into the ocean or into the Cuyama Valley and the Cuyama River, which feeds the reservoir that those of us who live in the Santa Maria Valley depend upon for drinking water and irrigation. I am also concerned that I, and our members, will be adversely affected by the impacts to the environment and wildlife along the pipeline route due to ongoing maintenance and repair activities of the Onshore Pipelines that will likely involve ground-disturbing impacts that harm wildlife and their habitat.

7.     After the 2015 Plains All American spill, I was unable to recreate on my favorite beaches or to purchase and consume fish from the Santa Barbara Channel—my favorite and most healthy food—for weeks or months. One SB*CAN* Board member and another regular member drove past Refugio Beach the day of that spill and experienced the stench of the oil.

8.     SB*CAN* and its members are also concerned about the risk of another accident, including an oil spill, from the Santa Ynez Unit or onshore pipelines. We are concerned about Sable's substantial debt and financial capacity to safely operate the facilities or respond to and clean up an oil spill.

9.     I have reviewed and am familiar with Sable's Integrated Contingency Plan for the Onshore Pipelines. In that plan, Sable identified that a worst-case spill scenario could result in as much as 42,000 barrels of oil being released into Cuyama Valley. This would be 500 to 600 times the size of the tanker-truck spill into the Cuyama River a few years ago. That spill was contained before entering Twitchell Reservoir. A worst-case spill from the Onshore Pipelines could have a huge impact on Santa Maria Valley's water supply, though no analysis has been prepared to articulate those impacts. The impacts on

2

the residents and agriculture in Cuyama Valley might also be devastating, though no analysis has been prepared to articulate those impacts.

10.     SB*CAN* retained the Environmental Defense Center (EDC) to represent our organization in opposing the transfer of permits for the Santa Ynez Unit from Exxon Mobil Corporation ("Exxon") to Sable. As Sable began working toward restarting the Onshore Pipelines, SB*CAN* also retained EDC to challenge the Office of the State Fire Marshal's issuance of State Waivers to Sable; oppose the Pipeline and Hazardous Materials Safety Administration's approval of Sable's Restart Plan and Emergency Special Permit; and now to intervene in the State of California's case challenging the Energy Secretary's Order. On behalf of SB*CAN*, EDC submitted detailed comments at every stage of the decision-making process detailing our concerns about restarting the Onshore Pipelines.

11.     I personally attended and testified at the hearings before the County of Santa Barbara Planning Commission and Board of Supervisors for the transfer of permits from Exxon to Sable. At the Planning Commission hearing, I testified about SB*CAN*'s concerns that Sable lacked the ability to safely operate the facilities, and Sable's operation created a risk of accidents, including oil spills. At the Board hearing, I testified about the purpose and intent of the County's ordinance, and the importance of the Board's consideration of the factors required before permits can transfer from one oil facility owner/operator to another. Other members of SB*CAN*, including a Board member, also submitted comments and testified on these matters.

12.     SB*CAN* conducted outreach to our members and supporters, providing information and sharing action alerts regarding public hearings and opportunities to submit comments related to Sable's efforts to restart the onshore pipelines, including the potential issuance of an easement by the California Department of Parks and Recreation.

13.     SB*CAN* seeks to intervene in this case to ensure that the Secretary Wright's Order does not override decisions made at the local and state level and does not violate the provisions of the Consent Decree. State and local processes allow SB*CAN* and its

3

members to engage with and shape projects that may impact our daily lives. If the Secretary of Energy is permitted to simply override these processes with a pen stroke, the ability of our organization to protect the environment and our members will be severely curtailed. The Consent Decree was created to protect communities like ours from further harm from the Onshore Pipelines and cannot be overridden by the Secretary.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Santa Maria, California, on May 6, 2026.


_____
Ken Hough
Co-Executive Director
Santa Barbara County Action Network

4