LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar. No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
Fax: (805) 962-3152
*Attorneys for Environmental Defense Center,
Get Oil Out!, Santa Barbara County Action
Network, Sierra Club, and Santa Barbara
Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological
Diversity and Wishtoyo Foundation*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>and<br><br>ENVIRONNMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SANTA BARBARA CHANNELKEEPER, | Case No.: 2:26-cv-03396-SVW-SSCx<br><br>**DECLARATION OF MICHAEL LYONS IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Hon. Stephen V. Wilson<br><br>Hearing: June 8, 2026 |

CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,

      Proposed Plaintiffs-Intervenors,

      v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

      Defendants.

Time: 1:30 p.m.
Place: Courtroom 10A

I, Michael Lyons, declare as follows:

1.      My name is Michael Lyons. I am over eighteen years old. I have personal knowledge of the following facts and if called as a witness, would testify to these facts under oath.

2.      My current address is 223 West Figueroa Street, Unit A, Santa Barbara, California.  I have lived in Santa Barbara County for fifty-seven years.

3.      I have been a member of Get Oil Out! (GOO!) for twenty-seven years; I remain a current member and am the current Board president.

4.      Founded in response to the devastating 1969 Santa Barbara Oil Spill, GOO!'s mission for the past fifty-seven years has been to rid the Santa Barbara Channel of existing oil development and to prevent any new oil projects from being approved in order to prevent oil spills and any other environmental degradation in the Santa Barbara Channel and surrounding region.  As provided in our bylaws, GOO!'s purpose includes preserving and conserving Santa Barbara's unique natural environment, scenic beauty, and resources by opposing offshore and onshore fossil fuel development which poses a significant danger to that environment. GOO! accomplishes its goals by enhancing public awareness about oil-related issues and impacts, opposing oil development, and participating in administrative and legislative processes. GOO! has approximately 1,500 members from the Santa Barbara area and surrounding counties, many of whom recreate along the pipeline route, especially along the Gaviota Coast.

5.      GOO! is interested in this case because our members will be impacted by the outcome. It is imperative to our organization's mission that the Court vacate Secretary Wright's order and issue a permanent injunction prohibiting any operator from relying on that order to operate the onshore pipelines without first obtaining the required state-law approvals and complying with the applicable court orders.

6.      I am an avid outdoorsman and I frequently use, and recreate in and around, the area where the Santa Ynez Unit facilities are located. My uses in this area consist of

1

surfing, bike riding, running, hiking, fishing, swimming, bird watching, camping, star gazing, photography, disc golfing, golfing, mobile working, driving and picnicking, to name a few. Specifically, I regularly use and enjoy El Capitan State Park/Beach, Refugio State Park/Beach, Gaviota State Park/Beach, Gaviota Peak, and Nojoqui Falls Park.

7.    I was in the area when the Plains All American Pipeline ruptured. I drove to Refugio and took pictures starting the first day of the spill. I was astonished and upset by the spill. I could smell the oil and see it in the ocean.

8.    Following the spill, I received calls from people all over the world. I spent a lot of time responding to their questions and concerns. I represented GOO! in several interviews with the media and spoke at press conferences to educate the public about the impacts of the spill.

9.    Because of the spill, I was not able to go to the beach. Several beaches were closed, so I could not go surfing or swimming. I also avoided the beaches because I was concerned about the presence of the oil, and I found it too upsetting.

10.    I learned through conversations with GOO! members that many experienced impacts similar to my own as a result of the spill. Specifically, members expressed that they were unable to enjoy, use, and recreate on the Santa Barbara coastlines that were impacted by the spill. GOO!'s board was especially busy responding to members' concerns, as well as handling inquiries from the public and media about the effects of the spill and clean-up efforts.

11.    Once Sable began seeking an exemption from California's Office of the State Fire Marshal for the lack of effective cathodic protection on the onshore pipelines, GOO! retained the Environmental Defense Center (EDC) to represent our organization in the matter. On behalf of GOO!, EDC submitted detailed comments at every stage of the administrative process made available by these agencies, detailing our concerns about restarting the onshore pipelines.

2

12.     GOO! also retained the EDC to represent our organization during the administrative process before the California Department of Parks and Recreation ("State Parks") regarding Sable's application for an easement to operate its pipeline through Gaviota State Park.

13.     We regularly update our website on the state of both state level administrative processes, send out e-newsletters to update our members on the latest Sable events, and have signed on to multiple group letters opposing Sable's applications. Additionally, we have participated in the decision-making process by speaking at local government meetings in opposition to the OSFM waivers.

14.     When Sable received an Emergency Special Permit from the Pipeline and Hazardous Materials Safety Administration (PHMSA) for the operation of the onshore pipelines, GOO! retained the EDC to represent it in a subsequent lawsuit challenging PHMSA's decision. After Sable applied for a long-term Special Permit from PHMSA to replace the temporary Emergency Special Permit, GOO! and a coalition of environmental organizations submitted a comment letter to PHMSA seeking environmental review and urging that Sable's application be denied.

15.     GOO! is concerned about Sable's ability to safely operate the onshore pipelines and respond to an oil spill. We are concerned that because Sable has not complied with California's pipeline safety requirements and is not using an effective cathodic protection system, another spill from the onshore pipelines is inevitable.

16.     GOO! seeks to intervene in the lawsuit to ensure that unsafe operation of the onshore pipelines does not cause further environmental harm to the community that I, along with many GOO! members, call home. The interests of GOO!'s members and my own are directly threatened by Secretary Wright's order to restart the pipelines without Sable first complying with California's pipeline safety requirements. My confidence in our nation's environmental safeguards will be deeply undermined if the Secretary is

3

permitted to completely override California's safety compliance system with the stroke of a pen. Such a decision could have far-reaching consequences nationwide.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Santa Barbara, California, on May 6, 2026.

Michael Lyons
President
Get Oil Out!

4