LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
*Attorneys for Environmental Defense Center,
Get Oil Out!, Santa Barbara County Action
Network, Sierra Club, and Santa Barbara
Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological
Diversity and Wishtoyo Foundation*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>and<br><br>ENVIRONNMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SANTA BARBARA CHANNELKEEPER, | Case No.: 2:26-cv-03396-SVW-SSCx<br><br>**DECLARATION OF WALTER EDWARD MORTON IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Hon. Stephen V. Wilson<br><br>Hearing: June 8, 2026<br><br>Time: 1:30 p.m.<br>Place: Courtroom 10A |

CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,

     Proposed Plaintiffs-Intervenors,

     v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

                 Defendants.

I, Walter Edward Morton, hereby declare as follows:

1.      My name is Walter Edward Morton. I am over eighteen years old. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2.      My current address is 96 Willow Springs Court #202, Goleta, California. I have lived in Santa Barbara County for four years.

3.      I have served as the Executive Director of Santa Barbara Channelkeeper (SBCK) since July 2021. SBCK is a California nonprofit organization that was founded in 1999 and has more than 2000 members. Our mission is to protect and restore the Santa Barbara Channel and its watersheds through science-based advocacy, education, fieldwork, enforcement, and community engagement. Our vision is for clean water, healthy habitats, abundant wildlife, and thriving communities. Among our goals is the preservation of the health and biodiversity of the Santa Barbara Channel and its watersheds by identifying and eliminating pollution sources. Over the years, SBCK has worked to protect the Santa Barbara Channel from the risks and impacts of offshore oil development.

4.      SBCK has an interest in this case because our organization and members will be impacted by the outcome. SBCK has engaged in longstanding efforts to protect the Santa Barbara Channel from pollution threats such as coastal and offshore oil development. In particular, SBCK is concerned about the devastating impacts that oil spills have on water quality, wildlife, and sensitive habitats. It is imperative to our organization's mission that the Court vacate Secretary Wright's order and issue a permanent injunction prohibiting any operator from relying on that order to operate pipelines CA-325 and CA-325 (the "Onshore Pipelines") without first obtaining the required state-law approvals and complying with the applicable court orders.

5.      SBCK has members who live, work, and recreate throughout Santa Barbara County in regions that would be affected by Sable's operation of their offshore oil

platforms and the Onshore Pipelines. In particular, SBCK has members who live, work, and recreate along the Gaviota Coast, the site of the onshore processing facilities and CA-324.

6.    I live in Goleta, the closest population center to the Santa Ynez Unit. I use and enjoy the Santa Barbara Channel and the Gaviota Coast for recreation, including hiking, swimming, wildlife observation, and beach walks. I visit and enjoy Gaviota State Park, Refugio State Beach, and El Capitan State Beach. I drive on Highway 101 to pursue recreational interests in other areas of Santa Barbara County and in San Luis Obispo County and appreciate the scenic beauty and peacefulness that this area offers. I am concerned that restarting offshore oil and gas development at the Santa Ynez Unit, along with transporting these resources through Sable Offshore Corporation's (Sable) Onshore Pipelines will negatively affect my use and enjoyment of these special, sensitive areas. I am especially concerned about the risks of and potential impacts from another oil spill and the ongoing impacts associated with operations and repair activities of the Onshore Pipelines which harm wildlife and their habitat.

7.    SBCK staff and members were impacted by the 2015 oil spill at Refugio State Beach. We took many actions in the immediate response to the spill. SBCK staff used our boat and participated in aerial surveys from an airplane to monitor the extent and impact of the spill. SBCK staff conducted and supported underwater surveys at the Naples Marine Protected Area and in kelp forests and eelgrass beds near Refugio Beach. SBCK staff worked with agency officials to undertake tarball surveys along our area beaches, a project that continues today to improve baseline information that can help differentiate tarballs associated with spills from those connected to natural seeps.

8.    SBCK has a real concern about the risk of an oil spill now that Sable has restarted the Onshore Pipelines under Secretary Wright's order. We are further concerned that Sable lacks the financial capacity to adequately respond to or clean up a spill.

9.    SBCK submitted comments and/or testified before numerous local and state agencies regarding Sable's proposal to restart production at the Santa Ynez Unit and

transport oil through its Onshore Pipelines, including the Santa Barbara County Planning Commission, Santa Barbara County Board of Supervisors, Goleta City Council, California Coastal Commission, Office of State Fire Marshal, California State Parks Commission, Central Coast Regional Water Quality Control Board, and State Lands Commission. I have personally made several statements on behalf of SBCK at these agency meetings.

10. SBCK shared information through monthly newsletters about the Office of State Fire Marshal's review of a State Waiver for the lack of effective cathodic protection on the Onshore Pipelines. SBCK also encouraged supporters to email California Natural Resources Secretary Wade Crowfoot, urging a thorough Environmental Impact Report to be completed as part of the review. After the State Waivers were issued without such review or public input, SBCK contacted Governor Gavin Newsom's office to express their concerns and disappointment.

11. SBCK shared information through monthly newsletters about the State Parks' responsibility to issue an easement for the pipeline through Gaviota State Park. SBCK encouraged its supporters to contact California State Parks and Recreation Director Armando Quintero and California Governor Gavin Newsom to urge them to complete an Environmental Impact Report before issuing a new easement.

12. SBCK shared information through monthly newsletters about the U.S. Pipeline and Hazardous Materials Safety Administration's (PHMSA) assertion of jurisdiction over the Onshore Pipelines and approval of an Emergency Special Permit for Sable. SBCK encouraged supporters to express opposition to these actions as part of the Federal Register notice and 30-day comment period regarding the Emergency Special Permit and signed onto a thorough, technical comment letter prepared by the Environmental Defense Center. After Sable applied to PHMSA for a long-term Special Permit, SBCK and a coalition of environmental organizations signed on to a comment letter urging PHMSA to deny the application.

3

13.     SBCK staff have participated in press conferences and contributed to press releases about Sable's plans to restart production at the Santa Ynez Unit and transport oil through the Onshore Pipelines.

14.     SBCK has shared information in monthly newsletters and social media platforms about these issues, including how concerned members of the public can share their opinions with decision makers.

15.     SBCK has helped coordinate and publicize several public forums and community outreach efforts focused on the risks associated with offshore oil drilling and potential oil spills. These efforts include the State Public Hearing in Santa Barbara in March 2025; a paddle-out and community commemoration marking the 10th anniversary of the 2015 Plains All American Pipeline oil spill at Refugio Beach; a special screening of a documentary about cleanup efforts following the Deepwater Horizon spill and its associated public health impacts; and a community event addressing the U.S. Bureau of Ocean Energy Management's proposed five-year Outer Continental Shelf Oil and Gas Leasing Program.

16.     SBCK seeks to intervene in the above-captioned case because Secretary Wright's order is a direct threat to our mission and our work. Our ability to advocate for our members is dependent on the existence of a process that provides for public participation. Secretary Wright's order undermines that process and has allowed an irresponsible company to restart and operate a pipeline that is unsafe. Our members live, work, and recreate along the pipeline route and would likely be impacted if another spill were to occur. Secretary Wright's order makes that eventuality far more likely, and therefore, we want to ensure that his order is overturned.

4

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Santa Barbara, California, on May 6, 2026.

_____
Walter Edward Morton
Executive Director
Santa Barbara Channelkeeper

5