LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>               Plaintiff,<br><br>   and<br><br>ENVIRONNMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, | Case No.: 2:26-cv-03396-SVW-SSCx<br><br>**DECLARATION OF TEVIN SCHMITT IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Hon. Stephen V. Wilson<br><br>Hearing: June 8, 2026 |

SANTA BARBARA CHANNELKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,

    Proposed Plaintiffs-Intervenors,

      v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

            Defendants.

Time: 1:30 p.m.
Place: Courtroom 10A

I, Tevin Schmitt, declare as follows:

1.      I submit this declaration in support of Wishtoyo Foundation (Wishtoyo) and other conservation organizations' motion to intervene in this case. I have personal knowledge of the statements in this declaration, and I could and would competently testify to these matters if called as a witness.

2.      I have been a member of Wishtoyo since the summer of 2014, after I took an environmental law and policy course taught by Wishtoyo's previous senior counsel, Jason Weiner, at California State University Channel Islands (CSU Channel Islands). I became a member of Wishtoyo because I wholeheartedly believe in the organization's mission; the visionary passion of Wishtoyo's Executive Director, Mati Waiya; Wishtoyo's dedication to protecting cultural keystone species and their habitats; and the centering of traditional ecological knowledge in their environmental advocacy.

3.      Wishtoyo was founded in 1995 to preserve and protect Chumash culture, to protect natural and cultural resources essential to Chumash lifeways and all people; and to educate and instill in youth environmental values, awareness, and stewardship. Wishtoyo is a place, organization, and movement inspiring people to live in harmony with our Earth again. Wishtoyo serves as a "rainbow bridge" linking Chumash and indigenous lifeways with the protection of natural and cultural resources, utilizing traditional ecological knowledge to provide environmental and cultural preservation, justice, education, research, and advocacy. Wishtoyo currently has 2500 members located throughout Southern California.

4.      Wishtoyo's mission is to protect and preserve Chumash culture, the culture of all indigenous peoples, and the natural resources upon which all people depend. To that end, Wishtoyo has a longstanding record of protecting and restoring the coastal watersheds of Chumash homelands, the Santa Barbara Channel, and the Pacific Ocean.

1

5.    I am also now the Watershed Scientist for Wishtoyo. I have held this position since January 2019. As Watershed Scientist, my responsibilities include managing the organization's watershed monitoring program and our paid internship program; providing expert support for our environmental litigation; managing our lab space for wet chemistry at CSU Channel Islands; managing our environmental justice advocacy campaigns; and providing assistance for our cultural and environmental education programs.

6.    I graduated from CSU Channel Islands with a Bachelor of Science in environmental science and resource management in 2016. This program included a rigorous senior capstone project that includes two semesters of courses, data collection and analysis, presentation at a research conference on campus, and a final thesis. For this academic undertaking, I studied invertebrate population ecology of the sandy beaches of Southern California. My capstone included data collection of 31 sandy beaches from Zuma Beach in Los Angeles County to Gaviota State Beach in Santa Barbara County. My data collection and thesis included the analysis of invertebrate infauna populations of El Capitán and Refugio State Beaches. I was collecting data for my capstone project at the time of the 2015 oil spill at Refugio State Beach. I was at El Capitán State Beach, about three miles down coast from the spill location, when oil started to wash up on the shore. I will never forget the immense pain and anger I felt watching the ecosystems I am most passionate about covered with crude oil. The memory of the smell, while I witnessed the beach turn black with oil, still haunts me.

7.    During this time, I was also invited to take part in the CSU system's interdisciplinary research course and symposium, culminating in a publication and presentation of my research at a conference. Shortly following the 2015 oil spill, I continued to work as a research assistant at the Pacific Institute for Restoration Ecology lab for the summer. I collected hundreds of berried pacific mole crab (*Emerita analoga*) specimens to conduct ecotoxicology research connected to the

oil spill. My research found that the oil from the 2015 spill caused significant developmental impacts and delays for pacific mole crab larval development. This species is the primary food source for migratory shorebirds that rely on the California coast for food along their migration to Arctic breeding habitats.

