LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
*Attorneys for Environmental Defense Center,
Get Oil Out!, Santa Barbara County Action
Network, Sierra Club, and Santa Barbara
Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological
Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, | Case No.: 2:26-cv-03396-SVW-SSCx |
| Plaintiff, | |
| and | **NOTICE OF INTERESTED PARTIES** |
| ENVIRONNMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SANTA BARBARA CHANNELKEEPER, CENTER FOR BIOLOGICAL | Hon. Stephen V. Wilson<br><br>Hearing: June 8, 2026 (or as soon thereafter as can be heard)<br>Time: 1:30 p.m.<br>Place: Courtroom 10A |

DIVERSITY, and WISHTOYO FOUNDATION,

     Proposed Plaintiff-Intervenors,

     v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

     Defendants.

## NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Proposed Intervenors, certify that none of Proposed Intervenors or their members have a pecuniary interest in the outcome of this case. None of Proposed Intervenors have a parent corporation or are owned, in whole or in part, by a publicly held corporation. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Respectfully submitted this 7th day of May, 2026.

*/s/ Margaret M. Hall*
Margaret M. Hall
Linda Krop
Jeremy M. Frankel
ENVIRONMENTAL DEFENSE CENTER
*Counsel for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

*/s/ Julie Teel Simmonds*
Julie Teel Simmonds
Emily Jeffers
Talia Nimmer
CENTER FOR BIOLOGICAL DIVERSITY
*Counsel for Center for Biological*

*Diversity and Wishtoyo Foundation*