LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
*Attorneys for Environmental Defense Center,
Get Oil Out!, Santa Barbara County Action
Network, Sierra Club, and Santa Barbara
Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
EMILY JEFFERS (Bar No. 274222)
ejeffers@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Attorneys for Center for Biological
Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>                    Plaintiff,<br><br>     and<br><br>ENVIRONNMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SANTA BARBARA CHANNELKEEPER, CENTER FOR BIOLOGICAL | Case No.: 2:26-cv-03396-SVW-SSCx<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**<br><br>Hon. Stephen V. Wilson<br><br>Hearing: June 8, 2026 (or as soon thereafter as can be heard)<br>Time: 1:30 p.m.<br>Place: Courtroom 10A |

DIVERSITY, and WISHTOYO FOUNDATION,

     Proposed Plaintiff-Intervenors,

     v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,

     Defendants.

The Court has considered Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Santa Barbara Channelkeeper, Center for Biological Diversity, and Wishtoyo Foundation's Notice of Motion and Motion to Intervene, Memorandum of Points and Authorities, supporting declarations, and accompanying exhibits. With good cause shown, it is hereby **ORDERED** that the Motion to Intervene is **GRANTED** pursuant to Federal Rule of Civil Procedure 24. It is further **ORDERED** that Intervenor-Plaintiffs' proposed complaint is hereby accepted and filed.

**IT IS SO ORDERED.**

DATED: _____

_____
STEPHEN WILSON
UNITED STATES DISTRICT JUDGE