# Exhibit A

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
RILEY W. WALTERS
Email: Riley.Walters@usdoj.gov
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 514-5442

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, | Case No. 2:26-cv-03396-SVW-SSC |
| Plaintiff, | **DECLARATION OF ASHLEY NUNES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND STAY** |
| v. | |
| CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY, | |
| Defendants. | Hearing: June 1, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson |

**DECLARATION OF ASHLEY NUNES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND STAY**

I, Ashley Nunes, hereby declare as follows:

1.      I am the Director of the Office of Policy at the U.S. Department of Energy ("DOE"). I have served in this role since August 2025. In this capacity, I lead a team that advises the Secretary of Energy and DOE, more generally, on issues related to energy production, job creation, infrastructure development, and state, local, and tribal policy. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto.

2.      I am aware that on January 20, 2025, the President issued Executive Order 14156, determining that the nation's "insufficient energy production, transportation, refining, and generation constitutes an unusual and extraordinary threat to our Nation's economy, national security, and foreign policy."

3.      I am aware that on March 13, 2026, the Secretary of Energy issued an order under the Defense Production Act, entitled, "Pipeline Capacity Prioritization and Allocation Order" (the "DPA Order"), as a response to the declared National Energy Emergency, rooted in a severe and growing energy crisis on the West Coast that has profound implications for the entire nation. A true and correct copy of the DPA Order is attached to this declaration as Attachment 1.

4.      I am aware that concurrent with the DPA Order, the Secretary of Energy issued a separate document entitled, "United States Department of Energy (DOE) Findings and Determinations and Prioritization and Allocation Plan for Hydrocarbon Transportation Services." A true and correct copy of this document is attached to this declaration as Attachment 2.

5.      As part of my official duties on behalf of DOE, I contributed to the preparation of a memorandum addressing whether to issue a DPA Order directed

1

to Sable Offshore Corporation and Pacific Pipeline Company regarding the Santa Ynez Pipeline System. A true and correct copy of that memorandum is attached to this declaration as Attachment 3.

6. The emergency described in E.O. 14156 is particularly pronounced in California—home to 32 federal military installations (the largest concentration of defense facilities in the United States and the linchpin of the United States' military posture in the Indo-Pacific region), 15 coast guard stations, 38.3 million (11.5%) of the United States' citizens, and $4.3 trillion (13.8%) of the country's GDP.

7. Energy security is national security. Economic success, military readiness, and geopolitical power depend on "the uninterrupted availability of energy sources at an affordable price;" in other words, energy security. The inability to access to reliable, cheap energy can produce "severe social unrest and inflame conflict between nations." Thomas Wackman, *Energy Security is National Security*, April 2023, https://www.instituteforenergyresearch.org/wp-content/uploads/2023/04/Energy-Security-Is-National-Security-Wackman.pdf (accessed May 11, 2026). The oil embargo of 1973 is but one example of this. The event caused social unrest, widespread frustration and panic buying, reportedly prompting the United States government to consider seizing oil fields in the Middle East. Glenn Frankel, *U.S. Mulled Seizing Oil Fields In '73*, Washington Post, Dec. 31, 2003, https://www.washingtonpost.com/archive/politics/2004/01/01/us-mulled-seizing-oil-fields-in-73/0661ef3e-027e-4758-9c41-90a40bbcfc4d/ (accessed May 11, 2026).

8. California is vital to U.S. energy security – and consequently, national security – as both the most populous state and a major energy producer. *U.S. Energy Information Administration*, www.eia.gov/states/CA/analysis (accessed May 11, 2026).

2

9. However, California faces unique challenges as an "oil island," with no inbound pipelines to bring domestic sources of oil and refined products into the state. As in-state oil production and marine imports from Alaska have declined, the state has increasingly relied on foreign crude oil to satisfy the approximately 1.4 million barrels per day ("bpd") that California consumes. In addition, 95% of California's inbound crude oil and refined fuel products are delivered by maritime tankers. Attach. 3 at 4.

10. In 1982, California imported only 5.6% of its crude oil from foreign sources. Attach. 3 at 4. By 2025, however, that figure had increased to 61.1%, with imports coming from the following countries:

**Brazil** – 52.1 million barrels of crude oil (18.0%)

**Iraq** – 50.8 million barrels of crude oil (17.5%)

**Guyana** – 39.7 million barrels of crude oil (13.7%)

**Canada** – 35.5 million barrels of crude oil (12.2%)

**Ecuador** – 34.6 million barrels of crude oil (11.9%)

**Argentina** – 25.6 million barrels of crude oil (8.8%)

**Saudi Arabia** – 22.8 million barrels of crude oil (7.9%)

**Colombia** – 10.9 million barrels of crude oil (3.8%)

**United Arab Emirates** – 9.7 million barrels of crude oil (3.4%)

**Other countries** – 8.2 million barrels of crude oil (2.8%)

*Foreign Sources of Crude Oil Imports to California*, California Energy Commission, https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports (accessed May 11, 2026).

11. This dependency has regional implications, as California supplies about 33% and 88% of Arizona and Nevada's gasoline market, respectively. These states have maintained their reliance on California refined products and are therefore subject to similar vulnerabilities as California. *Arizona and Nevada Brace for Impact as California Refinery Exodus Creates Gasoline Supply Crunch,*

3

Stillwater Associates, June 3, 2025, https://stillwaterassociates.com/arizona-and-nevada-brace-for-impact-as-california-refinery-exodus-creates-gasoline-supply-crunch/ (accessed May 11, 2026).

12.     Such a heavy dependency on foreign oil subjects the United States to the volatility of global conflicts and the risk of intentional action by foreign nations to disrupt the supply chain, which is precariously dependent on a small number of international shipping routes vulnerable to global shipping disruptions.

13.     For example, about 29% of California's foreign sources of marine crude oil imports originated from the countries in the Persian Gulf in 2025, and the recent incident in the Strait of Hormuz has significantly impeded these shipments. *Foreign Sources of Crude Oil Imports to California*, California Energy Commission, https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports (accessed May 11, 2026).

14.     As the final ship has arrived in California from the Persian Gulf, there will potentially be a 200,000-bpd supply gap of crude oil inputs to California compared to 2025 due to the situation in the Strait of Hormuz.

15.     Global oil supply shocks are not new. Over the course of the last 75 years, global oil supply has been affected by events such as the 1956-57 Suez Canal Crisis, the 1973-74 Arab Oil Embargo, the 1978-79 Iranian Revolution, and the 1990-91 Gulf War. What has changed is a drastic reduction in California's crude production (which continues to decline at a rate of about 18,000 barrels per day annually) and refining capacity (down from 23 refineries in 2000 to just 11 today) and a resulting dependence on foreign imports that has, in turn, dramatically increased exposure to global supply shocks while leaving California consumers with the highest gas prices in the United States. Joseph B. Silvi, James W. Rector, Michael A. Mische, *A Study of SB 237 to Stabilize Oil Production in California*, at 8, October 2025, https://californiaglobe.com/wp-content/uploads/2025/10/A-

4

Study-of-SB-237-to-Stabilize-Oil-Production-in-California-Definitive.pdf (accessed May 11, 2026).

16. The DPA Order addresses these problems by prioritizing crude oil delivery from Santa Ynez Unit ("SYU"), one of the largest known production units off the Pacific coast of the United States, which has been stranded for over a decade following the 2015 closure of the Santa Ynez Pipeline System ("SYPS")—the only pipeline capable of transporting oil from the SYU to onshore refineries.

17. The Order is designed to alleviate this impasse and unlock the potential production of nearly 60,000 barrels of oil equivalents per day ("BOE/D"); the DPA Order is currently facilitating the production and delivery of approximately 30,000 BOE/D as the SYPS operator ramps up production. *Investor Presentation.* Sable Offshore Corporation, April 20, 2026, https://s202.q4cdn.com/300304768/files/doc_presentation/2026/Sable-Offshore-Corp-Investor-Presentation_April-2026.pdf (accessed May 11, 2026).

18. This oil is a significant supply. For context, 60,000 BOE/D can approximately supply the daily motor gasoline needs for vehicles utilized in the city of San Diego, CA or Bakersfield, CA based on 2024 sales. 30,000 BOE/D could approximately supply the daily motor gasoline needs for vehicles utilized in the city of Fresno, CA based on 2024 sales.

19. The DPA Order addresses an existing and increasing threat to the nation's security and economic stability. It directly serves the public interest by immediately increasing domestic supply by approximately 30,000 BOE/D (with production expected to increase to nearly 60,000 BOE/D), unlocking a vital domestic energy source and thereby helping to address the potential 200,000 bpd supply gap, enhance military readiness by increasing the availability of domestically produced crude available to be refined into military grade fuel products, and provide economic relief to the public.

5

20.    By comparison, California's most significant attempt to address this emergency—SB 237, which permits the drilling of new wells in Kern County—may deliver an additional 10,000 bpd each year through 2030. Even with the passage of SB 237, California production will still decline approximately 7,900 bpd on average per year. Joseph B. Silvi, James W. Rector, Michael A. Mische, *A Study of SB 237 to Stabilize Oil Production in California*, at 8, October 2025, https://californiaglobe.com/wp-content/uploads/2025/10/A-Study-of-SB-237-to-Stabilize-Oil-Production-in-California-Definitive.pdf (accessed May 11, 2026).

21.    Accordingly, an order enjoining the DPA Order would directly and negatively harm the public interest, immediately exacerbating the supply gap, reducing the amount of domestically produced crude available to be refined into fuel products, deepening dependency on foreign imports, and increasing the United States' exposure to ongoing and additional global supply shocks.

I hereby declare to the best of my knowledge and belief, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 11th day of May, 2026, at Washington, D.C.

