LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
  *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:   +1 424.653.5501

BABST CALLAND
  Nicholas McDaniel (*pro hac vice* forthcoming)
  *nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
  Andrew Klair (Bar No. 334960)
  *andrew.klair@hklaw.com*
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
  James W. Noe (*pro hac vice* forthcoming)
  *jim.noe@hklaw.com*
  Rafe Petersen (*pro hac vice* forthcoming)
  *rafe.petersen@hklaw.com*
  Matthew Z. Leopold (*pro hac vice* forthcoming)
  *matt.leopold@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

*Attorneys for Proposed Intervenors Sable Offshore Corp. and Pacific Pipeline Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendants. | Case No. 2:26-cv-03396-SVW-SSCx<br><br>**SABLE OFFSHORE CORP.'S AND PACIFIC PIPELINE COMPANY'S NOTICE OF INTERESTED PARTIES PURSUANT TO C.D. CAL. L.R. 7.1-1** |

## <u>NOTICE OF INTERESTED PARTIES</u>

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Sable Offshore Corp. and Pacific Pipeline Company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Sable Offshore Corp. is a publicly traded Delaware corporation, with no parent corporation and no publicly held corporation owning 10% or more of its stock.

Pacific Pipeline Company is a Delaware corporation that is 100% owned by Sable Offshore Corp.

Pacific Offshore Pipeline Company is a California corporation that is 100% owned by Sable Offshore Corp.

Sable Ocean America LLC is a Delaware limited liability company that is 100% owned by Sable Offshore Corp.

Exxon Mobil Corporation is Sable Offshore Corp.'s lender and has a reversionary interest in certain assets at issue.

Mobil Pacific Pipeline Company, as a seller, has a reversionary interest in certain assets at issue.

Dated:  May 11, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Jessica Stebbins Bina*
LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:  +1 424.653.5501

BABST CALLAND

Nicholas McDaniel (*pro hac vice* forthcoming)
*nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
   Andrew Klair (Bar No. 334960)
   *andrew.klair@hklaw.com*
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
   James W. Noe (*pro hac vice* forthcoming)
   *jim.noe@hklaw.com*
   Rafe Petersen (*pro hac vice* forthcoming)
   *rafe.petersen@hklaw.com*
   Matthew Z. Leopold (*pro hac vice* forthcoming)
   *matt.leopold@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

*Attorneys for Proposed Intervenors Sable Offshore Corp. and Pacific Pipeline Company*