# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, | Case No. 2:26-cv-03396-SVW-SSCx |
| Plaintiff, | [PROPOSED] ORDER GRANTING SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S MOTION TO INTERVENE |
| v. | |
| CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY, | Hearing Date: June 8, 2026 Time: 1:30 p.m. Judge: Hon. Stephen V. Wilson Courtroom: 10A |
| Defendants. | |

1

Having considered Sable Offshore Corp. and Pacific Pipeline Company's unopposed Motion to Intervene as defendants pursuant to <u>Federal Rule of Civil Procedure 24(a)(2)</u>, the Motion to Intervene is **GRANTED.**

**IT IS HEREBY ORDERED THAT**:

Sable Offshore Corp. and Pacific Pipeline Company are granted intervention as of right for all purposes in this action. Sable Offshore Corp. and Pacific Pipeline Company's Proposed Opposition to Plaintiff's Motion for Preliminary Injunction and Stay Against All Defendants, and the exhibits thereto, is filed as of today. Sable Offshore Corp. and Pacific Pipeline Company shall file their responsive pleadings under Rule 24(c) on the same date as Defendants' deadline for responding to Plaintiff's Complaint or three days after intervention is granted, whichever is later.

**IT IS SO ORDERED.**

Dated: May 20, 2026

Hon. Stephen V. Wilson
United States District Judge

2