ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
RILEY W. WALTERS
Email: Riley.Walters@usdoj.gov
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 514-5442

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, | Case No. 2:26-cv-03396-SVW-SSC |
| Plaintiff, | Honorable Stephen V. Wilson |
| v. | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY, | |
| Defendants, | Courtroom: 10A |
| and | Judge: Hon. Stephen V. Wilson |
| | Trial Date: Not set |
| SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY, | Complaint Served: April 7, 2026 |
| Intervenor-Defendants. | Current Response Date: June 8, 2026 |
| | New Response Date: July 8, 2026 |

Plaintiff State of California, Defendants Secretary of Energy Chris Wright and the U.S. Department of Energy ("Defendants"), and Intervenor-Defendants Sable Offshore Corp. and Pacific Pipeline Company ("Intervenor-Defendants") (collectively, "Parties"), by and through their respective counsel of record, enter into the following Joint Stipulation to extend the deadline for Defendants and Intervenor-Defendants to file their respective responses to Plaintiff's Complaint by no more than 30 days.

WHEREAS, Defendants were served with the Complaint on April 7, 2026;

WHEREAS, the Court granted Intervenor-Defendants' Motion to Intervene on May 20, 2026;

WHEREAS, the current deadline for Defendants and Intervenor-Defendants each to file a response to the Complaint is June 8, 2026;

WHEREAS, pursuant to Local Rule 8-3, Court approval is not necessary for the Parties to stipulate to extend the time for Defendants and Intervenor-Defendants each to respond to Plaintiff's Complaint for not more than a cumulative total of 30 days from the date the response initially would have been due.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, THROUGH THEIR COUNSEL, AS FOLLOWS:

1. Defendants' and Intervenor-Defendants' deadline each to file a responsive pleading shall be extended by no more than 30 days, to July 8, 2026.

**IT IS SO STIPULATED.**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attest that all Parties have concurred in the content of this Joint Stipulation and authorized the filing of this Joint Stipulation.

DATED:  May 29, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Riley W. Walters*
Riley W. Walters
Email:  Riley.Walters@usdoj.gov
Counsel (DC Bar No. 90008638)
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  (202) 514-5442

*Attorneys for Defendants*

ROB BONTA
Attorney General of California
JEREMY BROWN
Supervising Deputy Attorney General
REBECCA HUNTER
MARY HALEY OUSLEY
BRIAN CALAVAN
Deputy Attorneys General

*/s/ Brian Calavan*
BRIAN CALAVAN
Brian.Calavan@doj.ca.gov
Deputy Attorney General

*Attorneys for Plaintiff State of California*

LATHAM & WATKINS LLP

By: */s/ Jessica Stebbins Bina*
LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
jessica.stebbinsbina@lw.com

2

10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501
BABST CALLAND
Nicholas McDaniel
nmcdaniel@babstcalland.com
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491
HOLLAND & KNIGHT LLP
Andrew Klair (Bar No. 334960)
andrew.klair@hklaw.com
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
James W. Noe (pro hac vice forthcoming)
jim.noe@hklaw.com
Rafe Petersen (pro hac vice forthcoming)
rafe.petersen@hklaw.com
Matthew Z. Leopold (pro hac vice forthcoming)
matt.leopold@hklaw.com
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

*Attorneys for Intervenor-Defendants*
*Sable Offshore Corp. and*
*Pacific Pipeline Company*

3