ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
MARY HALEY OUSLEY (SBN 332711)
BRIAN CALAVAN (SBN 347724)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone: (510) 879-1981
 Fax: (510) 622-2270
 E-mail: Jeremy.Brown@doj.ca.gov
 Alicia.Roessler@doj.ca.gov
 Rebecca.Hunter@doj.ca.gov
 Brian.Calavan@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>                    *Plaintiff,*<br><br>    **v.**<br><br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**<br><br>                    *Defendants,*<br><br>                    and<br><br>**SABLE OFFSHORE CORP.** and **PACIFIC PIPELINE COMPANY**,<br><br>                    *Intervenor-Defendants.* | Case No. 2:26-cv-3396-SVW-SSCx<br><br>**PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE BY OBSERVING ATTORNEYS; DECLARATION OF BRIAN CALAVAN**<br><br>Date:             June 8, 2026<br>Time:            1:30 p.m.<br>Courtroom:    10A, 10th Floor<br>Judge:           Hon. Stephen V. Wilson<br>Trial Date:     Not Set<br>Action Filed: March 31, 2026 |

Plaintiff State of California requests permission for non-presenting attorneys to appear remotely for the June 8, 2026 hearing in this matter. This request pertains to at least the following attorneys, and possibly additional individuals:

- Brian Calavan,
- MaryHaley Ousley.

None of the requesting individuals will be arguing. Plaintiff's counsel who will be arguing the matter will be attending in person. The requesting individuals request permission to appear by Zoom solely to observe the proceedings.

Dated:  June 1, 2026                                      Respectfully submitted,

ROB BONTA
Attorney General of California
JEREMY M. BROWN
Supervising Deputy Attorney General
ALICIA ROESSLER
REBECCA HUNTER
MARY HALEY OUSLEY
Deputy Attorneys General

*/s/ Brian Calavan*

BRIAN CALAVAN
Deputy Attorney General
*Attorneys for Plaintiff State of California*

2

Decl. of Brian Calavan iso Request To Observe Remotely – (Case No. 2:26-cv-3396-SVW-SSCx)

**Declaration of Brian Calavan in Support of Request To Observe Proceedings Remotely by Zoom**

1.    I am over eighteen years old. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2.    I am a Deputy Attorney General for the State of California and am an attorney of record for Plaintiff State of California in this action.

3.    I and Ms. Ousley are residents of San Francisco, California. Other commitments and state budgeting precludes us, and potentially other counsel for California not based in Los Angeles, from traveling to Los Angeles solely to observe the hearing.

4.    I and the other attorneys this request pertains to do not intend to present or otherwise speak at the hearing in this matter on June 8, and request solely to observe remotely via Zoom.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 1, 2026, at San Francisco, California.

Brian Calavan
Deputy Attorney General

3