**DENIED**

**BY ORDER OF THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**<br><br>*Defendants,*<br><br>and<br><br>**SABLE OFFSHORE CORP.** and **PACIFIC PIPELINE COMPANY,**<br><br>*Intervenor-Defendants.* | Case No. 2:26-cv-3396-SVW-SSCx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE BY OBSERVING ATTORNEYS**<br><br>Date:           June 8, 2026<br>Time:          1:30 p.m.<br>Courtroom:  10A, 10th Floor<br>Judge:         Hon. Stephen V. Wilson<br>Trial Date:   Not Set<br>Action Filed: March 31, 2026 |

Having considered the Request to Appear Remotely filed by counsel for the Plaintiff State of California, Brian Calavan, and good cause being found, the Court hereby GRANTS the Request.

**IT IS HEREBY ORDERED** that Counsel for Plaintiff, including but not limited to Brian Calavan and MaryHaley Ousley, are permitted to appear by videoconference at the hearing, set for June 8, 2026 at 1:30 p.m., for Plaintiff's Motion for Preliminary Injunction and Stay, not to argue but solely to observe the proceedings.

Dated: June 2, 2026

**DENIED**

**BY ORDER OF THE COURT**

HONORABLE STEPHEN V. WILSON
United States District Court
Central District of California

2

[Proposed] Order Granting Plaintiff's Request for Remote Appearance by Observing Attorneys – (Case No. 2:26-cv-3396-SVW-SSCx)