ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
MARY HALEY OUSLEY (SBN 332711)
BRIAN CALAVAN (SBN 347724)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone:  (510) 879-1981
 Fax:  (510) 622-2270
 E-mail:  Jeremy.Brown@doj.ca.gov
 Alicia.Roessler@doj.ca.gov
 Rebecca.Hunter@doj.ca.gov
 Brian.Calavan@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**<br><br>*Defendants,*<br><br>and<br><br>**SABLE OFFSHORE CORP.** and **PACIFIC PIPELINE COMPANY,**<br><br>*Intervenor-Defendants.* | Case No. 2:26-cv-3396-SVW-SSCx<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' AND INTERVENOR-DEFENDANTS' MOTION(S) TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         September 14, 2026<br>Time:         1:30 p.m.<br>Courtroom:   10A, 10th Floor<br>Judge:        Hon. Stephen V. Wilson<br>Trial Date:   Not Set<br>Action Filed: March 31, 2026 |

Plaintiff State of California, Defendants Secretary of Energy Chris Wright and the U.S. Department of Energy ("Defendants"), and Intervenor-Defendants Sable Offshore Corp. and Pacific Pipeline Company ("Intervenor-Defendants") (collectively, "Parties"), by and through their respective counsel of record, enter into the following Joint Stipulation regarding the briefing schedule for any and all potential responsive motions, including a motion to dismiss, that could be brought by Defendants, pursuant to Federal Rule of Civil Procedure 12(b). The Parties offer the attached [Proposed] Order regarding the briefing schedule for the approval of the Court.

WHEREAS, on April 7, 2026, Defendants were served with the Complaint;

WHEREAS, on May 20, 2026, the Court granted Intervenor-Defendants' Motion to Intervene;

WHEREAS, on May 22, 2026, the Parties conducted a meet and confer and discussed Defendants' intention to bring a motion to dismiss Plaintiff's Complaint;

WHEREAS, on May 29, 2026, the Parties entered into and Defendants filed a joint stipulation that extended the time for Defendants and Intervenor-Defendants to respond to Plaintiff's Complaint from June 8, 2026 to July 8, 2026, pursuant to Local Rule 8-3;

WHEREAS the Parties have reached an agreement on a briefing schedule for potential responsive motions, including a motion to dismiss, that could be brought by Defendants and/or Intervenor-Defendants;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, THROUGH THEIR COUNSEL, AS FOLLOWS:

1. Defendants and Intervenor-Defendants shall file any responsive motion(s), including a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b), by July 8, 2026.

2. Plaintiff is entitled to file an opposition to any responsive motion, including a motion to dismiss, brought by Defendants or Intervenor-Defendants, and Plaintiff's deadline to file and serve the opposition shall be August 7, 2026.

2

3.     Defendants and Intervenor-Defendants are each entitled to file a reply in support of their respective motions, and the deadline to file and serve the reply shall be August 21, 2026.

4.     The hearing on the above referenced motion(s) shall be set for September 14, 2026, at 1:30 p.m., in Courtroom 10A.

**IT IS SO STIPULATED.**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attest that all Parties have concurred in the content of this Joint Stipulation and authorized the filing of this Joint Stipulation.

Dated:  June 3, 2026                                       Respectfully submitted,

ROB BONTA
Attorney General of California
JEREMY M. BROWN
Supervising Deputy Attorney General
ALICIA ROESSLER
REBECCA HUNTER
MARY HALEY OUSLEY
Deputy Attorneys General

 */s/ Brian Calavan*

BRIAN CALAVAN
Deputy Attorney General
*Attorneys for Plaintiff State of California*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
Environment & Natural Resources Division
U.S. Department of Justice

 */s/ Riley W. Walters*

Riley W. Walters
Email:  Riley.Walters@usdoj.gov
Counsel (DC Bar No. 90008638)

3

U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 514-5442

*Attorneys for Defendants*

LATHAM & WATKINS LLP

By: */s/ Jessica Stebbins Bina*
LATHAM & WATKINS LLP
Jessica Stebbins Bina (SBN 248485)
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501
BABST CALLAND
Nicholas McDaniel
nmcdaniel@babstcalland.com
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491
HOLLAND & KNIGHT LLP
Andrew Klair (Bar No. 334960)
andrew.klair@hklaw.com
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
James W. Noe (pro hac vice forthcoming)
jim.noe@hklaw.com
Rafe Petersen (pro hac vice forthcoming)
rafe.petersen@hklaw.com
Matthew Z. Leopold (pro hac vice forthcoming)
matt.leopold@hklaw.com
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

*Attorneys for Intervenor-Defendants*
*Sable Offshore Corp. and*
*Pacific Pipeline Company*

4