**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Joshua Stephen Johnson | 2a. Contact Phone Number: 202-639-6544 | 3a. Contact E-mail Address: joshjohnson@velaw.com |
| 1b. Attorney Name (if different): Same as above | 2b. Attorney Phone Number: | 3b. Attorney E-mail Address: |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Vinson & Elkins LLP
2200 Pennsylvania Ave NW
Suite 500 West
Washington, DC 20037

5. Name & Role of Party Represented:

6. Case Name: California v. Wright

7a. District Court Case Number: 2:26-cv-3396

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

[x] DIGITALLY RECORDED    [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR:    [ ] Appeal  [x] Non-Appeal    [ ] Criminal  [x] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):    *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (*Provide release date of efiled transcript, or check to certify none yet on file.*) | (*Check with court reporter before choosing any delivery time sooner than "Ordinary-30."*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/2026 | 50 | Wilson | Full Hearing | ⦿ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ 09/08/2026 | HOURLY (2 hrs) |
| | | | | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ _____ | |
| | | | | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ _____ | |
| | | | | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ _____ | |
| | | | | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 13, 2026    Signature: /s/ Joshua S. Johnson

G-120 (06/18)