UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

State Of California

PLAINTIFF(S),

v.

Chris Wright, et al.

DEFENDANT(S),

CASE NUMBER

2:26-cv-03396-SVW-SSC

NOTICE OF CLERICAL ERROR

TO:    U. S. District Judge(s)
       U. S. Magistrate Judge(s)
       Counsel of  Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: __TRANSCRIPT for proceedings held on 6/8/26 2:06 P.M.__

Filed Date: _06/10/2026_                                        Document Number: _47_

☐    Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐    Case number has been corrected.  The correct case number is _____

☐    Incorrect judge's initials were indicated on this ☐ action ☐ document.  The correct judge's initials are _____

☐    Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document.  The correct  magistrate judge's initials
      are _____.

☐    Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
      ☐ Judge ☐ Magistrate Judge _____.  The initials of the new judge(s) are _____

☐    Case was assigned  to ☐ Western ☐ Southern ☐ Eastern division.  Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06,
      the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division.  The former case number _____
      has been reassigned to new case number _____

☐    Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location
      will result in your documents being returned to you.

☐    Case title is corrected from _____ to _____

☐    Document has been re-numbered as document number _____

☐    Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on
      document.  The correct date is _____

☐    Document is missing page number(s): _____

☐    To ensure proper routing of documents, all documents filed  with the court must reflect the following case number and judge's
      initials: _____

☑    Other: Two pages were added for appearance announcements for USA Plains case.  And two words added to last line on last
      page.

CLERK, U.S. DISTRICT COURT

Date _6/15/2026_                                        By: _____    Sheba Ivie

                                                              Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (06/05)                                   **NOTICE OF CLERICAL ERROR**