ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
MARY HALEY OUSLEY (SBN 332711)
BRIAN CALAVAN (SBN 347724)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone:  (510) 879-1981
 Fax:  (510) 622-2270
 E-mail:  Jeremy.Brown@doj.ca.gov
 Alicia.Roessler@doj.ca.gov
 Rebecca.Hunter@doj.ca.gov
 Brian.Calavan@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>                              *Plaintiff,*<br><br>        **v.**<br><br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**<br><br>                              *Defendants,*<br><br>        and<br><br>**SABLE OFFSHORE CORP.** and **PACIFIC PIPELINE COMPANY,**<br><br>        *Intervenor-Defendants.* | Case No. 2:26-cv-3396-SVW-SSCx<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' AND INTERVENOR-DEFENDANTS' MOTION(S) TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:          September 14, 2026<br>Time:          1:30 p.m.<br>Courtroom:  10A, 10th Floor<br>Judge:        Hon. Stephen V. Wilson<br>Trial Date:   Not Set<br>Action Filed: March 31, 2026 |

# [PROPOSED] ORDER

Having considered the Joint Stipulation Regarding the Briefing Schedule for Defendants' and Intervenor-Defendants' Motion(s) To Dismiss Plaintiff's Complaint, which Plaintiff State of California filed in the above-caption matter on June 3, 2026, the Court enters the following order.

IT IS HEREBY ORDERED as follows:

1.  Defendants Secretary of Energy Chris Wright and the U.S. Department of Energy and Intervenor-Defendants Sable Offshore Corp. and Pacific Pipeline Company shall file and serve any responsive motions, including a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b), by June 29, 2026.

2.  Plaintiff State of California is entitled to file an opposition to any responsive motion, including a motion to dismiss, brought by Defendants or Intervenor-Defendants, and Plaintiff's deadline to file and serve the opposition shall be July 13, 2026.

3.  Defendants and Intervenor-Defendants are each entitled to file a reply in support of their respective motions, and the deadline to file and serve the reply shall be July 20, 2026.

4.  The hearing on any responsive motion, including a motion to dismiss, brought by Defendants or Intervenor-Defendants shall be set for September 14, 2026, at 1:30 p.m., in Courtroom 10A.

**IT IS SO ORDERED.**

Dated: June 16, 2026

HONORABLE STEPHEN V. WILSON
United States District Court
Central District of California

2

[Proposed] Order Regarding Briefing Schedule for Defendants' and Intervenor-Defendants' Motion(s) To Dismiss Plaintiff's Complaint – (Case No. 2:26-cv-3396-SVW-SSCx)