ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
RILEY W. WALTERS
Email:  Riley.Walters@usdoj.gov
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  (202) 514-5442

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendants,<br><br>and<br><br>SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY,<br><br>Intervenor-Defendants | Case No. 2:26-cv-03396-SVW-SSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: September 14, 2026<br>Time: 1:30 pm<br>Judge: Honorable Stephen V. Wilson |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 14, 2026, at 1:30 pm, in Courtroom 10A of the U.S. District Court for the Central District of California, Western Division, located at 350 West 1st Street, Suite 4311, Los Angeles, CA 90012, Defendants Chris Wright, in his official capacity as Secretary of Energy, and the U.S. Department of Energy, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), will and hereby do respectfully move the Court for an order dismissing Plaintiff California's Complaint, ECF 1, for the reasons set forth in Defendants' attached memorandum of points and authorities.

Pursuant to Local Rule 7-3, counsel for Defendants has conferred with counsel for Plaintiff and Intervenor-Defendants regarding this motion. Plaintiff will oppose the motion to dismiss and Intervenor-Defendants will likely submit their own filing in support of the motion. The Court has already entered a briefing schedule for the motion. *See* ECF 57.

DATED: June 29, 2026             Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General

*/s/ Riley W. Walters*
Riley W. Walters
Email: Riley.Walters@usdoj.gov
Counsel (DC Bar No. 90008638)
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 514-5442

*Attorneys for Defendants*

1