ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
RILEY W. WALTERS
Email: Riley.Walters@usdoj.gov
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 514-5442

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendants,<br><br>and<br><br>SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY,<br><br>Intervenor-Defendants | Case No. 2:26-cv-03396-SVW-SSC<br><br>**DECLARATION OF RILEY W. WALTERS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: September 14, 2026<br>Time: 1:30 pm<br>Judge: Hon. Stephen V. Wilson |

**DECLARATION OF RILEY W. WALTERS**

Riley W. Walters, pursuant to 28 U.S.C. § 1746, declares:

1.    I am Counsel to the Principal Deputy Assistant Attorney General for the Environment and Natural Resources Division of the U.S. Department of Justice. I am the lead attorney for Defendants in this case.

2.    Pursuant to Local Rule 7-3, I conferred with counsel for Plaintiff and Intervenor-Defendants via videoconference on May 22, 2026, regarding Defendants' motion to dismiss.

3.    Plaintiff indicated that it would oppose the motion. Intervenor-Defendants indicated that they do not oppose the motion and may submit their own filing.

4.    On June 16, 2026, the Court entered a briefing schedule requiring that any motions to dismiss be filed by June 29, 2026; that Plaintiff's opposition be filed by July 13, 2026; and that any replies be filed by July 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2026      */s/ Riley W. Walters*

Washington, DC                Riley W. Walters

1