LATHAM & WATKINS LLP
 Jessica Stebbins Bina (Bar No. 248485)
 *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:  +1 424.653.5501

*Attorney for Intervenor-Defendants Sable Offshore*
*Corp. and Pacific Pipeline Company*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendants.<br><br>and<br><br>SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,<br><br>*Intervenor-Defendants*. | Case No. 2:26-cv-03396-SVW-SSCx<br><br>**DECLARATION OF JESSICA STEBBINS BINA IN SUPPORT OF INTERVENOR-DEFENDANTS SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S NOTICE OF JOINDER AND BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:        Sept. 14, 2026<br>Time:       1:30 p.m.<br>Judge:      Hon. Stephen V. Wilson<br>Courtroom:  10A |

## <u>DECLARATION OF JESSICA STEBBINS BINA</u>

I, Jessica Stebbins Bina, declare as follows:

1.     I am an attorney admitted to practice before this Court.  I am a partner with Latham & Watkins LLP, counsel of record for Intervenor-Defendants Sable Offshore Corp. and Pacific Pipeline Company (collectively, "Sable").  I make this declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2.     Pursuant to Local Rule 7-3, my co-counsel and I and counsel for Plaintiff the State of California discussed the parties' potential motions to dismiss the Complaint.  On May 22, 2026, the parties discussed the anticipated motion by the United States, which Sable now joins, and agreed to a briefing schedule, under which the deadline to file motions to dismiss was set for July 8, 2026.  The parties memorialized that agreement in a Joint Stipulation Regarding the Briefing Schedule for Defendants' and Intervenor-Defendants' Motion(s) to Dismiss Plaintiff's Complaint, which was filed on June 3, 2026.  ECF No. 38.  On June 16, 2026, the Court entered an order advancing the deadline for Defendants and Intervenor-Defendants to file any responsive motion, including a motion to dismiss, to June 29, 2026.  ECF No. 57.  Sable's Notice of Joinder and Brief in Support of Defendants' Motion to Dismiss does not raise any issues beyond those addressed in Defendants' motion, which was the subject of the parties' conferral and the agreed-upon briefing schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on June 29, 2026, in Los Angeles, California.

/s/ *Jessica Stebbins Bina*
Jessica Stebbins Bina