ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
BRIAN CALAVAN (SBN 347724)
KAVITA LESSER (SBN 233655)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1256
 Telephone: (213) 269-6605
 Fax: (213) 897-2638
 E-mail: Jeremy.Brown@doj.ca.gov
 Alicia.Roessler@doj.ca.gov
 Rebecca.Hunter@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**<br><br>*Defendants*,<br><br>and<br><br>**SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY,**<br><br>*Intervenor-Defendants*. | Case No. 2:26-cv-3396-SVW-SSCx<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' AND INTERVENOR-DEFENDANTS' MOTION TO DISMISS; NOTICE OF ELECTION TO FILE AMENDED COMPLAINT PURSUANT TO RULE 15(a)(1)(B)**<br><br>Date:       September 14, 2026<br>Time:       1:30 p.m.<br>Courtroom:  10A, 10th Floor<br>Judge:     Hon. Stephen V. Wilson<br>Trial Date:  Not Set<br>Action Filed: March 31, 2026 |

California respectfully submits this response to the Motion to Dismiss, ECF Nos. 66 & 66-1, filed by Defendants on June 29, 2026 ("Motion"). California opposes Defendants' Motion but does not address the arguments set forth in that Motion in this response. Rather, this response provides notice that California intends to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1). As a courtesy, on July 10, 2026, California notified Defendants via email correspondence of California's decision to file an amended complaint and this response to Defendants' Motion. In the correspondence, California proposed that if Defendants wish to renew their Motion or file a new motion to dismiss as to the amended complaint, the parties should meet and confer on a potential briefing schedule.

Federal Rule of Civil Procedure 15 allows a party to "amend its pleading once as a matter of course no later than: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. Proc. 15(a)(1).

When an amended complaint is filed, it supersedes the original complaint and moots any pending motion to dismiss. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (district court erred in granting motion to dismiss directed at original complaint, after original complaint was superseded by amended complaint). This principle applies where the plaintiff's timely amendment to the complaint under Rule 15(a)(1)(B) comes after the date to respond to a motion to dismiss has passed. *Ramirez*, 806 F.3d at 1004, 1008.

Here, Defendants filed the Motion on June 29, 2026. Under this Court's Order Regarding Briefing Schedule for Defendants' and Intervenor-Defendants' Motion(s) To Dismiss Plaintiff's Complaint, ECF No. 57, California's opposition to the Motion is due July 13, 2026. However, California may file an amended complaint on or before July 20, 2026, and intends to do so. Given the difference in

1

Response to Defendants' and Defendant-Intervenors' Motion to Dismiss; Notice of Election to File Amended Complaint –
(Case No. 2:26-cv-3396-SVW-SSCx)

timing between when California's opposition and amended complaint are due, California hereby provides notice that it intends to file an amended complaint pursuant to Federal Rule of Civil Procedure 15 (a)(1)(B), which will moot the pending Motion.

Dated:  July 13, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JEREMY BROWN
Supervising Deputy Attorney General
REBECCA HUNTER
BRIAN CALAVAN
KAVITA LESSER
Deputy Attorneys General

_____

ALICIA ROESSLER
Deputy Attorney General
*Attorneys for Plaintiff State of California*

2

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff State of California, certifies that this brief complies with the word limit of L.R. 11-6.1.


Dated:  July 13, 2026                              Respectfully submitted,

                                                   ROB BONTA
                                                   Attorney General of California
                                                   JEREMY BROWN
                                                   Supervising Deputy Attorneys General
                                                   REBECCA HUNTER
                                                   KAVITA LESSER
                                                   BRIAN CALAVAN
                                                   Deputy Attorneys General




                                                   _____

                                                   ALICIA ROESSLER
                                                   Deputy Attorney General
                                                   *Attorneys for Plaintiff State of California*

3