LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

BABST CALLAND
Nicholas McDaniel (*pro hac vice*)
*nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491

HOLLAND & KNIGHT LLP
James W. Noe (*pro hac vice forthcoming*)
*jim.noe@hklaw.com*
800 17th Street N.W., Suite 110
Washington, D.C. 20006
Telephone: +1 202.469.5525

*Attorneys for Sable Offshore Corp.
and Pacific Pipeline Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>      Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>      Defendants. | Case No. 2:26-cv-03396-SVW-SSC<br><br>**SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY, ECF 70**<br><br>Dept: 10A<br>Judge: Hon. Stephen V. Wilson |

Sable Offshore Corp. and Pacific Pipeline Company (collectively, "Sable") respectfully respond to the identical Notices of Supplemental Authority, *CD* Dkt. No. 83, *Wright* Dkt. No. 70, submitted by Plaintiff California. California argues that a recent motion to dismiss ruling issued by Chief Judge Dolly M. Gee in *Sable Offshore Corp. v. County of Santa Barbara*, No. 2:25-cv-04165-DMG-CTS, ECF 83 (C.D. Cal. July 14, 2026) (the "Order"), "addresses Sable's authorities and responsibilities under the Pipeline Safety Act (PSA) and the Defense Production Act (DPA) as well as issues of federal preemption and its limits." *CD* Dkt. No. 83 at 2. This decision has little impact here, as the Order analyzed whether the County properly applied a municipal ordinance, Chapter 25B, to an application to transfer permits from Exxon Mobil to Sable, and dismissed a claim with leave to amend alleging that ordinance was preempted.

**The Pipeline Safety Act.** The Order's analysis of PSA preemption has no bearing on California's attempt in *United States v. Plains* to use the Consent Decree to frustrate PHMSA's required resumption of jurisdiction over the interstate Pipeline. *See CD* Dkt. 77. The Order did not consider or rely on the Consent Decree in its analysis, *see* Order at 5, and declined to consider whether PHMSA or OSFM has jurisdiction, noting that question "is the subject of litigation in the Ninth Circuit," *id.* at 14.

**The Defense Production Act.** The Order also declined to consider "whether the DPA Order is a valid extension of the President's authority," deferring to *California v. Wright* before this Court. *See* Order at 20 n.15. Rather, the Order merely discussed the DPA Order's possible preemptive effect as applied to the County's ordinance and related decision, noting that the County actions did not stop the flow of oil in the pipeline, *see id.* at 19-20. As the United States, Sable, and Plains have noted, *California v. Wright* is about whether the DPA Order was validly issued, *not* whether it has preemptive effect, a decision that is best "examined as

applied in other cases" on the specific facts at issue. *Wright* Dkt. 64 at 6; *see Wright* Dkt. No. 63 at 13-15.

Dated:  July 20, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Jessica Stebbins Bina*
LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:   +1 424.653.5501

BABST CALLAND
Nicholas McDaniel (*pro hac vice*)
*nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
James W. Noe (*pro hac vice* forthcoming)
*jim.noe@hklaw.com*
800 17th Street N.W., Suite 110
Washington, D.C. 20006
Telephone:  +1 202.469.5525

*Attorneys for Sable Offshore Corp. and Pacific Pipeline Company*