ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
IAN M. SWENSON
Email:  Ian.Swenson@usdoj.gov
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  (202) 532-5139

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, | Case No. 2:26-cv-03396-SVW-SSC |
| Plaintiff, | Honorable Stephen V. Wilson |
| v. | **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' AND INTERVENOR-DEFENDANTS' MOTION(S) TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY, | |
| Defendants, | |
| and | Date:  November 2, 2026 |
| | Time:  1:30 p.m. |
| SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY, | Courtroom: 10A, 10th Floor |
| Intervenor-Defendants. | Judge: Hon. Stephen V. Wilson |
| | Trial Date: Not set |
| | Action Filed:  March 31, 2026 |

Plaintiff State of California, Defendants Secretary of Energy Chris Wright and the U.S. Department of Energy ("Defendants"), and Intervenor-Defendants Sable Offshore Corp. and Pacific Pipeline Company ("Intervenor-Defendants"), by and through their respective counsel of record, enter into the following Joint Stipulation regarding the briefing schedule for any and all responsive motions to California's Amended Complaint (Dkt. No. 72), including a motion to dismiss the Amended Complaint, that could be brought by Defendants pursuant to Federal Rule of Civil Procedure 12(b).  The Parties offer the attached [Proposed] Order regarding the briefing schedule for the approval of the Court.

WHEREAS, on July 20, 2026, Defendants and Intervenor-Defendants were served with the Amended Complaint;

WHEREAS, on July 22, 2026, the Parties conducted a meet and confer and discussed Defendants' intention to bring a motion to dismiss Plaintiff's Amended Complaint;

WHEREAS, the Parties have reached an agreement on a briefing schedule for potential responsive motions, including a motion to dismiss, that could be brought by Defendants and/or Intervenor-Defendants;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, THROUGH THEIR COUNSEL, AS FOLLOWS:

1. Defendants and Intervenor-Defendants shall file any responsive motion(s) to the Amended Complaint, including a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b), by August 21, 2026.

2. Plaintiff is entitled to file an opposition to any responsive motion, including a motion to dismiss, brought by Defendants or Intervenor-Defendants, and Plaintiff's deadline to file and serve the opposition shall be October 5, 2026.

1

3. Defendants and Intervenor-Defendants are each entitled to file a reply in support of their respective motions, and the deadline to file and serve the reply shall be October 19, 2026.

4. The hearing on the above referenced motion(s) shall be set for November 2, 2026, at 1:30 p.m., in Courtroom 10A.

**IT IS SO STIPULATED**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attest that all Parties have concurred in the content of this Joint Stipulation and authorized the filing of this Joint Stipulation.

DATED: July 27, 2026          Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Ian Swenson*
Ian M. Swenson
Email: Ian.Swenson@usdoj.gov
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 532-5139

*Attorneys for Defendants*

ROB BONTA
Attorney General of California
JEREMY BROWN
Supervising Deputy Attorney General
REBECCA HUNTER

BRIAN CALAVAN
KAVITA LESSER

2

Deputy Attorneys General

/s/ Alicia Roessler
ALICIA ROESSLER
Alicia.Roessler@doj.ca.gov
Deputy Attorney General

Attorneys for Plaintiff State of California

LATHAM & WATKINS LLP

By: /s/ Nicholas McDaniel
LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501
BABST CALLAND
Nicholas McDaniel
nmcdaniel@babstcalland.com
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491
HOLLAND & KNIGHT LLP
Andrew Klair (Bar No. 334960)
andrew.klair@hklaw.com
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
James W. Noe (pro hac vice forthcoming)
jim.noe@hklaw.com
Rafe Petersen (pro hac vice forthcoming)
rafe.petersen@hklaw.com
Matthew Z. Leopold (pro hac vice forthcoming)
matt.leopold@hklaw.com
800 17th St., NW, Suite 1100
Washington, DC 20006

3

Telephone: +1 202.469.5525

*Attorneys for Intervenor-Defendants*
*Sable Offshore Corp. and*
*Pacific Pipeline Company*