ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
IAN M. SWENSON
Email:  Ian.Swenson@usdoj.gov
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  (202) 532-5139

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendants,<br><br>and<br><br>SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,<br><br>Intervenor-Defendants. | Case No. 2:26-cv-03396-SVW-SSC<br><br>Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' AND INTERVENOR-DEFENDANTS' MOTION(S) TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:  November 2, 2026<br>Time:  1:30 p.m.<br>Courtroom: 10A, 10th Floor<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: Not set<br>Action Filed:  March 31, 2026 |

# [PROPOSED] ORDER

Having considered the Joint Stipulation Regarding the Briefing Schedule for Defendants' and Intervenor-Defendants' Motion(s) To Dismiss Plaintiff's Amended Complaint, which Defendants Secretary of Energy Chris Wright and the U.S. Department of Energy filed in the above-caption matter on July 27, 2026, the Court enters the following order.

1. Defendants and Intervenor-Defendants shall file any responsive motion(s), including a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b), by August 21, 2026.

2. Plaintiff is entitled to file an opposition to any responsive motion, including a motion to dismiss, brought by Defendants or Intervenor-Defendants, and Plaintiff's deadline to file and serve the opposition shall be October 5, 2026.

3. Defendants and Intervenor-Defendants are each entitled to file a reply in support of their respective motions, and the deadline to file and serve the reply shall be October 19, 2026.

4. The hearing on the above referenced motion(s) shall be set for November 2, 2026, at 1:30 p.m., in Courtroom 10A.

**IT IS SO ORDERED.**

Dated: _____, 2026          _____

HONORABLE STEPHEN V. WILSON
United States District Court
Central District of California

1