ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
JUSTIN D. HEMINGER
Senior Litigation Counsel
STEFAN J. BACHMAN (DC Bar No. 90008649)
Email: Stefan.Bachman@usdoj.gov
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  (202) 598-9566

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT et al.,<br><br>Defendants.<br><br>and<br><br>SABLE OFFSHORE CORP. et al.,<br><br>Intervenor-Defendants | Case Nos. 2:26-cv-03396-SVW-SSC<br><br>**UNITED STATES' RESPONSE TO CALIFORNIA'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 70)**<br><br>Judge: Honorable Stephen V. Wilson |

The United States respectfully submits this response to California's identical notices of supplemental authority filed in this case, Dkt. No. 70, and *United States & State of California v. Plains All American Pipeline, L.P. et al.* ("*Plains*"), Dkt. No. 83. California cites portions of Judge Gee's recent order in *Sable Offshore Corp. v. County of Santa Barbara*, No. 2:25-cv-04165-DMG-CTS ("*Santa Barbara*"), addressing the Pipeline Safety Act and the Defense Production Act. That discussion has no bearing on the motions currently pending before this Court in either this matter or *Plains*.

**Pipeline Safety Act.** Judge Gee's order is irrelevant to the United States' pending motion to terminate or modify the consent decree in *Plains*, *Plains*, Dkt. No. 49, and California's pending motion to enforce the decree, *Plains*, Dkt. No. 55. The order addressed only Pipeline Safety Act preemption at the pleading stage and did not consider the consent decree entered by this Court. More, the order expressly declined to decide whether the federal Pipeline and Hazardous Materials Safety Administration ("PHMSA") or the California Office of the State Fire Marshal ("OSFM") has jurisdiction over the pipeline segments subject to the decree, noting that issue is being litigated in the Ninth Circuit.

The order's discussion of the Act's preemption provisions focused exclusively on whether the County of Santa Barbara attempted to impose prohibited "safety standards," emphasizing that generalized "safety considerations" in local decision-making fall outside the statute's preemptive scope. *See Santa Barbara Order* at 16 n.12. That analysis has no bearing on the questions presented in the pending motions in *Plains*: (1) whether the consent decree should be terminated because its clear standard for termination is met; (2) whether the consent decree should be modified to recognize PHMSA's exclusive jurisdiction over interstate pipelines under the Pipeline Safety Act; and (3) whether California's request to "enforce" the consent decree should be denied because it lacks legal and factual support.

***Defense Production Act Order.*** Judge Gee's order likewise is irrelevant to the Defense Production Act ("DPA") issues pending before this Court. The order expressly declined to resolve the validity of the DPA Order, *see Santa Barbara Order* at 20 n.15, which is the core question this Court is considering in this case. Beyond that, the discussion of the DPA Order in Judge Gee's order has little utility. For example, its suggestion (at 18 n.13) that Secretary Wright did not invoke the DPA's § 4511(a)(2) allocation authority is incorrect. Dkt. No. 23 at 11–12. And if the order is read to conclude that the DPA Order does not require Sable to operate the pipeline because no contracts existed at the time of issuance, *Santa Barbara Order* at 20, that too is wrong for the reasons the United States has explained in this case. Dkt. No. 23 at 10–11. Nothing in Judge Gee's order undermines the United States' DPA arguments before this Court.

DATED:  July 28, 2026          Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Stefan J. Bachman*
Stefan J. Bachman (DC Bar No. 90008649)
Email:  Stefan. Bachman@usdoj.gov
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 598-9566

*Attorneys for the United States of America*

2