ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
BRIAN CALAVAN (SBN 347724)
KAVITA LESSER (SBN 233655)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1256
 Telephone: (213) 269-6605
 Fax: (213) 897-2638
 E-mail:  Jeremy.Brown@doj.ca.gov
 Kavita.Lesser@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**<br><br>*Defendants,*<br><br>and<br><br>**SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY,**<br><br>*Intervenor-Defendants.* | No. 2:26-cv-3396-SVW-SSCx<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND STAY AGAINST ALL DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:       September 14, 2026<br>Time:       1:30 p.m.<br>Courtroom:  10A, 10th Floor<br>Judge:      Hon. Stephen V. Wilson<br>Trial Date: Not Set<br>Action Filed: March 31, 2026 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff State of California (California), pursuant to Federal Rule of Civil Procedure 15(d), and Civil Local Rules 6-1, 7-3 through 7-8, and 15-1 through 15-3, moves this Court to grant California leave to file a supplemental brief in support of California's pending Motion for Preliminary Injunction and Stay (PI Motion), ECF 16. After the conclusion of briefing and oral argument on Plaintiff's PI Motion, California filed a timely First Amended Complaint (FAC), ECF 72. In addition to alleging additional facts relevant to California's original claims, the FAC adds an ultra vires cause of action (Count V). California's proposed supplemental brief is limited to a discussion of why California is also likely to succeed on the merits of its new ultra vires cause of action—an argument that could not have been presented in California's original PI Motion, before that claim was added. A copy of California's 3-page proposed supplemental brief is attached hereto.

The Parties believe that this Motion is suitable for resolution on the papers. If the Court prefers a hearing on the Motion, California has noticed this motion for hearing on September 14, 2026, at 1:30 p.m., or as soon thereafter, before the Honorable Stephen V. Wilson in Courtroom 10A of the U.S. District Court for the Central District of California, Western Division, located at 350 West 1st Street, Suite 4311, Los Angeles, CA 90012.

California has fulfilled its meet-and-confer responsibility for this Motion, pursuant to Local Rule 7-3, as detailed in the accompanying Declaration of Kavita Lesser. Both Defendants and Intervenor-Defendants will oppose this Motion. If the Court were to allow California to file the supplemental brief and correspondingly allow Defendants and Intervenor-Defendants to file an opposition to California's supplemental brief, the parties agree that Defendants and Intervenor-Defendants will file oppositions by August 10, 2026, and California will file a reply by August 17, 2026. California further requests that Defendants' and Intervenor-Defendants'

opposition be limited to not more than five pages, collectively, and that the Court then also allow California to file a reply of not more than five pages to Defendants' and Intervenor-Defendants' opposition.

Dated: July 30, 2026                              Respectfully submitted,

                                                  ROB BONTA
                                                  Attorney General of California
                                                  JEREMY BROWN
                                                  Supervising Deputy Attorneys General
                                                  ALICIA ROESSLER
                                                  REBECCA HUNTER
                                                  BRIAN CALAVAN
                                                  Deputy Attorneys General


                                                  /s Kavita Lesser
                                                  KAVITA LESSER
                                                  Deputy Attorney General
                                                  *Attorneys for Plaintiff State of California*

Plaintiff's Notice of Motion and Motion for Leave To File Supplemental Brief
(Case No. 2:26-cv-03396-SVW-SSCx)

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff State of California (California) respectfully moves this Court to grant it leave to file a short supplemental brief in support of California's pending Motion for Preliminary Injunction and Stay (PI Motion), ECF 16. The proposed supplemental brief would only discuss why the new ultra vires cause of action (Count V) added in California's First Amended Complaint (FAC) further supports California's argument in its PI Motion that it is likely to succeed on the merits of its claims. The proposed supplemental brief is attached hereto as Exhibit 1. The parties believe that this Motion can be resolved on the papers without a hearing.

The supplemental brief explains that this Court can preliminarily enjoin the Wright Order on the grounds that California is likely to succeed on the Administrative Procedure Act (APA) and constitutional causes of action, discussed in the earlier briefing on the PI Motion, or the new ultra vires cause of action, or both. Because the addition of the ultra vires claim in the FAC adds another issue to be decided in the Court's analysis of California's likelihood of success on the merits, the Court would benefit from the parties' briefing on that new claim. The Court should therefore grant this Motion and allow California to file its proposed supplemental brief.

## LEGAL STANDARDS

A federal district court "possesses the inherent power to control its own docket and calendar." *Mediterranean Enterprises, Inc. v. Ssangyong Corp.,* 708 F.2d 1458, 1465 (9th Cir.1983), citing *Landis v. North American Co.,* 299 U.S. 248, 254–55 (1936). "[A]cceptance or rejection of argumentative briefs, memoranda, and other supplementary material is within the sound discretion of the court." *S.E.C. v. Seaboard Corp.*, 677 F.2d 1301, 1314 (9th Cir. 1982). This discretion stems from the court's authority to supervise the litigation, including where helpful to clarify how an "amended complaint relate[s] to [a pending] motion for preliminary

1

injunction." *Dana v. Tewalt*, No. 1:18-CV-00298-DCN, 2020 WL 1545786, at *3, 25 n.3 (D. Idaho Apr. 1, 2020); *cf. Berg v. Cnty. of Los Angeles*, No. CV 20-7870 DMG (PDX), 2021 WL 4691154, at *1, 16 n.2 (C.D. Cal. May 28, 2021) (allowing briefing on a pending motion for preliminary injunction after plaintiff filed an amended complaint, because the pending motion and amended complaint sought the "'same character'" of relief, and thus there was "'a sufficient nexus between the claims raised in [the pending] motion . . . and the claims set forth in the underlying complaint itself'" (quoting *Pac. Radiation Oncology, LLC v. Queen's Med. Ctr.*, 810 F.3d 631, 636 (9th Cir. 2015))).

