ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
BRIAN CALAVAN (SBN 347724)
KAVITA LESSER (SBN 233655)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1256
Telephone: (213) 269-6605
Fax: (213) 897-2638
E-mail: Jeremy.Brown@doj.ca.gov
Kavita.Lesser@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**STATE OF CALIFORNIA,**

*Plaintiff*,

**v.**

**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**

*Defendants*,

and

**SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY**,

*Intervenor-Defendants*.

No. 2:26-cv-3396-SVW-SSCx

**PLAINTIFF'S NOTICE OF PRELIMINARY INJUNCTION APPEAL**

**NOTICE IS HEREBY GIVEN** that Plaintiff State of California in the above-captioned case hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Denying Plaintiff's Motion for Preliminary Injunction and Stay Against All Defendants filed and entered on the docket in this action on August 19, 2026 (ECF 82). A copy of said order is attached hereto as Exhibit 1.

Date: August 20, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JEREMY BROWN
Supervising Deputy Attorneys General
ALICIA ROESSLER
REBECCA HUNTER
BRIAN CALAVAN
Deputy Attorneys General

*<u>/s Kavita Lesser</u>*
Kavita Lesser
Deputy Attorney General
*Attorneys for Appellant State of California*