# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

State of California

Name(s) of counsel (if any):

Joshua Klein, Jane Reilley; Kavita Lesser

Address: 1515 Clay Street, 20th Floor, P.O. Box 70550, Oakland, CA 94612-0550

Telephone number(s): (510) 879-0756; (415) 510-3879; (213) 269-6605

Email(s): Joshua.Klein@doj.ca.gov; Jane.Reilley@doj.ca.gov; Kavita.Lesser@doj

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Chris Wright, in his official capacity as Secretary of the United States Department of Energy; United States Department of Energy

Name(s) of counsel (if any):

Ian M. Swenson

Address: 950 Pennsylvania Avenue NW, Washington D.C. 20530

Telephone number(s): (202) 532-5139

Email(s): Ian.Swenson@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Sable Offshore Corp and Pacific Pipeline Company

Name(s) of counsel (if any):

Nicholas McDaniel, Jessica Stebbins Bina, Zachary James Watson

Address: 505 Ninth St., NW, Suite 602, Washington, D.C. 20004

Telephone number(s): (202) 853-3455; (424) 653-5500; (703)720-8583

Email(s): nmcdaniel@babstcalland.com; jessica.stebbinsbina@lw.com; zachary.w

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*