ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
IAN M. SWENSON
Email: Ian.Swenson@usdoj.gov
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 532-5139

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STATE OF CALIFORNIA,

Plaintiff,

v.

CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,

Defendants,

and

SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY,

Intervenor-Defendants

Case No. 2:26-cv-03396-SVW-SSC

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Hearing: September 28, 2026
Time: 1:30 pm
Judge: Hon. Stephen V. Wilson

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, the Memorandum of Points and Authorities in Support of the Motion, and all other papers filed related to the Motion, Defendants' Motion to Dismiss is GRANTED. It is hereby ORDERED that the Amended Complaint is DISMISSED.

IT IS SO ORDERED.

DATED: ______________________, 2026

______________________________
Honorable Stephen V. Wilson
United States District Judge