# CERTIFICATE OF SERVICE

Case Name: State Of California v. Chris Wright, et al. No. **2:26-cv-03396-SVW-SSC**

I hereby certify that on August 21, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**TRANSCRIPT ORDER FORM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 21, 2026, at Fresno, California.

| Lisa Lambert-Martinez | ***/s/ Lisa Lambert-Martinez*** |
|---|---|
| Declarant | Signature |

SA2026301439
95735702