**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA,<br>*Plaintiff*,<br>v.<br>CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br>*Defendants*,<br>and<br>SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY,<br>*Intervenor-Defendants*. | Case No. 2:26-cv-3396-SVW-SCC<br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES OF AMICI CURIAE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br>Hearing Date: October 5, 2026<br>Time: 1:30 pm<br>Courtroom: 10A, 10th Floor<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: Not Set<br>Action Filed: March 31, 2026 |

Upon consideration of the Motion for Leave to File Memorandum of Points and Authorities of *Amici Curiae* in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Date: ____________________

______________________________
HON. STEPHEN V. WILSON
United States District Judge