Name and address:
James P. Duffy
Ridgeline Center for Law and Policy
712 H Street NE, Suite 90006
Washington, DC 20002

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

State of California

Plaintiff(s)

v.

Chris Wright, et al.

Defendant(s).

CASE NUMBER

2:26-cv-3396-SVW-SCC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Duffy, James P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Ridgeline Center for Law and Policy
712 H Street NE, Suite 90006
Washington, DC 20002
*Firm/Agency Name & Address*

802-233-7967
*Telephone Number*

*Fax Number*

jay.duffy@ridgelinecenter.org
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Members of Congress and Paasha Mahdavi

*Name(s) of Party(ies) Represented* ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Amici Curiae

**and designating as Local Counsel**

Cara Horowitz
*Designee's Name (Last Name, First Name & Middle Initial)*

of

405 Hilgard Avenue
Los Angeles, CA 90095
*Firm/Agency Name & Address*

220701
*Designee's Cal. Bar No.*

310-206-4033
*Telephone Number*

*Fax Number*

Horowitz@law.ucla.edu
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ______

______
**U.S. District Judge/U.S. Magistrate Judge**