ROB BONTA
Attorney General of California
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
ALICIA ROESSLER (SBN 219623)
REBECCA HUNTER (SBN 356311)
BRIAN CALAVAN (SBN 347724)
KAVITA LESSER (SBN 233655)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1256
Telephone: (213) 269-6605
Fax: (213) 897-2638
E-mail: Jeremy.Brown@doj.ca.gov
Kavita.Lesser@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**STATE OF CALIFORNIA,**

*Plaintiff,*

**v.**

**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**

*Defendants,*

and

**SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY**,

*Intervenor-Defendants.*

No. 2:26-cv-3396-SVW-SSCx

**JOINT STIPULATION REGARDING WAIVER OF ORAL ARGUMENT OF DEFENDANTS' MOTION TO DISMISS AND INTERVENOR-DEFENDANTS' JOINDER ISO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Date: September 28, 2926
Time: 1:30 pm
Courtroom: 10A, 10th Floor
Judge: Hon. Stephen V. Wilson
Trial Date: Not Set
Action Filed: March 31, 2026

Plaintiff State of California ("California"), Defendants Secretary of Energy Chris Wright and the U.S. Department of Energy ("Defendants"), and Intervenor-Defendants Sable Offshore Corporation and Pacific Pipeline Company ("Intervenor-Defendants") ("Parties"), by and through their respective counsel of record, enter the following Joint Stipulation. Pursuant to Local Rule 7-15, the Parties stipulate to waive oral argument of Defendants' Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss") (ECF 85) and Intervenor-Defendants' Notice of Joinder and Brief in Support of Defendants' Motion to Dismiss (ECF 86). The Parties offer the attached [Proposed] Order for the approval of the Court.

WHEREAS, on July 31, 2026, this Court entered the Order Regarding Briefing Schedule for Defendants' and Intervenor-Defendants' Motion(s) to Dismiss Plaintiff's Amended Complaint. ECF 78. That order set deadlines for the motion(s) and responses, and set the hearing on the motion(s) for September 28, 2026, at 1:30p.m., in Courtroom 10A;

WHEREAS, on August 21, 2026, Defendants filed the Motion to Dismiss (ECF 85), to which Intervenor-Defendants filed a Notice of Joinder (ECF 86), and on September 4, 2026, California filed an opposition to the motions (ECF 92);

WHEREAS, on September 11, 2026, Defendants and Intervenor-Defendants each filed a reply in support of their respective motions (ECF 96, 97);

WHEREAS, in the interest of judicial economy, on September 14, 2026, Parties reached an agreement to waive oral argument on the Motion to Dismiss;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, THROUGH THEIR COUNSEL, AS FOLLOWS:

1. The Parties waive oral argument for Defendants' Motion to Dismiss and Intervenor-Defendants' Joinder and submit to the Court's ruling based on the Parties' briefing alone.

**IT IS SO STIPULATED**

Pursuant to Local Rule 5-4.3.4(a)(2)(I), the undersigned attest that all Parties

have concurred in the content of this Joint Stipulation and authorized the filing of this Joint Stipulation.

Dated: September 15, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JEREMY BROWN
Supervising Deputy Attorneys General
ALICIA ROESSLER
REBECCA HUNTER
BRIAN CALAVAN
Deputy Attorneys General

/s/ Kavita Lesser
Kavita Lesser
Deputy Attorney General
*Attorneys for Plaintiff State of California*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
Environment & Natural Resources Division
U.S. Department of Justice

/s/ Ian M. Swenson
Ian M. Swenson
Email: Ian.Swenson@usdoj.gov
Counsel
U.S. Department of Justice
Env. & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 532-5139

*Attorneys for Defendants*

LATHAM & WATKINS LLP

By: _/s Nicholas McDaniel_

LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501
BABST CALLAND
Nicholas McDaniel
nmcdaniel@babstcalland.com
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491
HOLLAND & KNIGHT LLP
Andrew Klair (Bar No. 334960)
andrew.klair@hklaw.com
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
James W. Noe (pro hac vice forthcoming)
jim.noe@hklaw.com
Rafe Petersen (pro hac vice forthcoming)
rafe.petersen@hklaw.com
Matthew Z. Leopold (pro hac vice forthcoming)
matt.leopold@hklaw.com
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

*Attorneys for Intervenor-Defendants Sable Offshore Corp. and Pacific Pipeline Company*