**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br>*Plaintiff*,<br>**v.**<br>**CHRIS WRIGHT,** in his official capacity as Secretary of the U.S. Department of Energy; **UNITED STATES DEPARTMENT OF ENERGY,**<br>*Defendants*,<br>and<br>**SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY**,<br>*Intervenor-Defendants*. | No. 2:26-cv-3396-SVW-SSCx<br>**~~[PROPOSED]~~ ORDER RE: JOINT STIPULATION TO WAIVE ORAL ARGUMENT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

**~~[PROPOSED]~~ ORDER**

Upon consideration of the Parties' Joint Stipulation Regarding Waiver of Oral Argument of Defendants' Motion to Dismiss and Intervenor-Defendants' Joinder and Brief in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, which Plaintiff State of California filed in the above-captioned matter on September 15, 2026, the Court enters the following order.

1. Pursuant to Local Rule 7-15, oral argument on Defendants' Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint (ECF 85) and Intervenor-Defendants' Notice of Joinder and Brief in Support of Defendants' Motion to Dismiss (ECF 86) is waived. The Motion is taken under submission, the hearing is VACATED.

**IT IS SO ORDERED.**

DATED: September 17, 2026

HON. STEPHEN V. WILSON
United States District Court
Central District of California