8.     Since my time at CSU Channel Islands, I have been an avid birder. I am a member of the Ventura Audubon Society and regularly volunteer for their events and lead educational hikes to teach the public about local ecology and bird identification. One of my favorite hobbies is going to beaches, wetlands, nature preserves, parks, and forests to watch, photograph, and appreciate birds. I feel a deep connection with all wildlife, but birds are incredibly fascinating to me. I am enthralled by the evolution of flight, the mastery of terrestrial and marine ecological niches, and their songs. It is estimated that the 2015 oil spill killed at least 558 birds. This is just from the direct oiling of seabirds and does not include the indirect and long-lasting ecological impacts. Impacts to reproduction success of invertebrates like the pacific mole crab and hundreds of marine fish species undoubtedly caused severe impacts to the entire food web of the near-shore and coastal environments of Southern California.

9.     I plan to continue leading field trips for the Ventura Audubon Society like a hike I led last fall at the Carpinteria Salt Marsh. This salt marsh was one of the many coastal ecosystems impacted by the 2015 oil spill, and I am concerned that restarting offshore oil drilling at the Santa Ynez Unit will cause additional impacts to it and other places.

10.     As Watershed Scientist for Wishtoyo, I collect water quality data nearly monthly from the Santa Clara River Estuary and train our interns on bird identification, estuarine ecology, and sandy beach ecology. Any impacts from oil and gas drilling to the Santa Clara River estuary would have a significant impact on my enjoyment of this sensitive habitat and my ability to perform my duties as a Watershed Scientist.

3

11.    I also host Wishtoyo's efforts in supporting the Snapshot Calcoast program, a statewide initiative to collect biodiversity data along California's coastline. Wishtoyo hosts one to two "bio blitzes" to support this program in the early summer of every year at locations like the Wishtoyo Chumash Village/Nicholas Canyon Beach, Santa Clara River Estuary, Goleta Beach, or Coal Oil Point. These bio blitzes involve volunteers, members, and Wishtoyo staff using the iNaturalist application to collect biodiversity data at various beaches and coastal ecosystems in the Chumash homelands. These events are fun for all ages and individuals with an interest in biological diversity and natural cultural resources. All the beaches where Wishtoyo has hosted bio blitzes experienced oiling from the 2015 spill, and these ecologically significant areas are at heightened risk of another catastrophic spill every day oil and gas flows from and through the Santa Ynez Unit and associated pipelines.

12.    I live in the mountains above Carpinteria, with a view of the ocean and Santa Barbara Channel. My partner and I regularly take walks with our dog at Carpinteria Bluffs to observe birds and the harbor seal rookery at this park. We will continue to use these public trails for wildlife and scenery viewing as often and for as long as we can.

13.    However, the Department of Energy's underhanded efforts to restart operations at the Santa Ynez Unit threatens my interests, the interests of Wishtoyo's members, and the mission of our organization. These threats include irreparable damage to wildlife, the coastal environment, rivers and streams, cultural resources, and traditional practices. And these threats not only stem from the serious potential for another major oil spill, but also from other water pollution; pervasive leaks and seeps; increased shipping traffic; and air quality impacts. Wishtoyo has been actively involved in this issue for many years because these risks are so high and severe, and because our organization and members have so much at stake. To this end, we have provided numerous comments, participated in

4

meetings and protests, and filed several lawsuits, among other actions. If granted intervention, Wishtoyo will represent its and its members' interests in protecting the natural and cultural resources of the Santa Barbara Channel, islands, and shorelines, and the coastal and inland waterbodies of Santa Barbara County.

14.     One of my responsibilities as Wishtoyo's Watershed Scientist is to understand the risks of restarting oil extraction and operations at the Santa Ynez Unit. I am appalled that there has been no environmental review of potential impacts to sensitive environmental and cultural resources of the region. This includes critical habitats of Southern California steelhead, California red-legged frog, Gaviota tarplant, and other species at risk of extinction. It also includes the Chumash Heritage National Marine Sanctuary and the marine protected areas around the Channel Islands, which are central to Chumash culture and the interests of Wishtoyo members like me.