Ashley Nunes

6

# Attachment 1

## PIPELINE CAPACITY PRIORITIZATION AND ALLOCATION ORDER

I.    AUTHORITY

The Department of Energy (DOE) is authorized to issue orders pursuant to Executive Order 13603 section 201, which delegates to the Secretary of Energy the authority of the President conferred by the Defense Production Act of 1950 (DPA), sections 101(a) & (c).  By delegation, section 101(a) authorizes the Secretary to require acceptance and priority performance of contracts or orders and to allocate materials, services, and facilities, as deemed necessary or appropriate to promote the national defense with respect to all forms of energy.  Section 101(c)[1] authorizes the Secretary to require the allocation of, or the priority performance of contracts or orders relating to, materials, equipment, and services to maximize domestic energy supplies where those supplies of materials, services, and facilities are scarce, critical, and essential to maintain or expand exploration, production, refining, or transportation.

II.    COVERED ENTITIES

Sable Offshore Corp. and Pacific Pipeline Company (collectively "Sable")
Attn: Lance Yearwood
845 Texas Avenue
Suite 2800
Houston, TX 77002
(713) 579-8118

III.    NEED FOR PRIORITY PERFORMANCE AND ALLOCATION

In Executive Order 14156, President Trump declared a national emergency, determining that the "United States' insufficient energy production, transportation, refining, and generation constitutes an unusual and extraordinary threat to our Nation's economy, national security, and foreign policy."[2]  Further, President Trump found, "[i]n an effort to harm the American people, hostile state and non-state foreign actors have targeted our domestic energy infrastructure, weaponized our reliance on foreign energy, and abused their ability to cause dramatic swings within international commodity markets.  An affordable and reliable domestic supply of energy is a fundamental requirement for the national and economic security of any nation."[3]  The President determined that problems are most pronounced in our Nation's West Coast, "where dangerous State and local policies jeopardize our Nation's core national defense and security needs, and devastate the prosperity of not only local residents but the entire United States population."[4]

Sable is the lessee, owner, and operator of the Santa Ynez Unit (SYU), an offshore oil and gas unit located in Federal waters off the coast of California.[5]  Sable and the Department of the Interior are

---

[1] Pub. L. No. 81-774 (50 U.S.C. §§ 4511(a), 4511(c)).

[2] Executive Order No. 14156, 90 Fed. Reg. 8433 (Jan. 20, 2025) (Declaring a National Energy Emergency), https://www.federalregister.gov/documents/2025/01/29/2025-02003/declaring-a-national-energy-emergency.

[3] *Id.*

[4] *Id.*

[5] Sable Offshore Corp. (2025). Form 10-K. U.S. Securities and Exchange Commission, at 1-2, available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0001831481/652c5f0a-582e-42c9-b069-e47f9af7bc7f.pdf ("the 'Santa Ynez Unit' or 'SYU' refers to the 16 federal leases, three offshore production platforms (Hondo, Harmony, and

1

currently updating a previously approved Development and Production Plan, which would allow for continuous production to address energy vulnerabilities on the West Coast.[6]  The SYU is a critical energy resource on the West Coast.  It is one of the largest known offshore oilfields in the United States.[7]  This resource cannot be used to address the shortages identified in EO 14156 and the resulting vulnerabilities, including adversarial dependence, without reliable transport of SYU's production through the Santa Ynez Pipeline System (SYPS) to market on mainland California.

For most of SYU's production history, oil and gas were produced through pipeline infrastructure connecting offshore platforms to onshore facilities in Las Flores Canyon, California.[8]  From there, crude oil was transported via onshore pipeline to a California refinery complex via the Las Flores Pipeline System.[9]  This interstate pipeline system running from the SYU to the Pentland Station terminal in Pentland, California is known as the SYPS, which Sable owns and operates.[10]  According to Sable, the State of California is impeding it from resuming transportation of SYU production through the SYPS.  As Sable reports, "California agencies have deployed an array of state measures—including SB 237, the state waiver process, novel interpretations of state agency jurisdiction and authority, excessive delay in granting a long-term easement through a state park for an existing pipeline, and the Restart Plan requirements under [a] Consent Decree—to block pipeline operations."[11]

---

Heritage), and associated ancillary facilities located in federal waters offshore California") (hereinafter "Sable 10-K").

[6] *See* Letter for Jonathan Brightbill, General Counsel, Department of Energy, from James Noe, Partner, Holland & Knight, *Re: Sable Offshore Corp.—Request for Action Under the Defense Production Act* at 1-2 (Dec. 12, 2025) (hereinafter "Sable Request").

[7] U.S. Energy Information Administration, *Top 100 U.S. Oil and Gas Fields*, at 5 (Mar. 2015), https://www.eia.gov/naturalgas/crudeoilreserves/top100/pdf/top100.pdf.

[8] Sable Request at 2.

[9] *Id.*

[10] *Id. See also*, Letter for Linda Daugherty, Acting Associate Administrator for Pipeline Safety, Pipeline and Hazardous Materials Safety Administration (PHMSA), from J. Caldwell Flores, President and Chief Operating Officer, Pacific Pipeline Company / Sable Offshore Corp., *RE: Application for Emergency Special Permit Sable Offshore Corp.* at 1 (Dec. 19, 2025) ("As part of this Application, Sable requests that PHMSA issue an Emergency Special Permit covering two pipeline segments (Lines CA-324 and CA-325) that together, constitute the Las Flores Pipeline, which is part of an interstate pipeline facility that Sable operates from the Outer Continental Shelf (OCS) off the coast of Santa Barbara, California to Kern County, California, known as the Santa Ynez Pipeline System (SYPS)."); Letter for J. Caldwell Flores, President and Chief Operating Officer, Sable Offshore Corp., *RE: Determination of Interstate Classification* at 2 (Dec. 17, 2025) ("PHMSA agrees with your determination that the Las Flores Pipeline is an interstate pipeline."); Sable 10-K at 1-2 ("the 'Santa Ynez Pipeline System' (or 'SYPS') refers to the interstate pipeline connecting the Santa Ynez Unit to the Pentland Station terminal, inclusive of 'Pipeline Segment 324' and 'Pipeline Segment 325', or collectively referred to as 'Pipeline Segments 324 and 325' (formerly known as '901/903 Assets' and as defined in the Sable-[Exxon Mobil Corporation] Purchase Agreement), the Las Flores Canyon ('LFC') onshore processing, storage, and related pipeline assets, and the offshore pipeline connecting the Santa Ynez Unit to LFC. The SYU Assets include the Santa Ynez Unit and the Santa Ynez Pipeline System.").

[11] Sable Request at 6.

Exhibit A
Page 37

IV.        ORDER

In light of my findings and determinations in accordance with Title I of the DPA that the actions directed below are necessary or appropriate to promote the national defense and to maximize domestic energy supplies where those supplies of materials, services, and facilities are scarce, critical, and essential to maintain or expand exploration, production, refining, or transportation and maintenance or expansion of exploration, production, refining, transportation cannot reasonably be accomplished without exercising the authority in this Order, it is directed that:

A. Pursuant to sections 101(a) and (c) of the DPA, Sable is directed to immediately prioritize and allocate pipeline transportation services for hydrocarbons from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California.

B. Sable is directed to immediately commence performance under contracts or orders for services, including contracts or orders hereinafter entered into or sought, for hydrocarbon transportation capacity in the SYPS from the point of production in the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, at which point hydrocarbons move through the Plains All American Line 2000 for transport to refineries.

C. Such contracts for hydrocarbon transportation services from the point of production in the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, shall take priority over other non-SYPS hydrocarbon transportation contracts or orders for such services from the SYU that are entered, hereinafter are entered, or could as an alternative to the SYPS be entered into for hydrocarbon transportation services from the point of production in the SYU.  For purposes of assuring such priority, Sable is directed to accept and perform such contracts or order up to and so long as the SYPS has capacity to transport.

D. Any person contracting for or ordering, or who hereinafter does contract for or order hydrocarbon transportation services from Sable from the point of production in the SYU is directed to prefer and utilize such capacity in the SYPS from the point of production in the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, in preference to other such non-pipeline contracts or orders by other persons capable of hydrocarbon transportation service, including but not limited to by truck, vessel, or alternative pipeline, up to the capacity of the SYPS.

E. Sable, and any person seeking hydrocarbon transportation services from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, are authorized to enter into such orders and contracts as those parties negotiate, as appropriate.

F. Sable is directed to provide a monthly report to DOE via askcr@hq.doe.gov on the use of this priority and allocation order, including the volumes of hydrocarbons transported or contracted for under this Order during the previous month.

G. Sable is ordered to comply with this order immediately and to maintain such compliance until such time as the conditions necessitating the issuance of this order abate or until Sable is directed otherwise.

Issued in Washington, D.C. on this 13th day of March 2026

*Chris Wright*

_____

Chris Wright

Secretary of Energy

# Attachment 2

## United States Department of Energy (DOE) Findings and Determinations and Prioritization and Allocation Plan for Hydrocarbon Transportation Services

In accordance with White House Executive Order (E.O.) 14156, *Declaring a National Energy Emergency*, signed on January 29, 2025, and extended on January 12, 2026, DOE makes the following *Findings and Determinations* and promulgates the *Prioritization and Allocation Plan for Hydrocarbon Transportation Services* (hereafter referred to as the Prioritization and Allocation Plan) in conformance with the DOE Energy Priorities and Allocations System (EPAS) regulations [*see* 10 CFR Part 217].[1]  This Prioritization and Allocation Plan is issued in conjunction with the Pipeline Capacity Prioritization and Allocation Order, signed on March 13, 2026, and enclosed herewith.

E.O. 14156 invokes the Defense Production Act of 1950 (DPA) legal authorities.  In section 3, President Trump directed agencies to identify and use all lawful emergency authorities available to them, including the DPA, to facilitate the supply, refining, and transportation of energy in and through, specifically, the West Coast of the United States.  The Findings and Determinations and Prioritization and Allocation Plan are made in accordance with the Congressional Declaration of Policy in section 2(a)(5) of the DPA in which Congress established a link between assuring the availability of energy supplies and maintaining defense preparedness when it found that "in order to ensure national defense preparedness, it is necessary and appropriate to assure the availability of domestic energy supplies for national defense needs."[2]

The DPA allows DOE to allocate resources and prioritize contracts related to all forms of energy [*see* 10 CFR 217.2(a)(2)].  The Prioritization and Allocation Plan in the appendix outlines DOE's approach to, *inter alia*, implement E.O. 14156, under the designated authorities of the Secretary of Energy to utilize the DPA.