## DISCUSSION

In an initial round of briefing, California filed the PI Motion and replies to oppositions filed by Defendants and by Intervenor-Defendants (ECF 23 & 24-4, respective oppositions; ECF 27 & 32, respective replies). The Court then heard oral argument on the PI Motion, along with oral argument on pending motions in the related case *United States v. Plains All-American Pipeline*, No. 2:20-cv-02415-SVW-SSCx. Following oral argument, the Court ordered supplemental briefing on the arguments in the related cases. ECF 50, Hr'g Tr. 86:15-93:11. That post-hearing supplemental briefing was completed on June 25, 2026. The Court has not yet ruled on the PI Motion.

On July 20, 2026, California filed its FAC pursuant to Federal Rule of Civil Procedure 15(a)(1). ECF 72. California's FAC seeks the same relief as the original Complaint (*see Berg* at *16 n.2), but as relevant here, the FAC adds a claim raising an ultra vires cause of action (Count V).[1] California submits that the FAC does not change the Court's analysis of California's likelihood of irreparable harm and

---

[1] The FAC also adds new factual allegations regarding state laws displaced by the Wright Order (FAC ¶ 106), Title I of the DPA (FAC ¶¶ 22-24), the scope of Secretary Wright's statutory authority under the DPA (FAC ¶¶ 25-26, 68-71), DOE's regulations promulgated under the DPA (FAC ¶¶ 26-29), and the findings made by DOE related to the Wright Order (FAC ¶¶ 86, 89-90).

2

equitable factors as to Counts I-IV, which weigh in favor of immediate relief. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *see also* ECF 16-2 at 18-21; ECF 27 at 10-11; ECF 32 at 7-11; ECF 62 at 12-14; ECF 65 at 1-3. However, supplemental briefing on the new ultra vires cause of action (Count V)—which provides this Court an alternative cause of action on which to invalidate the Wright Order—is appropriate.

Defendants have challenged California's APA claims as unreviewable and unlikely to succeed on the merits. *See* ECF 23 at 7-9. California's Reply explains why those arguments are incorrect (*see* ECF 27, 2-5; *see also California v. Mullin*, No. 26-1699, 2026 WL 2137667, at *5 (1st Cir. July 24, 2026) (rejecting same argument by federal government, and finding that "'agency action that carries out a presidential directive is ordinarily subject to APA review'") (quoting *Agatha v. Trump*, 151 F.4th 9, 11 (1st Cir. 2025))). The new ultra vires cause of action bolsters California's likelihood of success on the merits by providing this Court with a separate and independent cause of action under which the Wright Order should be enjoined. Without this supplemental briefing on the new cause of action, the Court's consideration of the PI Motion may be incomplete. Thus, California has good cause to file the attached proposed supplemental brief in support of the PI Motion, which contains 3 pages of briefing limited to the new cause of action pleaded in the FAC.

Additionally, allowing California to file this short and targeted supplemental brief would not prejudice Defendants or Intervenor-Defendants. This court has yet to rule on the pending PI Motion, and the Court could allow Defendants and Intervenor-Defendants to respond to the supplemental brief through briefing or the hearing on this Motion. If the Court were to allow Defendants and Intervenor-Defendants to file an opposition to California's supplemental brief, California requests that the Court limit Defendants and Intervenor-Defendants to briefing of not more than 5 pages, collectively, and that the Court allow California to file a

3

Plaintiff's Mem. of P&A's ISO Plaintiff's Mot. for Leave To File Supp. Brief
(Case No. 2:26-cv-03396-SVW-SSCx)

reply of not more than 5 pages to Defendants' and Intervenor-Defendants' opposition, as detailed in the attached Proposed Order.

Thus, the Court should grant this Motion and grant leave to California to file the attached proposed supplemental brief in support of the PI Motion.

## CONCLUSION

California respectfully requests that the Court grant it leave to file the supplemental brief in support of its pending motion for preliminary injunction and stay.

Dated: July 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JEREMY BROWN
Supervising Deputy Attorneys General
ALICIA ROESSLER
REBECCA HUNTER
BRIAN CALAVAN
Deputy Attorneys General

 */s/ Kavita Lesser*
KAVITA LESSER
Deputy Attorney General
*Attorneys for Plaintiff State of California*

Plaintiff's Mem. of P&A's ISO Plaintiff's Mot. for Leave To File Supp. Brief
(Case No. 2:26-cv-03396-SVW-SSCx)

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff State of California, certifies that this brief is 4 pages in length, which complies with the page limit set by the Court's New Case Order, ECF 18 at 2.

Dated: July 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JEREMY BROWN
Supervising Deputy Attorneys General
ALICIA ROESSLER
REBECCA HUNTER
BRIAN CALAVAN
Deputy Attorneys General


 */s/ Kavita Lesser*
KAVITA LESSER
Deputy Attorney General
*Attorneys for Plaintiff State of California*

Plaintiff's Mem. of P&A's ISO Plaintiff's Mot. for Leave To File Supp. Brief
(Case No. 2:26-cv-03396-SVW-SSCx)