15.     The Department of Energy's actions extend the life of increasingly aged and decrepit oil infrastructure in incredibly sensitive marine and coastal habitats. The restart of oil production and transportation through the offshore and onshore pipelines connected to the Santa Ynez Unit threatens our communities and my enjoyment of our beaches, bird-watching hobbies, volunteer events, and psychological wellbeing.

16.     I was horrified by the news that Sable Offshore restarted operations at the Santa Ynez Unit. I was immediately reminded of the jet-black coastal waters in Santa Barbara and the immense tar buildup I had witnessed on the beaches of Santa Barbara and Ventura counties. I remembered the loathing and unhealthy rage I felt as a young college student when I watched the black waves crash onto El Capitán State Beach. I remembered the hours I spent hunched over a microscope and the time I spent putting together saltwater aquariums in the lab, designing an ecotoxicology experiment as an incoming senior, and thinking I might actually be

able to make a difference. I now feel terrified over the high, imminent risk of spills from dangerous oil operations.

17.     Another oil spill from the Santa Ynez Unit  would cause me irreparable harm, but even without another catastrophic spill, I am harmed by the construction work, pollution, and greenhouse gas emissions occurring now since operations have resumed. Gaviota State Park is one of my favorite beaches to visit and go birding with my partner. The beach includes a small coastal lagoon that is perfect for viewing waterfowl, wading birds, foraging shorebirds, and the occasional tern species, black skimmer, or rare seabird sighting. The construction, pipeline maintenance, and heightened risk of an oil spill threaten this beautiful beach and sensitive coastal lagoon. The pipeline includes long sections that lack effective cathodic protection running through the Los Padres National Forest. The Los Padres National Forest is the closest and most accessible national forest in the region, where I grew up fishing with my father and now regularly enjoy birding, camping, and hunting. The looming threat of an oil spill from these facilities, as well as construction and associated pollution and greenhouse gas emissions, have negative impacts on my ability to recreate and enjoy the aesthetic beauty of these forested lands.

18.     I have been a passionate advocate for the restoration and recovery of Southern California steelhead throughout my career and have grown to love this critically endangered distinct population segment. To me, this anadromous fish symbolizes the integrity of all riparian, estuarine, and near-shore marine ecosystems in Southern California. Their recovery therefore requires the restoration and preservation of these diverse habitats. My passion for this fish has extended beyond my professional interests, and I even have a steelhead tattooed on my right arm. The pipeline transverses the Sisquoc and Santa Ynez rivers. Both rivers have designated critical habitat for Southern California steelhead and are essential for the recovery of the species. The pipeline threatens steelhead critical

habitat in both rivers, and a potential oil spill would be devastating for the already critically endangered fish. The remediation of an oil spill in these rivers could further exacerbate harm to the fish by removing gravel substrate needed for spawning or removing riparian vegetation that helps reduce surface water temperatures and provides cover from aerial predators. My interests, passions, volunteer efforts, hobbies, and ability to conduct my responsibilities as Watershed Scientist all depend on a clean environment with thriving wildlife.

19.    Wishtoyo's members share many of the same interests as the State of California, but we also have substantial and distinct interests at stake that are not currently represented in this litigation. While the State's position is primarily grounded in its sovereign authority and regulatory interests over natural resources, our organization's mission centers on the protection of ecosystems, the preservation of Native American cultural heritage, and the safeguarding of traditional ecological knowledge held by Indigenous Peoples. Sable's offshore oil drilling threatens not only marine habitats, but also sacred cultural sites, subsistence practices, and intergenerational knowledge systems that are integral to the communities we serve. These interests are unique, deeply rooted, and extend beyond the State's generalized policy concerns. Accordingly, our participation is necessary to ensure that the full scope of implications for environmental, cultural, and Indigenous rights is properly presented to the Court, and that these perspectives are not diminished or overlooked in the adjudication of this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2026

Tevin Schmitt

7