---

[1] DOE's regulations pertaining to findings required by section 101(c)(2)(A) of the Defense Production Act of 1950 are found at 10 C.F.R. Part 216 ("Materials Allocation and Priority Performance Under Contracts or Orders to Maximize Domestic Energy Supplies").  Unlike DOE's regulations at 10 C.F.R. Part 217, Part 216 does not contemplate, let alone require, an Allocation Plan.  Accordingly, this Prioritization and Allocation Plan only pertains to the prioritization and allocation order issued by DOE pursuant to the authority under section 101(a) of the Defense Production Act of 1950, and requirements of 10 C.F.R. Part 217.

[2] 50 U.S.C. § 4502(a)(5).

**<u>Findings and Determinations</u>**

In accordance with section 101 of the DPA and section 202 of Executive Order 13603, as amended, I make the following findings and determinations:

**I.        Pursuant to section 101(a):**

A. The immediate performance and prioritization of contracts and orders for the service of transportation of hydrocarbons from the Santa Ynez Unit (SYU) through the Santa Ynez Pipeline System (SYPS), including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California,[3] is necessary and appropriate to promote the national defense,[4] including with respect to energy production, distribution and use, and directly related activities;

B. Given the national security imperatives of the Pipeline Capacity Prioritization and Allocation Order (enclosed), should these options be rendered impossible, then the allocations action taken in the Pipeline Capacity Prioritization and Allocation Order under 10 CFR Part 217 Subpart E shall be deemed appropriate and required, as there is insufficient supply of a material, service, or facility to satisfy national defense supply requirements through the use of the priorities authority or when the use of the priorities authority would cause a severe and prolonged disruption in the supply of materials, services, or facilities available to support normal U.S. economic activities. The immediate allocation of the service of transportation of hydrocarbons from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, is necessary and appropriate to promote the national defense, including with respect to energy production, distribution and use, and directly related activities; and

C. Sable Offshore Corp. and Pacific Pipeline Company (collectively "Sable"), as lessee, owner, and operator of the SYU and owner and operator of the SYPS, is a person capable of performance of such pipeline hydrocarbon transportation contracts or orders in preference to other current, contingent, pending, or potential contracts or orders for hydrocarbon

---

[3] Sable Offshore Corp. (2025). Form 10-K. U.S. Securities and Exchange Commission, at 1-2, available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0001831481/652c5f0a-582e-42c9-b069-e47f9af7bc7f.pdf ("the 'Santa Ynez Unit' or 'SYU' refers to the 16 federal leases, three offshore production platforms (Hondo, Harmony, and Heritage), and associated ancillary facilities located in federal waters offshore California, and . . . the 'Santa Ynez Pipeline System' (or 'SYPS') refers to the interstate pipeline connecting the Santa Ynez Unit to the Pentland Station terminal, inclusive of 'Pipeline Segment 324' and 'Pipeline Segment 325', or collectively referred to as 'Pipeline Segments 324 and 325' (formerly known as '901/903 Assets' and as defined in the Sable-[Exxon Mobil Corporation] Purchase Agreement), the Las Flores Canyon ('LFC') onshore processing, storage, and related pipeline assets, and the offshore pipeline connecting the Santa Ynez Unit to LFC.  The SYU Assets include the Santa Ynez Unit and the Santa Ynez Pipeline System.").

[4] "National defense" is defined in section 702(14) as "programs for military and energy production or construction, military or critical infrastructure assistance to any foreign nation, homeland security, stockpiling, space, and any directly related activity.  Such term includes emergency preparedness activities conducted pursuant to title VI of The Robert T. Stafford Disaster Relief and Emergency Assistance Act [42 U.S.C. 5195 et seq.] and critical infrastructure protection and restoration." (50 U.S.C. § 4552(14)).

transportation service.[5]

## II.      Pursuant to section 101(b):

D. The ordering paragraphs of the Pipeline Capacity Prioritization and Allocation Order regard pipeline capacity service and do not direct or control the general distribution of any hydrocarbon material—whether transported by the SYPS or otherwise—in the civilian market, nor direct or control any orders or contracts for the hydrocarbon materials themselves.

E. Notwithstanding the foregoing,
   (1) the transportation of hydrocarbons via pipeline from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, is a scarce and critical service[6] essential to the national defense, of a scarce and critical material[7] essential to the national defense; and

   (2) the requirements of the national defense for such service and material cannot otherwise be met without creating a significant dislocation of the normal distribution of such material in the civilian market to such a degree as to create appreciable hardship.

## III.     Pursuant to section 101(c):

Given the national security imperatives of the Pipeline Capacity Prioritization and Allocation Order, should the prioritization and allocation options under section 101(a) be rendered impossible, then the prioritization and allocations actions taken in the Pipeline Capacity Prioritization and Allocation Order under section 101(c) shall be deemed appropriate and required.

F. Pipeline transportation services of hydrocarbons between the SYU and SYPS are scarce, critical, and essential to maintain or expand exploration, production, refining, or transportation to maximize domestic energy supplies;

---

[5] I take administrative notice that the Office of Legal Counsel has long opined that section 101(a) could "be used to facilitate petroleum transportation," such as "by requiring pipelines, marine terminals, and other facilities to perform oil transport contracts necessary or appropriate to promote the national defense." Energy Supply Interruption, 6 Op. O.L.C. 644, 665 (1982).

[6] The term "services" includes "any effort that is needed for or incidental to": (A) "the development, production, processing, distribution, delivery, or use of an industrial resource or a critical technology item"; (B) "the construction of facilities"; (C) "the movement of individuals and property by all modes of civil transportation"; or (D) "other national defense programs and activities." Section 702(16) of the DPA (50 U.S.C. § 4552(16)).

[7] "Energy" is a "strategic and critical material" within the DPA. *See* section 106 of the DPA (50 U.S.C. § 4516). Further, "material" encompasses "any raw materials (including minerals, metals, and advanced processed materials), commodities, articles, components (including critical components), products, and items of supply," as well as "any technical information or services ancillary to the use of any such materials, commodities, articles, components, products, or items." Section 702(13) of the DPA (50 U.S.C. § 4552(13)).

Exhibit A
Page 43

G. domestically produced hydrocarbons in California are scarce, critical, and essential to maintain or expand exploration, production, refining, or transportation to maximize domestic energy supplies; and

H.  maintenance or expansion of exploration, production, refining, transportation, or conservation of energy supplies or the construction and maintenance of energy facilities cannot reasonably be accomplished without exercising the section 101(c) authority.

Issued in Washington, D.C. on this 13th day of March 2026.

_____

Chris Wright

Secretary of Energy

**APPENDIX: Prioritization and Allocation Plan for Hydrocarbon Transportation Services**

**Section 1. Requirement for a DOE Allocations Action.**

In accordance with 10 CFR 217.51(b), below is a detailed description of the situation to include any unusual events or circumstances that have created the requirement for an allocations action.

Sable Offshore Corp. and Pacific Pipeline Company (collectively "Sable") is the lessee, owner, and operator of the Santa Ynez Unit (SYU), an offshore oil and gas unit located in Federal waters off the coast of California.  The SYU is a critical energy resource on the West Coast—it is one of the largest known offshore oilfields in the United States.  For most of SYU's production history, oil and gas were produced through pipeline infrastructure connecting offshore platforms to onshore facilities in Las Flores Canyon, California.  From there, crude oil was transported via onshore pipeline to a California refinery complex via the Las Flores Pipeline System (LFPS).  This interstate pipeline system is known as the Santa Ynez Pipeline System (SYPS), which Sable owns and operates, and it ends at the Pentland Station terminal in Pentland, California, at which point hydrocarbons move through the Plains All American Line 2000 for transport to refineries.  According to Sable, the State of California is impeding it from resuming transportation of SYU production through the SYPS following its closure in 2015, increasing petroleum scarcity and prices at the pump.

California's unrivaled concentration of defense-related activities and personnel require sufficient fuel access to enable military ships and planes to operate at home and abroad.  The United States Indo-Pacific Command (USINDOPACOM), as the "vanguard" of U.S. forces facing both potential nuclear adversaries and terrorist organizations, must reach designated theaters and threats within 72 hours.  The military readiness of USINDOPACOM is vital to U.S. national security and defense.  Further, USINDOPACOM's military readiness depends on the ability of the military installations within its command structure to access regional domestic fuel supplies.

California's commercial refineries historically met this critical need, producing and distributing (via commercially available pipelines) enough fuel to meet Defense Fuel Support Points cover levels for California military installations.  However, a 65% reduction in California's in-state oil production since 2001 has left California and, by extension, the U.S. military, dependent on foreign imports.  Dependence on foreign imports creates fuel supply disruption risks that are incompatible with military readiness and national security.  California's increasing reliance on foreign imports weakens the United States' position in international markets and endangers our national security.

Reliance on foreign energy resources poses an actual—not theoretical—threat to our national security.  For example, on February 28, 2026, Iran attacked neighboring countries, prompting precautionary shutdowns of oil and gas facilities across the Middle East.  Operations were suspended at Saudi Arabia's largest domestic oil refinery, Ras Tanura, after a drone strike, as well as most oil production halted in Iraqi Kurdistan.[8]  Iran also has attacked tankers in the Strait

---

[8] Reuters, *Qatar LNG, Saudi refinery, Israeli oil, gas fields down due to Mideast strikes*, Mar. 2, 2026, https://www.reuters.com/business/energy/saudi-aramco-shuts-ras-tanura-refinery-after-drone-strike-source-says-

Copy

of Hormuz, through which a fifth of the world's oil and liquefied gas typically passes.[9]  It has been reported that tankers and container ships are avoiding the waterway after insurers cancelled coverage for vessels and global oil and gas shipping rates soared, with concerns increasing after Iranian media reported that Iran will fire on any ship trying to pass through the Strait of Hormuz.[10]  Further, this is not a new development.  Iran attacked Saudia Arabia's energy facilities with missiles and drones in 2019, temporarily knocking out more than half of the kingdom's crude production.[11]  In 2021, Iran-aligned Houthis in Yemen attacked Saudi Arabia's Ras Tanura refinery.[12]  In 2024, California imported crude oil from Saudi Arabia and Iraq, among other countries.[13]

Increasing the affordability and access to domestic crude oil resources on the Outer Continental Shelf via the SYPS will promote the national defense, as well as result in direct consumer savings for the public and military facilities in the region.  Accordingly, performance and prioritization contracts and orders for the service of transportation of hydrocarbons from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, are necessary and appropriate to promote the national defense.

Given the national security imperatives of the Pipeline Capacity Prioritization and Allocation Order, DOE takes the position that priority rated contracts or orders under 10 CFR Part 217 Subpart C and special priorities assistance under 10 CFR Part 217 Subpart D are sufficient to address these unusual events and circumstances.  Nevertheless, if it is later determined that these options are impossible, then the allocations action taken here under 10 CFR Part 217 Subpart E is appropriate and required, as there is insufficient supply of a material, service, or facility to satisfy national defense supply requirements through the use of the priorities authority or when the use of the priorities authority would cause a severe and prolonged disruption in the supply of materials, services, or facilities available to support normal U.S. economic activities.  Further, this allocation order will not be used to ration materials or services at the retail level.

---

2026-03-02/.

[9] Reuters, *Oil prices soar 6% to highest since 2024 as Middle East conflict widens*, Mar. 3, 2026, https://www.reuters.com/business/energy/saudi-aramco-shuts-ras-tanura-refinery-after-drone-strike-source-says-2026-03-02/ https://www.reuters.com/business/energy/oil-rises-expanding-us-israeli-conflict-with-iran-elevates-supply-risks-2026-03-03/.

[10] *Id.*

[11] *See* California Energy Commission, *Foreign Sources of Crude Oil Imports to California 2024*, accessed on Mar. 3, 2026, https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports.

[12] *Id.*

[13] *Id.*

Exhibit A
Page 46

**Section 2. Objective of the Allocation Action.**

2.1.  In working toward the specified objective below,

1)   The Secretary shall use the delegated authority under section 101 of the Act (50 U.S.C. 4511) to determine the proper nationwide priorities and allocation of all the materials, services, and facilities necessary to ensure a continued and adequate supply of the transportation services for hydrocarbon from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California; and

2)   The Secretary shall issue such orders and adopt and revise appropriate rules and regulations as may be necessary to implement E.O. 14156.

2.2.  In accordance with, 10 CFR 217.51(c), a statement of the specific objective(s) of the allocations action is included below.

Utilizing the delegated authorities, DOE shall work to ensure continued and adequate hydrocarbon transportation services from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, without placing the corporate viability of any hydrocarbon transportation services from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California to the Pentland Station terminal in Pentland, California, at risk.

Ensuring an adequate supply of hydrocarbon transportation services is crucial to the national security and defense, including domestic energy production, which is essential to protecting the livelihoods and safety of Americans.  Ensuring robust domestic hydrocarbon transportation services in California is fundamental to American economic and national security.

**Section 3.  List of Materials, Services, or Facilities.**

In accordance with 10 CFR 217.51(d) and 10 CFR 217.51(e), below is a list of the materials, services, or facilities to be allocated; a list of sources of the materials, services, or facilities subject to the allocations action.

***3.1 Materials, as applicable, but not limited to:***
Hydrocarbons from the SYU.

***3.2 Services, as applicable, but not limited to:***
The use of the term Services in this Prioritization and Allocation Plan refers to services relating to the transportation of hydrocarbons from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California.

***3.3 Facilities, as applicable, but not limited to:***
Facilities relating to the transportation of hydrocarbons from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California.

**Section 4. Provisions for Allocations Orders.**

In accordance with 10 CFR 217.51(f), below is a detailed description of the provisions that will be included in the allocations orders, including the type(s) of allocations orders, the percentages or quantity of capacity or output to be allocated for each purpose, and the duration of the allocation action.

4.1. Types of allocation orders, as defined by 10 CFR 217.53, are:

    a)  *Set-aside:* An official action that requires a person to reserve materials, services, or facilities capacity in anticipation of the receipt of rated orders.

    b)  *Directive:* An official action that requires a person to take or refrain from taking certain actions in accordance with the provisions.  For example, a directive can require a person to: stop or reduce production of an item; prohibit the use of selected materials, services, or facilities; or divert the use of materials, services, or facilities from one purpose to another; and

    c)  *Allotment:* An official action that specifies the maximum quantity of a material, service, or facility authorized for a specific use.

4.2. DOE shall leverage pertinent allocation orders from the types above for action once specific quantities, capacities, and/or output considerations are determined.  These will take place within timelines designated by DOE leadership and authorities.

**Section 5. Impact of Proposed Allocation Actions on Civilian Market.**

In accordance with 10 CFR 217.51(g), below is an initial estimate for an evaluation of the impact of the proposed allocations action on the civilian market.

Over the last four decades, idiosyncratic California state policies have created military fuel disruption vulnerabilities that now compromise U.S. force readiness and national security. Notably, California is now the most oil import-dependent state in the United States.[14] Furthermore, because California has no inbound pipelines from other states supplying crude oil,

---

[14] *Id.*

8

gasoline or aviation fuels, 95% of its inbound crude and fuel products are delivered by maritime tankers.[15]

Enabling the additional production of nearly 60,000 barrels of oil equivalents per day (BOE/D) from the SYU by opening the pipeline would help alleviate California's petroleum scarcity by providing a secure, consistent, and local source of crude oil.[16]  The 124.4-mile Las Flores Pipeline System (LFPS) is the only midstream infrastructure connecting ongoing upstream oil production in the SYU to California's downstream processing and refining centers.  The oil resources held at Las Flores Canyon are frozen assets that cannot be transported due to the closure of Pipelines CA-324 and CA-325.

Petroleum pipeline infrastructure, such as LFPS, is critical to national economic security and public health and safety in California.  These pipelines are the primary and most efficient means to move substantial volumes of crude oil to California's processing facilities and refineries.  Consequently, the degradation of these pipeline systems has a debilitating impact on California's economic security by increasing energy costs, exacerbating supply chain vulnerabilities, and diminishing the state's ability to maintain a reliable and affordable energy supply for its citizens and businesses.

The opening of this interstate pipeline connecting the SYU to the shore enables the United States to increase its supply, reducing cost and volatility impacts of production in Russia, Iran, and OPEC nations.  Thus, preventing additional California crude production and transport undermines U.S. foreign trade policy and empowers foreign countries.  Pipeline restart would unlock the potential production rate of nearly 60,000 BOE/D and thereby ensure the consistent supply of refined petroleum products, which are essential for transportation, agriculture, and various industrial processes and services.

California crude oil extraction has decreased 74 percent from 1981 to 2025.[17]  As noted above, California is also the most oil import-dependent state in the United States, with California-produced petroleum becoming increasingly scarce.  In-state refining capacity has also been in steep decline.  California refineries face several critical limitations preventing the replacement of California-produced crude with other domestic sources of crude, including geographic, infrastructure, crude quality, facility designs, and regulatory limitations.

Petroleum is essential to modern life, both as a fuel for transportation and energy production, and as a chemical feedstock, ranging from adhesives and plastics to pharmaceuticals and textiles.

---

[15] *California Energy & Fuel Policies: A Clear and Present Threat to National Security and Force Readiness* (Oct. 10, 2025), https://ad32.asmrc.org/wp-content/uploads/2025/10/CA-Impact-on-Force-Readiness.pdf.

[16] *See* Sable Offshore Corp., *November 2025 Investor Presentation*, at 20 (Nov. 2025), https://s202.q4cdn.com/300304768/files/doc_presentation/2025/Sable-Offshore-Corp-Investor-Presentation_November-2025_vFinal.pdf.

[17] U.S. Energy Information Administration, *California Field Production of Crude Oil* (Jun. 20, 2025), https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=MCRFPCA2&f=A.

9

Petroleum products constitute an essential component of the manufacturing sector and United States economic growth.

**Section 6. Proposed Actions to Mitigate Disruptions to Civilian Market Operations.**

In accordance with 10 CFR 217.51(h), below are proposed actions, to mitigate disruptions to civilian market operations.

DOE does not anticipate that the civilian market operations will be disrupted through this action. Nevertheless, DOE will minimize disruptions, if any, to the supply chain and civilian market operations by working with Sable, or other transportation services of hydrocarbons from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, to identify, review, and make determinations quickly regarding any identified and agreed upon potential disruptions.  In addition, while performance by the Sable pipeline will require actions that do not comply with certain state laws, DOE will condition its orders on requiring Sable to comply with Federal pipeline safety and other Federal environmental, health, and safety regulations.

**Enclosure:**
Pipeline Capacity Prioritization and Allocation Order (Mar. 13, 2026)

Exhibit A
Page 50

# Attachment 3

**Department of Energy**
Washington, DC  20585

MEMORANDUM FOR THE SECRETARY

DATE:                          MARCH 13, 2026

THROUGH:                JAMES P. DANLY, DEPUTY SECRETARY

FROM:                        OFFICE OF POLICY, HYDROCARBONS AND
                                     GEOTHERMAL ENERGY OFFICE

SUBJECT:                   CALIFORNIA LAS FLORES PIPELINE RESTART

**ISSUE: Whether to issue a Defense Production Act prioritization/allocation order for the Sable pipeline.[1]**

**BACKGROUND:**

America's national security is tied to its energy security.  The disruption of energy supply impedes the military's ability to maintain mission readiness.  This compromises both defensive posture and offensive capability.[2]

Energy insecurity impedes national security in another way.  Energy is a key enabler of public welfare and economic growth.  Petroleum is an essential material, used in fueling a

---

[1] Sable Offshore Corp. and Pacific Pipeline Company (collectively "Sable") is the lessee, owner, and operator of the Santa Ynez Unit (SYU), an offshore oil and gas unit located in Federal waters off the coast of California.  Sable Offshore Corp. (2025). Form 10-K. U.S. Securities and Exchange Commission, at 1-2, available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0001831481/652c5f0a-582e-42c9-b069-e47f9af7bc7f.pdf (hereinafter "Sable 10-K").  For most of SYU's production history, oil and gas were produced through pipeline infrastructure connecting offshore platforms to onshore facilities in Las Flores Canyon, California. *See* Letter for Jonathan Brightbill, General Counsel, Department of Energy, from James Noe, Partner, Holland & Knight, *Re: Sable Offshore Corp.—Request for Action Under the Defense Production Act* at 1-2 (Dec. 12, 2025) (hereinafter "Sable Request").  From there, crude oil was transported via onshore pipeline to a California refinery complex via the Las Flores Pipeline System (LFPS). *Id.* at 2.  This interstate pipeline system is known as the Santa Ynez Pipeline System (SYPS), which Sable owns and operates. *Id. See also* Letter for J. Caldwell Flores, President and Chief Operating Officer, Sable Offshore Corp., *RE: Determination of Interstate Classification* at 2 (Dec. 17, 2025) ("PHMSA agrees with your determination that the Las Flores Pipeline is an interstate pipeline."); Sable 10-K at 1-2. According to Sable, the State of California is impeding it from resuming transportation of SYU production through the SYPS. Sable Request at 6. Sable also is operator of the SYPS. *See also*, Letter for Linda Daugherty, Acting Associate Administrator for Pipeline Safety, Pipeline and Hazardous Materials Safety Administration (PHMSA), from J. Caldwell Flores, President and Chief Operating Officer, Pacific Pipeline Company / Sable Offshore Corp., *RE: Application for Emergency Special Permit Sable Offshore Corp.* at 1 (Dec. 19, 2025) ("As part of this Application, Sable requests that PHMSA issue an Emergency Special Permit covering two pipeline segments (Lines CA-324 and CA-325) that together, constitute the Las Flores Pipeline, which is part of an interstate pipeline facility that Sable operates from the Outer Continental Shelf (OCS) off the coast of Santa Barbara, California to Kern County, California, known as the Santa Ynez Pipeline System (SYPS).").

[2] *Center For Energy Security and Infrastructure Resilience.* Naval Academy, (Jul. 8, 2025), https://www.usna.edu/CESIR/Energy_and_Energy_Security.php

Exhibit A
Page 52

vast network of freight, farm equipment, and passenger vehicles which underpin the West Coast economy. Petroleum is used as a feedstock for a myriad of products like plastics, fertilizers, and pharmaceuticals. Consequently, nations labor tirelessly to guarantee access to reliable and affordable energy supply. Supply shortfalls can increase dependence on nonaligned and even adversarial nations and produce social unrest.[3]

History supports such reasoning. Between 1950 and 1970, the United States increased its dependence on, and consumption of oil sourced from the Middle East. However, in 1973, a Saudi-led cartel of oil-producing nations declared an oil embargo on the United States owing to its support for Israel. The embargo both banned petroleum exports to the United States and introduced cuts in overall oil production.[4] The impact on the U.S. economy was immediate and widespread. Average gas prices increased 36 percent, prompting nationwide rationing.[5] In response, truckers staged nationwide blockades, motorists waited for hours at gas stations, and public anger grew.[6]

The West Coast of the United States, and California in particular, is a geographically distinct region and market for petroleum than the broader United States. California gasoline prices are already the highest anywhere in the country.[7] This is due in part to California regulatory policy preventing crude oil extraction and refining.

There are no inbound petroleum pipelines to California from other states. To satisfy demand, California has increasingly relied on foreign imports from countries including Iraq and Saudia Arabia. California has access to the Monterey Formation, one of the largest offshore oil fields in the U.S. and a pipeline in place to carry oil from existing offshore oil rigs to nearby refineries. Notwithstanding limited supply, the state has refused to allow the pipeline to operate after its 2015 closure, increasing petroleum scarcity and prices at the pump.[8]

---

[3] Wackman, Thomas. "Energy Security is National Security." Institute for Energy Research, (Apr. 2023), https://www.instituteforenergyresearch.org/wp-content/uploads/2023/04/Energy-Security-Is-National-Security-Wackman.pdf

[4] *Milestones in the History of U.S. Foreign Relations - Office of the Historian. Milestones in the History of U.S. Foreign Relations - Office of the Historian*, https://history.state.gov/milestones/1969-1976/oil-embargo, Accessed Mar. 06, 2026

[5] *Alternative Fuels Data Center: Maps and Data - Average Annual Retail Fuel Price of Gasoline.* Alternative Fuels Data Center, https://afdc.energy.gov/data/10641, Accessed Mar. 06, 2026

[6] Haluga, Meredith, "The Oil Crisis of 1973: President Nixon's Actions to Maintain American Prosperity." *American Studies Forum*, 2017, https://digitalcommons.providence.edu/american_studies_forum/2.

[7] *Gasoline and Diesel Fuel Update*, U.S. Energy Information Administration, (Mar. 03, 2026), https://www.eia.gov/petroleum/gasdiesel/

[8] *Trump Reopens the Santa Ynez Unit in the Pacific to Oil Production,* Institute for Energy Research, (Aug. 18, 2025), https://www.instituteforenergyresearch.org/fossil-fuels/trump-reopens-the-santa-ynez-unit-in-the-pacific-to-oil-production/

Exhibit A
Page 53

**CALIFORNIA ENERGY SECURITY:**

In 1981, California crude oil extraction was 1,001,000 barrels per day (BPD), and in 2025, California crude oil extraction was 257,000 BPD, a 74 percent decrease.[9] Meanwhile, the Gulf of America currently produces about 2,000,000 BPD of crude oil, accounting for roughly 15 percent of U.S. crude production.[10] Executive Order 14156 calls out this geographical mismatch. The President noted that the national energy emergency was most pronounced on the West Coast, "where dangerous State and local policies jeopardize our Nation's core national defense and security needs, and devastate the prosperity of not only local residents but the entire United States population."[11]

**NATIONAL SECURITY:**

With 32 military bases, California has the highest concentration of defense-related activities in the United States. [12] Navy Base San Diego serves as the principal home port for the Pacific Fleet's Surface Navy with over 50 ships and various support units, including Naval Air Station North Island. The state also houses 5 major active-duty U.S. Air Force bases, including Travis AFB, Beale AFB, and Edwards AFB; United States Marines bases at Camp Pendleton, Twenty-Nine Palms, Miramar, and Barstow; and U.S. Coast Guard ports and stations located inland and along the state's 840-mile coastline.

Under the command of U.S. Northern Command (USNORTHCOM), these military installations support U.S. Indo-Pacific Command (USINDOPACOM) and other DoW requirements worldwide. These installations "sit at the vanguard of U.S. forces with direct facing to potential nuclear adversaries such as North Korea, Russia, and the People's Republic of China (PRC) and transnational terrorist organizations in the Philippines, Malaysia, and Middle East" and require fuel access sufficient to enable their ships and planes to reach designated theaters and threats within 72 hours.[13]

A rapid and reliable regional fuel supply is therefore critical to national security and military readiness.[14] California commercial refineries historically met this critical need, producing and distributing (via commercially available pipelines) enough fuel to meet

---

[9] *California Field Production of Crude Oil*, U.S. Energy Information Administration, (Jun. 20th, 2025), https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=MCRFPCA2&f=A

[10] *Federal Offshore—Gulf of America Field Production of Crude Oil*, Energy Information Administration, (Feb. 27th, 2026) https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=pet&s=mcrfp3fm2&f=m

[11] United States, Executive Office of the President [Donald Trump]. Executive Order 14156: Declaring a National Energy Emergency. Jan. 20, 2025, Federal Register, vol. 90, no. 18, Jan 29. 2025, pp. 8433–37 https://www.govinfo.gov/content/pkg/FR-2025-01-29/pdf/2025-02003.pdf

[12] *California Military Installations and Operational Areas,* Office of Governor, https://militarycouncil.ca.gov/s_californiamilitarybases/, Accessed Mar. 06, 2026

[13] *California Energy & Fuel Policies: A Clear and Present Threat to National Security and Force Readiness?*, (Oct. 10, 2025), https://ad32.asmrc.org/wp-content/uploads/2025/10/CA-Impact-on-Force-Readiness.pdf.

[14] *See* 50 U.S.C. §. 4502(a)(1) ("Congress finds that—the security of the United States is dependent on the ability of the domestic industrial base to supply materials and service for the national defense and to prepare for and respond to military conflicts….").

3

Exhibit A
Page 54

DoW fuel requirements located in the Western United States and elsewhere, as is required.[15]

However, California's policies have created military fuel disruption vulnerabilities that now compromise U.S. force readiness and national security.

**ADVERSARIAL DEPENDENCE:**

A 65% reduction in California's in-state oil production since 2001 has left California and, by extension, the U.S. military, dependent on foreign imports.  In 1982, California imported just 5.6% of its crude petroleum from foreign sources; by 2025, that number had increased to 61%,[16] making California the most oil import-dependent state in the U.S. despite having the 4th largest economy in the world and the 5th largest crude reserves in the U.S. (see Table 1 in Appendix).[17]

Because California has no inbound pipelines from other states supplying crude oil, gasoline or aviation fuels, 95% of its inbound crude and fuel products are delivered by maritime tankers, including tanker ships owned by Russia's SCF Group and China's Cosco Shipping Energy Transportation.[18]  As made clear by the impacts of current events in Iran and the Hormuz Strait on international oil markets, dependence on foreign imports creates fuel supply disruption risks.  These risks are incompatible with military readiness and national security.[19]

Even California's intrastate San Pablo Bay Pipeline, the last remaining link between southern production fields and Bay Area refineries, is facing the risk of closure.  Refinery closures have reduced flow to half of its 60,000 barrel per day economic minimum.[20]

By April 2026, California will have just 8 refineries, down from 30 in 1990.[21,22] California refineries cannot simply replace California-produced crude with other

---

[15] *An Aviation Fuel Crisis May Be Coming to California,* Institute for Energy Research, (Nov. 25, 2025), https://www.instituteforenergyresearch.org/big-green/an-aviation-fuel-crisis-may-be-coming-to-california/,
[16] *Annual Oil Supply Sources to California Refineries,* California Energy Commission, https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/annual-oil-supply-sources-california, Accessed Mar. 10, 2026
[17] *Foreign Sources of Crude Oil Imports to California*, California Energy Commission, https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports, Accessed Mar. 06, 2026
[18] *California Energy & Fuel Policies: A Clear and Present Threat to National Security and Force Readiness*, (Oct. 10, 2025), https://ad32.asmrc.org/wp-content/uploads/2025/10/CA-Impact-on-Force-Readiness.pdf.
[19] *See* 50 U.S.C. § 4502(a)(4) ("Congress finds that…in order to ensure national defense preparedness, it is necessary and appropriate to assure the availability of domestic energy supplies for national defense needs.").
[20] https://www.eenews.net/articles/california-regulators-try-to-save-critical-oil-pipeline-with-rate-hike/
[21] *California Number of Operating Refineries,* U.S. Energy Information Administration, (Jun. 20, 2025), https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?f=A&n=PET&s=8_NA_8OO_SCA_C&utm
[22] The DOE internally analyzed refineries operating in California based on publicly available information and press releases to determine the actual number of active California refineries.

Exhibit A
Page 55

domestic sources of crude.  In addition to the geographic, infrastructure, and regulatory limitations that make it difficult for California refineries to access oil produced from shale formations in New Mexico and the Gulf Coast, oil produced from shale tends to be light, sweet crude.  Refineries are designed to process specific blends of crude oil.  The majority of U.S. refining capacity, including capacity in California, was built prior to 1970 and designed to ingest heavy crude.[23]  Crude produced in California tends to have a lower American Petroleum Institute (API) gravity, which indicates a heavier crude.[24]  Crude produced from the Monterey Formation, the location of SYU, is considered heavy oil, with API gravity from 10° to 23°.[25]  This is suitable for use in CA refineries, while other oil produced in the United States may not be.

The increasing reliance on foreign imports weakens the U.S. position in international markets and endangers our national security.  China, hedging against market volatility, typically expands strategic crude oil stockpiles in response to higher spot prices, further inflating prices by up to 10 percent, and increasing revenues for Russia and Iran, from whom China heavily imports.[26]

The opening of the pipeline connecting the Santa Ynez Unit to the shore will enable the United States to increase its supply, reducing cost and volatility impacts of production in Russia, Iran, and OPEC nations.  While China has diversified its oil imports, continued reduction in U.S. share in global markets strengthens its bargaining power in bilateral trade.  Thus, loss of California crude production and transport undermines U.S. foreign trade policy and empowers Russia and Iran to challenge U.S. interests and those of allies like Ukraine and Israel.

**SCARCE:**

Despite the importance of oil to energy and national security, California crude oil production within the state has fallen by 74 percent since the 1980s.[27]  In-state refining capacity has also been in decline, falling 35 percent over the same period.[28]  California petroleum has become increasingly scarce due to depleting wells and an evolving regulatory environment, including a lack of new drilling permits.[29]  Enabling the

---

[23] *When was the last refinery built in the United States,* U.S. Energy Information Administration, (Jan. 2024), https://www.eia.gov/tools/faqs/faq.php?id=29&t=6

[24] EIA. "Crude Oil and Lease Condensate Production by API Gravity." February 27, 2026. https://www.eia.gov/dnav/pet/pet_crd_api_adc_mbblpd_m.htm

[25] Idol, Keith. "Producing Heavy Oil from Offshore Platforms at the Santa Ynez Unit." Hedberg Research Conference, Veracruz, Mexico. 2006. https://www.searchanddiscovery.com/abstracts/html/2006/hedberg/abstracts/short/idol.htm

[26] *Expanding Strategic Oil Stocks in China Support Crude Oil Prices*, U.S. Energy Information Administration, (Oct. 2025), https://www.eia.gov/todayinenergy/detail.php?id=66319.

[27] *California Field Production of Crude Oil*, U.S. Energy Information Administration, (Jun. 20, 2025), https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=MCRFPCA2&f=A

[28] *California Refinery Operable Atmospheric Crude Oil Distillation Capacity as of January 1*, U.S. Energy Information Administration, (Jun. 20, 2025), https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=8_NA_8D0_SCA_4&f=A

[29] *New Oil Drilling Permit Approvals Fall To Zero For First Time Since Newsom Came To Office, Making History*, Consumer Watchdog, (Apr. 19, 2024), https://consumerwatchdog.org/energy/oil-drilling-permit-

Exhibit A
Page 56

additional production of nearly 60,000 barrels of oil equivalents per day (BOE/D) from the Santa Ynez Unit (SYU) by opening the pipeline would help alleviate California's petroleum scarcity by providing a secure, consistent, local source of crude oil.[30]

ExxonMobil previously owned and operated SYU and the Las Flores Pipeline System (LFPS) network before leasing to Sable. LFPS has been inoperable following its closure in 2015. Truck transport was explored. The Santa Barbara County Board of Supervisors blocked permits that prevented Exxon from transporting crude oil via truck to nearby refineries, instead of using the closed pipeline.[31]

As an alternative, Sable proposes to purchase an Offshore Storage and Treating Vessel (OS&T), a specialized vessel which receives raw fluids from subsea wells and separates them into oil, gas, and water, and store the processed crude in their hull for later transfer to tankers. Sable estimates that total capital required to pursue an OS&T strategy, assuming the purchase of a vessel, and vessel and platform upgrades and installation, is approximately $450 million.[32]

With such a vessel, Sable further proposes that hydrocarbon product will be sold into domestic refineries outside of California, or into international markets. In order to transport the hydrocarbons to ports domestically, the vessels would further need to be authorized under the Jones Act. The Jones Act requires energy transported between two U.S. points, such as an OS&T and a U.S. port, to be carried by U.S. flagged vessels.[33] The scarcity and relative cost of these vessels makes this strategy more complex and expensive. The OS&T strategy therefore does not address petroleum scarcity in California and is not responsive to the energy emergency.

Once the onshore crude oil storage becomes filled, the three platforms comprising the Santa Ynez Unit—Harmony, Heritage, and Hondo—will be backed up and can no longer continue producing crude. In effect, the oil reserves in SYU have become a stranded resource. This blockage underscores the scarcity of crude oil transport options and pipeline infrastructure, and crude oil more generally, in California.

---

approvals-fall-to-zero-for-first-time-since-newsom-came-to-office-making-history-consumer-watchdog-and-fractracker-alliance-say/

[30] Sable Offshore Corp., *November 2025 Investor Presentation*, at 20 (Nov. 2025) https://s202.q4cdn.com/300304768/files/doc_presentation/2025/Sable-Offshore-Corp-Investor-Presentation_November-2025_vFinal.pdf

[31] *US judge refuses to overturn Exxon permit denial to truck crude oil in California*, Reuters, (Sep. 27, 2023), https://www.reuters.com/business/energy/us-judge-refuses-overturn-exxon-permit-denial-truck-crude-oil-california-2023-09-27/

[32] Sable Offshore Corp., *November 2025 Investor Presentation*, at 7 (Nov. 2025) https://s202.q4cdn.com/300304768/files/doc_presentation/2025/Sable-Offshore-Corp-Investor-Presentation_November-2025_vFinal.pdf

[33] Congressional Research Service, *Shipping Under the Jones Act: Legislative and Regulatory Background*, at 2 (Nov. 21, 2019), https://www.congress.gov/crs-product/R45725

6

Exhibit A
Page 57

**CRITICAL:**

Petroleum pipeline infrastructure, such as LFPS, is critical to national economic security and public health and safety in California.  These pipelines are the primary and most efficient means to move substantial volumes of crude oil to California's processing facilities and refineries.  The state's unique "fuel island" status, characterized by declining in-state crude oil production and refining capacity, and significant reliance on imported petroleum, renders its energy supply particularly vulnerable to disruptions.[34]

Pipeline restart would enable a consistent supply of refined petroleum products essential for daily life and emergency services.  Nationally, 66.6 percent of petroleum is used for transportation and 27.7 percent for industrial processes.  Petroleum products are indispensable for transportation (ambulances, fire trucks, public transit, and personal vehicles), agriculture (food production and distribution), and various industrial processes that underpin essential services.[35]  The alternative OS&T strategy would bypass California's refinery system and potentially direct crude to other markets, thus not directly addressing the nation's in-state supply needs and cost structures in California.[36]

The degradation of these pipeline systems has a significant impact on California's economic security by increasing energy costs, exacerbating supply chain vulnerabilities, and diminishing the state's ability to maintain a reliable and affordable energy supply for its citizens and businesses.

**ESSENTIAL:**

The 124.4-mile Las Flores Pipeline System is the only midstream infrastructure connecting ongoing upstream oil production in the Santa Ynez Unit to California's downstream processing and refining centers.  In May 2025, Sable initiated production from Platform Harmony at 6,000 barrels per day.[37]  The produced oil has been transported via Pipeline CA-324 to Las Flores Canyon for storage.  However, the oil resources held at Las Flores Canyon are frozen assets that cannot be transported due to the closure of Pipelines CA-324 and CA-325.  When the 540,000-barrel capacity Las Flores Canyon container is full, it could block the transportation and production of further oil from the Santa Ynez Unit.  Restart of pipelines CA-324 and CA-325 is essential to functional and reliable oil production at Santa Ynez Unit, unlocking the potential production rate of nearly 60,000 BOE/D.

---

[34] *The California Energy Island: Why Hormuz Hits The West Coast Hardest*, Forbes, (Mar. 03, 2026), https://www.forbes.com/sites/rrapier/2026/03/03/the-california-energy-island-why-hormuz-hits-the-west-coast-hardest/.

[35] *Oil and Petroleum Products Explained*, U.S. Energy Information Administration, https://www.eia.gov/energyexplained/oil-and-petroleum-products/use-of-oil.php, Accessed Mar. 09, 2026.

[36] Sable Offshore Corp., *November 2025 Investor Presentation*, at 8 (Nov. 2025) https://s202.q4cdn.com/300304768/files/doc_presentation/2025/Sable-Offshore-Corp-Investor-Presentation_November-2025_vFinal.pdf.

[37] *News Details,* Sable Offshore, (May 19, 2025), https://sableoffshore.com/news/news-details/2025/Sable-Offshore-Corp--Reports-Restart-of-Oil-Production-at-the-Santa-Ynez-Unit-and-Anticipated-Oil-Sales-from-the-Las-Flores-Pipeline-System-in-July-2025/.

Exhibit A
Page 58

Petroleum is a material essential to modern life, both as a fuel and as a chemical feedstock.  A significant portion of refined petroleum, approximately 50% in 2023, is dedicated to finished motor gasoline, another 25% to distillate fuel or fuel oil (including diesel) which is used for transportation or heating and power generation, and 9% to jet fuel with the remainder going to other products.[38]  Petroleum serves as the raw material for countless products, ranging from adhesives and plastics to pharmaceuticals and textiles.  Liquid feedstocks in the United States are valued at $117 billion in 2025 and projected to grow to $175 billion by 2035.[39]  Petroleum products constitute an essential component of the manufacturing sector and United States economic growth.

## ECONOMIC VIABILITY:

Retail gasoline prices at the pump in California are the highest in the nation due to a combination of higher-than-average state taxes, environmental non-tax policies (e.g., Low Carbon Fuel Standard and Cap and Trade program on carbon emissions), and supply and infrastructure cost premiums.  The California Energy Commission reports the average retail price of gasoline in 2025 was $4.41/gallon with an average crude oil acquisition cost of $71.82.[40]  In 2025, the average West Texas Intermediate (Cushing, OK Spot Price) is reported by the Energy Information Agency to be $65.46.[41]  This equates to a $6.23 supply and infrastructure premium on the production and delivery of crude oil to California refineries.

Given the history of production at SYU and the proximity of the resource to the refineries, Sable expects to be able to sell into the market at an economically viable price that will lower refiner feedstock costs.  Sable estimated in their December 19, 2025 application for emergency special permit to the Pipeline and Hazardous Material Safety Administration (PHMSA) that returning the Santa Ynez Pipeline sections CA-324 and CA-325 (A & B) to service would reduce refinery feedstock prices by approximately $3/barrel.[42]  DOE estimates the effect on California retail gasoline prices, based on a $3/barrel crude oil savings, would be a $0.07/gallon savings, or 1.6 percent reduction in retail prices.

---

[38] *Oil and Petroleum Products Explained*, U.S. Energy Information Administration, https://www.eia.gov/energyexplained/oil-and-petroleum-products/refining-crude-oil-inputs-and-outputs.php, Accessed Mar. 10, 2026.
[39] *Demand for Petroleum Liquid Feedstock in USA (2025 – 2035)*, Future Market Insights Inc., (Nov. 20, 2025), https://www.futuremarketinsights.com/reports/united-states-petroleum-liquid-feedstock-market
[40] *Estimated Gasoline Price Breakdown and Margins,* California Energy Commission, https://www.energy.ca.gov/estimated-gasoline-price-breakdown-and-margins, Accessed Mar. 09, 2026.
[41] *Cushing, OK WTI Spot Price FOB,* https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=RWTC&f=M  *Cushing, OK WTI Spot Price FOB,* U.S. Energy Information Administration, https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=RWTC&f=M, Accessed Mar. 09, 2026.
[42] Pipeline and Hazardous Materials Safety Administration. *Special Permit for Sable Offshore Corp, Docket No. PHMSA-2025-1052*. Department of Transportation, (Dec. 19, 2025), https://budsoffshoreenergy.com/wp-content/uploads/2026/02/phmsa-2026-0464-0005_dea-attachment_1.pdf.

Setting aside pending legal and permitting disputes disrupting restart of the pipelines, the project is economically viable. Considering a $2/barrel to $4/barrel range would result in a $0.05/gallon to $0.10/gallon savings (1.1 to 2.2 percent) compared to the 2025 average California retail price of $4.44. Increasing the affordability and access to domestic crude oil resources on the Outer Continental Shelf via the Santa Ynez pipeline system will result in direct consumer savings for the public and military facilities in the region.

**RECOMMENDED FINDINGS:**

**A. The immediate performance and prioritization of contracts and orders for the service of transportation of hydrocarbons from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores, California, to the Pentland Station terminal in Pentland, California, is necessary and appropriate to promote the national defense,[43] including with respect to energy production, distribution and use, and directly related activities.**

California's unrivaled concentration of defense-related activities and personnel require sufficient fuel access to enable military ships and planes to operate at home and abroad. USINDOPACOM, as the "vanguard" of U.S. forces facing both potential nuclear adversaries and terrorist organizations, must reach designated theaters and threats within 72 hours. The military readiness of USINDOPACOM is vital to U.S. national security and defense. Further, USINDOPACOM's military readiness depends on the ability of the military installations within its command structure to access regional domestic fuel supplies.

California commercial refineries historically met this critical need, producing and distributing (via commercially available pipelines) enough fuel to meet DFSP cover levels for the California military installations listed above. However, a 65% reduction in California's in-state oil production since 2001 has left California and, by extension, the U.S. military, dependent on foreign imports. Dependence on foreign imports creates fuel supply disruption risks that are incompatible with military readiness and national security. California's increasing reliance on foreign imports weakens the United States' position in international markets and endangers our national security.

Reliance on foreign energy resources poses an actual—not theoretical—threat to our national security. For example, on February 28, 2026, Iran attacked neighboring countries, prompting precautionary shutdowns of oil and gas facilities across the Middle East. Operations were suspended at Saudi Arabia's largest domestic oil refinery, Ras

---

[43] "National defense" is defined in section 702(14) as "programs for military and energy production or construction, military or critical infrastructure assistance to any foreign nation, homeland security, stockpiling, space, and any directly related activity. Such term includes emergency preparedness activities conducted pursuant to title VI of The Robert T. Stafford Disaster Relief and Emergency Assistance Act [42 U.S.C. 5195 et seq.] and critical infrastructure protection and restoration." (50 U.S.C. § 4552(14)).

9

Tanura, after a drone strike, as well as most oil production halted in Iraqi Kurdistan.[44] Iran also has attacked tankers in the Strait of Hormuz, through which a fifth of the world's oil and liquefied gas typically passes.[45]  It has been reported that tankers and container ships are avoiding the waterway after insurers cancelled coverage for vessels and global oil and gas shipping rates soared, with concerns increasing after Iranian media reported that Iran will fire on any ship trying to pass through the Strait of Hormuz.[46] Further, this is not a new development.  Iran attacked Saudia Arabia's energy facilities with missiles and drones in 2019, temporarily knocking out more than half of the kingdom's crude production.[47]  In 2021, Iran-aligned Houthis in Yemen attacked Saudi Arabia's Ras Tanura refinery.[48]  In 2024, California imported crude oil from Saudi Arabia and Iraq, among other countries.[49]

Increasing the affordability and access to domestic crude oil resources on the Outer Continental Shelf via the SYPS will promote the national defense, as well as result in direct consumer savings for the public and military facilities in the region.  Accordingly, performance and prioritization contracts and orders for the service of transportation of hydrocarbons from the SYU through the SYPS are necessary and appropriate to promote the national defense.

**B. The immediate allocation of the service of transportation of hydrocarbons from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, is necessary and appropriate to promote the national defense, including with respect to energy production, distribution and use, and directly related activities.**

For the same reasons outlined above for Recommended Finding A, the allocation of the service of transportation of hydrocarbons from the SYU through the SYPS is necessary and appropriate to promote the national defense.

**C. Sable, as lessee, owner, and operator of the SYU and owner and operator of the SYPS, is a person capable of performance of such pipeline hydrocarbon transportation contracts or orders in preference to other current, contingent,**

---

[44] Reuters, *Qatar LNG, Saudi refinery, Israeli oil, gas fields down due to Mideast strikes*, Mar. 2, 2026, https://www.reuters.com/business/energy/saudi-aramco-shuts-ras-tanura-refinery-after-drone-strike-source-says-2026-03-02/.

[45] Reuters, *Oil prices soar 6% to highest since 2024 as Middle East conflict widens*, Mar. 3, 2026, https://www.reuters.com/business/energy/saudi-aramco-shuts-ras-tanura-refinery-after-drone-strike-source-says-2026-03-02/ https://www.reuters.com/business/energy/oil-rises-expanding-us-israeli-conflict-with-iran-elevates-supply-risks-2026-03-03/.

[46] *Id.*

[47] *Supra* note 50.

[48] *Id.*

[49] See California Energy Commission, *Foreign Sources of Crude Oil Imports to California 2024*, accessed on Mar. 3, 2026, https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports.

10

Exhibit A
Page 61

**pending, or potential contracts or orders for hydrocarbon transportation service.**

Sable is lessee and operator of the SYU and operator of the SYPS. LFPS has been inoperable following its closure in 2015. The Santa Barbara County Board of Supervisors blocked permits that prevented Exxon, the previous owner and operator, from transporting crude oil via truck to nearby refineries instead of using the closed pipeline. Given the history of production at SYU and the proximity of the resource to the refineries, Sable stands by ready to transport hydrocarbons and expects to be able to sell into the market at an economically viable price that will lower refiner feedstock costs. Accordingly, Sable is a person capable of performance.

**D. An order prioritizing or allocating hydrocarbon transportation services does not direct or control the general distribution of any hydrocarbon material—whether transported by the SYPS or otherwise—in the civilian market, nor direct or control any orders or contracts for the hydrocarbon materials themselves.**

Prioritizing or allocating transportation service will not direct or control the general distribution of hydrocarbons themselves. Parties are free to contract and negotiate for hydrocarbon materials themselves and otherwise distribute and sell them through the civilian markets.

**E. Notwithstanding the foregoing, (1) the transportation of hydrocarbons via pipeline from the SYU through the SYPS, including transportation service activities at the onshore facilities in Las Flores Canyon, California, to the Pentland Station terminal in Pentland, California, is a scarce and critical service[50] essential to the national defense, of a scarce and critical material[51] essential to the national defense; and
(2) the requirements of the national defense for such service and material cannot otherwise be met without creating a significant dislocation of the normal distribution of such material in the civilian market to such a degree as to create appreciable hardship.**

The scarcity and criticality of hydrocarbons and the transportation of hydrocarbons via pipeline are discussed below in Recommended Findings F and G. For the same reasons outlined above for Recommended Findings A and B, hydrocarbons and the transportation of hydrocarbons via pipeline are essential to the national defense.

---

[50] The term "services" includes "any effort that is needed for or incidental to": (A) "the development, production, processing, distribution, delivery, or use of an industrial resource or a critical technology item"; (B) "the construction of facilities"; (C) "the movement of individuals and property by all modes of civil transportation"; or (D) "other national defense programs and activities." Section 702(16) of the DPA (50 U.S.C. § 4552(16)).

[51] "Energy" is a "strategic and critical material" within the DPA. *See* section 106 of the DPA (50 U.S.C. § 4516). Further, "material" encompasses "any raw materials (including minerals, metals, and advanced processed materials), commodities, articles, components (including critical components), products, and items of supply," as well as "any technical information or services ancillary to the use of any such materials, commodities, articles, components, products, or items." Section 702(13) of the DPA (50 U.S.C. § 4552(13)).

Furthermore, the requirements cannot otherwise be met. LFPS has been inoperable following its closure in 2015, and local government has blocked permits and prevented the transportation of crude oil via truck to nearby refineries. The resource is going undeveloped. Sable has proposed an alternative in which it would purchase an OS&T vessel, but states that it would result in hydrocarbon products being sold into refineries outside of California, or into international markets. This is an expensive strategy that does not address petroleum scarcity in California, and therefore, is not responsive to the requirements of national defense outlined above. After 10 years of closure, stranding one of the largest offshore oil fields in the United States,[52] this also illustrates that certain Federal, state, and local laws, consent decrees, or policies are in conflict with energy development necessary and appropriate to promote the national defense (and maximize domestic energy supplies).[53]

**F. Pipeline transportation services of hydrocarbons between the SYU and SYPS are scarce, critical, and essential to maintain or expand exploration, production, refining, or transportation to maximize domestic energy supplies.**

Over the last four decades, idiosyncratic California state policies have created military fuel disruption vulnerabilities that now compromise U.S. force readiness and national security. Notably, California is now the most oil import-dependent state in the United States. Furthermore, because California has no inbound pipelines from other states supplying crude oil, gasoline or aviation fuels, 95% of its inbound crude and fuel products are delivered by maritime tankers.

Enabling the additional production of nearly 60,000 barrels of oil equivalents per day (BOE/D) from the SYU by opening the pipeline would help alleviate California's petroleum scarcity by providing a secure, consistent, and local source of crude oil. The 124.4-mile Las Flores Pipeline System is the only midstream infrastructure connecting ongoing upstream oil production in the SYU to California's downstream processing and refining centers. The oil resources held at Las Flores Canyon are frozen assets that cannot be transported due to the closure of Pipelines CA-324 and CA-325.

Petroleum pipeline infrastructure, such as LFPS, is critical to national economic security and public health and safety in California. These pipelines are the primary and most efficient means to move substantial volumes of crude oil to California's processing facilities and refineries. Consequently, the degradation of these pipeline systems has a debilitating impact on California's economic security by increasing energy costs, exacerbating supply chain vulnerabilities, and diminishing the state's ability to maintain a reliable and affordable energy supply for its citizens and businesses.

---

[52] U.S. Energy Information Administration, *Top 100 U.S. Oil and Gas Fields*, at 5 (Mar. 2015), https://www.eia.gov/naturalgas/crudeoilreserves/top100/pdf/top100.pdf.

[53] Sable reports, "California agencies have deployed an array of state measures—including SB 237, the state waiver process, novel interpretations of state agency jurisdiction and authority, excessive delay in granting a long-term easement through a state park for an existing pipeline, and the Restart Plan requirements under [a] Consent Decree—to block pipeline operations." *Id.* at 6.

12

Exhibit A
Page 63

The opening of the pipeline connecting the SYU to the shore enables the United States to increase its supply, reducing cost and volatility impacts of production in Russia, Iran, and OPEC nations.  Thus, preventing additional California crude production and transport undermines U.S. foreign trade policy and empowers foreign countries.  Pipeline restart would unlock the potential production rate of nearly 60,000 BOE/D and thereby ensure the consistent supply of refined petroleum products, which are essential for transportation, agriculture, and various industrial processes and services.

**G. Domestically produced hydrocarbons in California are scarce, critical, and essential to maintain or expand exploration, production, refining, or transportation to maximize domestic energy supplies.**

California crude oil extraction has decreased 74 percent from 1981 to 2025.  California is also the most oil import-dependent state in the United States.  Further, California crude oil production within the state has fallen by 74 percent since the 1980s.  California petroleum has become increasingly scarce.  In-state refining capacity has also been in steep decline.  Enabling the additional production of nearly 60,000 BOE/D from the SYU by opening the pipeline would help alleviate California's petroleum scarcity by providing a secure, consistent, local source of crude oil.  California refineries face a number of critical limitations preventing the replacement of California-produced crude with other domestic sources of crude, including geographic, infrastructure, crude quality, facility designs, and regulatory limitations.

Petroleum is essential to modern life, both as a fuel for transportation and energy production, and as a chemical feedstock, ranging from adhesives and plastics to pharmaceuticals and textiles.  Petroleum products constitute an essential component of the manufacturing sector and United States economic growth.

**H.  Maintenance or expansion of exploration, production, refining, transportation, or conservation of energy supplies or the construction and maintenance of energy facilities cannot reasonably be accomplished without exercising the section 101(c) authority.**

Without governmental action as is proposed, the oil reserves in SYU are a stranded resource, which underscores the scarcity of crude oil transport options and pipeline infrastructure in California.  Despite the value of the resources to national security, and to maximize domestic energy, this resource has been underused for a decade.  Accordingly, maintenance or expansion of exploration, production, refining, transportation, or conservation of energy supplies or the construction and maintenance of energy facilities cannot reasonably be accomplished without exercising the section 101(c) authority for hydrocarbon transportation services in this area.

13

**APPENDIX:**



**Figure 1: Field Production of Crude Oil in California (1981-2025)[54]**



**Figure 2: Refining Capacity of California (1982-2025)[55]**

---

[54] *California Field Production of Crude Oil*, U.S. Energy Information Administration, (Jun. 20, 2025), https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=MCRFPCA2&f=A
[55] *California Refinery Operable Atmospheric Crude Oil Distillation Capacity as of January 1*, U.S. Energy Information Administration, (Jun. 20, 2025), https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=8_NA_8D0_SCA_4&f=A

14

| Country | Thousands of Barrels | Percentage |
|---|---|---|
| Iraq | 68,406 | 21.26% |
| Brazil | 65,675 | 20.41% |
| Guyana | 50,840 | 15.80% |
| Ecuador | 43,766 | 13.60% |
| Canada | 29,796 | 9.26% |
| Saudi Arabia | 17,081 | 5.31% |
| United Arab Emirates | 14,226 | 4.42% |
| Columbia | 13,076 | 4.06% |
| Argentina | 7,934 | 2.47% |
| Other | 11,031 | 3.43% |
| Total | 321,831 | 100.00% |

**Table 1: Foreign Sources of Marine Crude Oil Imports to California 2024[56]**

**Las Flores Pipeline System:**

The Las Flores Pipeline System is a set of crude oil pipelines that run 124.4 miles from the Santa Ynez Unit (SYU) to the Pentland Terminal in Kern County. The Santa Ynez Unit (SYU) consists of three offshore platforms (Hondo, Harmony, and Heritage) and an onshore processing facility located along the Gaviota Coast at Las Flores Canyon. The POPCO Gas Plant is within the SYU and processes natural gas from the offshore platforms for the local market.[57]

CA-324 and CA-325 are two pipelines part of the Las Flores Pipeline System (LFPS) and have been closed since 2015. CA-324 is an onshore pipeline running 10.9 miles and carrying crude oil from the Las Flores Canyon processing facility to the Gaviota Pump Station. CA-325 consists of two segments, CA-325A and CA-325B, running 38.7 miles and 74.8 miles respectively. CA-325A carries crude oil from the Gaviota Pump Station to Sisquoc Pump Station, and CA-325B carries crude oil from the Sisquoc Pump Station to the Pentland Station where it can be distributed to refineries connected to the pipeline.

---

[56] *Foreign Sources of Crude Oil Imports to California*, California Energy Commission, https://www.energy.ca.gov/data-reports/energy-almanac/californias-petroleum-market/foreign-sources-crude-oil-imports, Accessed Mar. 06, 2026

[57] County of Santa Barbara Planning & Development. *SYU, POPCO Gas Plant & Las Flores Pipelines Permit Transfer.* (Dec. 16, 2025), https://www.countyofsb.org/4189/SYU-POPCO-Gas-Plant-Las-Flores-Pipelines

Exhibit A
Page 66



**Figure 3: Map of the Las Flores Pipeline System**[58]

APPROVE: _Law_ DISAPPROVE: _____ NEEDS DISCUSSION: _____ DATE: _3/13/26_

---

[58] Pipeline and Hazardous Materials Safety Administration. *Special Permit for Sable Offshore Corp, Docket No. PHMSA-2025-1052*. Department of Transportation, (Dec. 19, 2025), https://budsoffshoreenergy.com/wp-content/uploads/2026/02/phmsa-2026-0464-0005_dea-attachment_1.pdf

16

Exhibit A
Page 67